RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com
Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-21521-NB |
| TATUNG COMPANY OF AMERICA, INC., | Chapter 11 |
| Debtor-in-Possession. | **DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF FIRST DAY MOTIONS** |
| | Date:        October 2, 2019 |
| | Time:        2:00 p.m. |
| | Courtroom:   1545 |
| | Location:    255 E. Temple Street |
| |              Los Angeles, California |

1

**DECLARATION OF STEPHANIE REICHERT**

I, Stephanie Reichert, hereby declare as follows:

1.  I am over the age of 18 and an employee at Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtor and debtor in possession (the "Debtor").

2.  I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3.  On September 30, 2019, the Debtor filed the following first day motions and pleadings (collectively, the "First Day Motions"):

- DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO (1) PAY PRE-PETITION PRIORITY WAGES; AND (2) HONOR EMPLOYMENT AND BENEFIT POLICIES (the "Wage Motion");

- DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 (the "Utility Motion");

- DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO IMPLEMENT AND MAINTAIN CASH MANAGEMENT SYSTEM (the "Cash Management Motion");

- DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL (the "Cash Collateral Motion");

- DECLARATION OF JULIET Y. OH IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL (the "Oh Declaration")

- OMNIBUS DECLARATION OF JASON CHEN IN SUPPORT OF DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS (the "Omninus Declaration");

- NOTICE OF FILING OF CHAPTER 11 PETITION AND FIRST DAY MOTIONS (the "Notice").

4.  On September 30, 2019, all of the above First Day Motions, along with the *Order Granting Application And Setting Hearing On Shortened Notice* [the "Order"], were served via

1 | overnight mail upon secured creditors in the Debtor's case, the twenty largest creditors in the
2 | Debtors' bankruptcy case, and the Office of the United States Trustee. Attached hereto as
3 | **Exhibit "A"** is the service list showing the addresses to which the First Day Motions and Order
4 | were served via overnight delivery on September 30, 2019.

5 |     5.    Additionally, on September 30, 2019, the Utility Motion and Omnibus
6 | Declaration were also served via overnight mail upon all utility companies affected by the Utility
7 | Motion. Attached hereto as **Exhibit "B"** is the list of utility providers upon whom these
8 | documents were served via overnight delivery on September 30, 2019.

9 |     6.    Attached hereto as **Exhibit "C"** is a list of the available email addresses which
10 | were used to contact the twenty largest creditors to inform them of the hearing on October 2,
11 | 2019 at 2:00 p.m. on the First Day Motions, with the exception of the Utility Motion. Email
12 | recipients were sent copies of the First Day Motions, with the exception of the Utility Motion,
13 | and Order at 10:25 a.m. on October 1, 2019.

14 |     I declare under penalty of perjury under the laws of the United States of America that the
15 | foregoing is true and correct to the best of my knowledge. Executed this 1st day of October
16 | 2019, at Los Angeles, California.

*Stephanie Reichert*

STEPHANIE REICHERT

# EXHIBIT "A"

Tatung Company Of America, Inc.
File No. 8973
OUST, 20 Largest, Secured Creditors

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Florence Cummings
3M Touch Systems
P. O. Box 846372
Dallas, TX 75284-6372

Tina Tsai
Acrox Technologies Co., Ltd
4F., No.89 Minshan St., Neihu Dist.,
Taipei City 114 TAIWAN

Able Industrial
2006 South Baker Avenue
Ontario, CA 91761

Belden Inc.
28884 Network Place
Chicago, IL 60673-1288

Dawson Kim
Cresyn Co., Ltd.
8-22 Jam Won-Dong, Seecho-Gu,
Seoul, Republic of Korea #137-902
SOUTH KOREA

Vicky Wang
E-Century Technical & Ind. Corp.
No. 50, JianSan Rd.
Jhonghe City
TAIPEI COUNTY ROC

Julie Wu
Emerson Climate Technologies
Suzhou Co. Ltd.
No.69 Suhong West Road,
CHINA

Julie Wu
Emerson Electric Thailand Ltd.
24 Moo 4. Tambol Pluakdaeng
Amphur Plaukdaeng,
THAILAND

Jessica Cheng
Fabrique, Ltd.
28 School Street
Branford, CT 06405

Jacky
Fefan Technology Co., Ltd.
4F-1, No.57 37th Rd,
Taichung Industrial Park
Xitun District TAIWAN

Gary Chui
GGEC Hong Kong Limited
Unit# 7-12, 6/F, Sterling Centre,
11 Cheung Yue Street,
Cheung Sha Wan HONG KONG

Richard C. Sanders
150 West Jefferson, Ste. 2500
Detroit, MI 48226

Sarah Li
Lite-On Technology Corporation
392, Ruey Kuang Road
Neihu, Taipei, 144
TAIWAN R.O.C.

