RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TATUNG COMPANY OF AMERICA, INC.,<br><br>　　　　　Debtor | Case No. 2:19-bk-21521-NB<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SIX DEGREES LAW GROUP AS SPECIAL CORPORATE COUNSEL**<br><br><u>Hearing</u>:<br>Date: November 5, 2019<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>　　　255 East Temple Street<br>　　　Los Angeles, California, 90012 |

1

Case 2:19-bk-21521-NB    Doc 63    Filed 10/15/19    Entered 10/15/19 13:51:01    Desc
Main Document    Page 2 of 5

1 **PLEASE TAKE NOTICE** that on **November 5, 2019 at 1:00 p.m.**, before the Honorable Neil W. Bason, United States Bankruptcy Judge, the Court will hold a hearing to consider the application (the "Application") for Court approval of the employment of Six Degrees Law Group ("SD") by Tatung Company of America, Inc., the debtor and debtor in possession herein (the "Debtor"), as the Debtor's special corporate counsel, at the expense of its estate, pursuant to 11 U.S.C. § 327(e), with compensation determined pursuant to 11 U.S.C. §§ 330 and 331, effective as of September 30, 2019, the date the Debtor filed its voluntary chapter 11 bankruptcy petition, upon the terms and conditions described below and in the Application.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Lindsey L. Smith, Telephone No. (310) 229-1234, Facsimile No. (310) 229-1244, Email: LLS@LNBYB.COM.

**PLEASE TAKE FURTHER NOTICE** that any party asserting an objection to the Application, must, not later than fourteen (14) days prior to the hearing date set forth above, file a written objection with the Clerk of the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f), and serve such objection on the Office of the United States Trustee, as well as proposed counsel for the Debtor whose name and address appear at the top, left-hand corner of the first page of this Notice. Failure to timely file and serve an objection may be deemed by the Court to be consent to the relief requested in the Application.

**PLEASE TAKE FURTHER NOTICE** that he Debtor seeks to employ SD for the purpose of providing general corporate legal services, including with respect to corporate agreements, board and shareholder processes and routine employment matters. Further, to the extent requested by the Debtor, the Debtor seeks to employ SD to advise the Debtor on any business formation and corporate governance issues of non-bankruptcy law related to the Debtor's current business formation and any restructuring of its business formation, including a sale of the Debtor's business, through a chapter 11 plan of reorganization or otherwise.

      **PLEASE TAKE FURTHER NOTICE** that prior to the Debtor's bankruptcy filing, the Debtor paid a retainer to SD in the amount of $40,000 in contemplation of and in connection with the Debtor's chapter 11 case (the "Retainer"). SD was advised by the Debtor that the source of payment of the Retainer was from the Debtor's funds. SD will place the unused portion of the Retainer as of the filing of the Debtor's bankruptcy petition into a segregated account and draw down from those funds on a monthly basis in accordance with the common procedures of this District to assist SD with its cash flow needs, recognizing that all post-petition fees and expenses paid to SD must be ultimately approved by the Court after notice and a hearing.

      SD will seek Court authority to be paid from the Debtor's estates for any and all fees incurred and expenses advanced by SD from and after the Petition Date. SD recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

      SD will bill its time for its representation of the Debtor on an hourly billing basis in accordance with SD's standard hourly billing rates. SD will provide monthly billing statements to the Debtor that will set forth the amount of fees incurred and expenses advanced by SD during the previous month. LNBYB will seek reimbursement of expenses in accordance with the rates set forth in the guidelines previously promulgated by the UST. The Debtor expects that Edgar Park, Esq. will be the attorney at SD responsible for the representation of the Debtor during its chapter 11 case. Mr. Park's hourly billing rate is $425. Paralegals at SD bill at an hourly rate of $100.

Dated: October 15, 2019          TATUNG COMPANY OF AMERICA, INC.

                                    By:  */s/ Lindsey L. Smith*
                                          Ron Bender
                                          Lindsey L. Smith
                                          LEVENE, NEALE, BENDER,
                                          YOO & BRILL L.L.P.
                                          Proposed Attorneys for
                                          Chapter 11 Debtor and
                                          Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SIX DEGREES LAW GROUP AS SPECIAL CORPORATE COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**   rb@lnbyb.com
- **Amir Gamliel**   amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Jeffery D Hermann**   jhermann@orrick.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: On **October 15, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service list served by U.S. Mail attached*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 15, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 15, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Tatung Company Of America, Inc.
File No. 8973
OUST, 20 Largest, Secured Creditors

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Richard C. Sanders
Hemlock SemiConductor Oper.
12334 Geddes Road
Hemlock, MI 48626

Tina Tsai
Acrox Technologies Co., Ltd
4F., No.89 Minshan St., Neihu Dist.,
Taipei City 114 TAIWAN

Jesse Mendoza
Able Industrial
2006 South Baker Avenue
Ontario, CA 91761

Casey Johnson
Belden Inc.
28884 Network Place
Chicago, IL 60673-1288

Dawson Kim
Cresyn Co., Ltd.
8-22 Jam Won-Dong, Seecho-Gu,
Seoul, Republic of Korea #137-902
SOUTH KOREA

Vicky Wang
E-Century Technical & Ind. Corp.
No. 50, JianSan Rd.
Jhonghe City
TAIPEI COUNTY ROC

Julie Wu
Emerson Climate Technologies
Suzhou Co. Ltd.
No.69 Suhong West Road,
215021 CHINA

Julie Wu
Emerson Electric (Thailand) Ltd.
24 Moo 4. Tambol Pluakdaeng
Amphur Plaukdaeng, 21140
THAILAND

Jessica Cheng
Fabrique, Ltd.
28 School Street
Branford, CT 06405

Linda Schneider
Dupont Special Products USA LLC
PO Box 101727
Pasadena, CA 91189-1727

Gary Chui -GGEC Hong Kong
Limited, Unit# 7-12, 6/F, Sterling
Centre, 11 Cheung Yue Street,
Cheung Sha Wan
Kowloon 0000 HONG KONG

Kathy Thabet
All Nation Security Service Inc.
3701 Wilshire Blvd. # 530
Los Angeles, CA 90010

Sarah Li
Lite-On Technology Corporation
392, Ruey Kuang Road
Neihu, Taipei, 144
TAIWAN R.O.C.

Jim Coffey
Paige Electric Company LP
P.O. Box 821336
Philadelphia, PA 19182-1336

Yoyo Wang
Primax Electronics Ltd.
669, Ruey Kuang Road, Neihu, 114,
Taipei
TAIWAN R.O.C.

Gina Chen
Shanghai Korrun Bags & Luggage
Products 5F, No.14 Caohejing High-
tech Park No. 518 Xinzhuan Rd.,
Shanghai, 201612 CHINA

Arya Li
Shenzhen Ktc Commercial Display
Technology Co. Ltd.
Northern Wuhe Road, Banxuegang
Industry, 518129 CHINA

Shirley
Shenzhen Ktc Tech
Northern Wuhe Road
Bangxuegang Industry Area,
Shenzhen, China

Ming Wu
Suzhou Blue Bridge Electronic Co.
Room 322 Building No 1,
No 5001
Baodai West Rd, MUDU 1

Pham Thuy
Minco Products, Inc.
NW 5915
PO Box 1450
Minneapolis, MN 55485-5915

Secured Creditor
East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-0000

Secured Creditor
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-0000

Alleged Secured Creditor
Mega International Commercial Bank
Co., Ltd.
445 S. Figueroa St, Ste 1900
Los Angeles, CA 90071