Jim Coffey
Paige Electric Company LP
P.O. Box 821336
Philadelphia, PA 19182-1336

Yoyo Wang
Primax Electronics Ltd.
669, Ruey Kuang Road, Neihu,
114, Taipei
TAIWAN R.O.C.

Gina Chen
Shanghai Korrun Bags & Luggage
Products 5F, No.14 Caohejing
High-tech Park No. 518 Xinzhuan
Rd., Shanghai, CHINA

Arya Li
Shenzhen Ktc Commercial Display
Technology Co. Ltd.
Northern Wuhe Road, Banxuegang
Industry, CHINA

Shenzhen Ktc Tech
Northern Wuhe Road
Bangxuegang Industry Area,
Shenzhen, China

Suzhou Blue Bridge Electronic Co.
Room 322 Building No 1,
No 5001
Baodai West Rd, MUDU 1

The Outdoor Recreation Group,
LLC dba Agile Brands
3450 Mount Vernon Drive
Los Angeles, CA 90008

Secured Creditor
East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-0000

Secured Creditor
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-0000

Alleged Secured Creditor
Mega International Commercial
Bank Co., Ltd.
445 S. Figueroa St, Ste 1900
Los Angeles, CA 90071

# EXHIBIT "B"

Tatung Company Of America, Inc.
File No. 8973
UTILITIES SERVICE LIST

| | | |
|---|---|---|
| Southern California Edison Co.<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | California Water Service Co.<br>P.O. 51967<br>Los Angeles, CA 90051-6267 | SoCalGas-REMIT<br>P.O. Box C<br>Monterey Park, CA 91756 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 6197-5019 | AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | T-Mobile<br>P.O. Box 790047<br>St. Louis, MO 63179-0047 | Global Exchange Services<br>c/o JP Morgan<br>Lock Box 29144, Network Place<br>Chicago, IL 60673-1291 |
| Southern Ca Edison<br>Attn: Cristina Limon<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 | National Registered Agents, Inc.<br>c/o CA Water Service Co.<br>1720 N First Street<br>San Jose, CA 95112 | Corporation Service Co.<br>c/o Southern CA Gas Co.<br>555 West 5th Street<br>Los Angeles, CA 90013 |
| C T Corporation System<br>c/o AT&T Mobility LLC<br>1025 Lenox Park Blvd NE<br>Atlanta, GA 30319 | C T Corporation System<br>c/o AT&T Mobility LLC<br>675 West Peachtree St NW<br>Suite 2756<br>Atlanta, GA 30308 | C T Corporation System<br>c/o AT&T<br>1 CIT DR<br>Livingston, NJ 07039 |
| Corporation Service Co.<br>c/o Julie Nelson [T-Mobile]<br>12920 SE 38th St.<br>Bellevue, WA 98006 | Corporation Service Company<br>2710 Gateway Oaks Dr # 150<br>Sacramento, CA 95833 | |

# EXHIBIT "C"

Tatung Company Of America, Inc.
File No. 8973
20 Largest

| | | |
|---|---|---|
| Florence Cummings<br>3M Touch Systems<br>Email: fcummings@mmm.com | Tina Tsai<br>Acrox Technologies Co., Ltd<br>Email: tinatsai@acrox.com.tw | Vicky Wang<br>E-Century Technical & Ind. Corp.<br>Email: vicky.wang@ecentury.com.tw |
| Jessica Cheng<br>Fabrique, Ltd.<br>Email: CHProjects@fabriqueusa.com | Dawson Kim<br>Cresyn Co., Ltd.<br>Email: dongseung@cresyn.com | Richard C. Sanders<br>Hemlock SemiConductor Operations<br>Email: sanders@millercanfield.com |
| Julie Wu<br>Emerson Climate Technologies<br>Suzhou Co. Ltd.<br>Email: Julie.Wu@Emerson.com | Julie Wu<br>Emerson Electric Thailand Ltd.<br>Email: Julie.Wu@Emerson.com | Yoyo Wang<br>Primax Electronics Ltd.<br>Email: Yoyo.Wang@primax.com.cn |
| Jacky<br>Fefan Technology Co., Ltd.<br>Email: fefanjacky@gmail.com | Gary Chui<br>GGEC Hong Kong Limited<br>Email: gary@ggechk.com.hk | Arya Li<br>Shenzhen Ktc Commercial Display<br>Technology Co. Ltd.<br>Email: lihq@ktc.cn |
| Sarah Li<br>Lite-On Technology Corporation<br>Email: SarahYX.Li@liteon.com | Jim Coffey<br>Paige Electric Company LP<br>Email: jcoffey@paigeelectric.com | Gina Chen<br>Shanghai Korrun Bags & Luggage<br>Email: ginachen@korrun.com |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**  rb@lnbyb.com
- **Dare Law**  dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 1, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 1, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |