RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:19-bk-21521-NB |
| TATUNG COMPANY OF AMERICA, INC., | ) Chapter 11 |
| Debtor and Debtor in Possession. | ) NOTICE OF:<br>) **(A) CONTINUED INTERIM HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; AND**<br>) **(B) CONTINUED CHAPTER 11 STATUS CONFERENCE**<br>)<br>) <u>Continued Hearing/Status Conference:</u><br>) Date:   October 29, 2019<br>) Time:   1:00 p.m.<br>) Place:  Courtroom 1545<br>)           255 E. Temple Street<br>)           Los Angeles, California 90012 |

1

**PLEASE TAKE NOTICE** that, on September 30, 2019 (the "Petition Date"), Tatung Company of America, Inc., a California corporation and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtor filed that certain *Debtor's Emergency Motion For Entry Of An Interim Order, Pending A Final Hearing, Authorizing The Debtor To Use Cash Collateral* [Doc. No. 5] (the "Motion"), pursuant to which the Debtor sought the entry of an interim order, pending a final hearing, authorizing the Debtor to use cash collateral in accordance with the Debtor's operating budget for the period through and including December 28, 2019, a copy of which budget was attached as Exhibit "1" to the Omnibus Declaration of Jason Chen filed concurrently with the Motion.

**PLEASE TAKE FURTHER NOTICE** that an emergency hearing on the Motion was held on October 2, 2019 at 2:00 p.m., before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in Courtroom "1545" located at 255 E. Temple Street, Los Angeles, California 90012 (the "First Hearing"). At the First Hearing, the Court set a continued interim hearing on the Motion on October 15, 2019 at 2:00 p.m. (the "Second Interim Hearing"), and granted the Motion pursuant to the terms and conditions of the Court's written tentative ruling on an interim basis to and through the conclusion of the Second Interim Hearing.

**PLEASE TAKE FURTHER NOTICE** that at the Second Interim Hearing held on October 15, 2019 at 2:00 p.m., the Court set a further interim hearing on the Motion on **October 29, 2019 at 1:00 p.m.** (the "Third Interim Hearing"), and granted the Motion pursuant to the terms and conditions of the Court's written tentative ruling on an interim basis to and through the conclusion of the Third Interim Hearing.

**PLEASE TAKE FURTHER NOTICE** that any proposed revised form of budget must be filed by the Debtor on or before October 22, 2019.

1     **PLEASE TAKE FURTHER NOTICE** that any opposition to the entry of a further order granting the relief requested in the Motion (subject to any revised budget which may be proposed by the Debtor), and any reply to any such opposition, may be made orally at the time of the Third Interim Hearing.

    **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all supporting documents will be promptly provided upon written request to proposed counsel for the Debtor, whose contact information is set forth in the upper-left hand corner of the first page of this Notice.

    **PLEASE TAKE FURTHER NOTICE** that the Chapter 11 status conference in the Debtor's bankruptcy case has been continued to **October 29, 2019 at 1:00 p.m.**

Dated: October 18, 2019        TATUNG COMPANY OF AMERICA, INC.

By: _____
RON BENDER
JULIET Y. OH
LINDSEY L. SMITH
LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
Proposed Attorneys for Debtor and
Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE OF: (A) CONTINUED INTERIM HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; AND (B) CONTINUED CHAPTER 11 STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 18, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Jeffery D Hermann**    jhermann@orrick.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 18, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service list served by U.S. Mail attached*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 18, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Tatung Company Of America, Inc.
File No. 8973
OUST, 20 Largest, Secured Creditors

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

---

Richard C. Sanders
Hemlock SemiConductor Oper.
12334 Geddes Road
Hemlock, MI 48626

Tina Tsai
Acrox Technologies Co., Ltd
4F., No.89 Minshan St., Neihu Dist.,
Taipei City 114 TAIWAN

Jesse Mendoza
Able Industrial
2006 South Baker Avenue
Ontario, CA 91761

Casey Johnson
Belden Inc.
28884 Network Place
Chicago, IL 60673-1288

Dawson Kim
Cresyn Co., Ltd.
8-22 Jam Won-Dong, Seecho-Gu,
Seoul, Republic of Korea #137-902
SOUTH KOREA

Vicky Wang
E-Century Technical & Ind. Corp.
No. 50, JianSan Rd.
Jhonghe City
TAIPEI COUNTY ROC

Julie Wu
Emerson Climate Technologies
Suzhou Co. Ltd.
No.69 Suhong West Road,
215021 CHINA

Julie Wu
Emerson Electric (Thailand) Ltd.
24 Moo 4. Tambol Pluakdaeng
Amphur Plaukdaeng, 21140
THAILAND

Jessica Cheng
Fabrique, Ltd.
28 School Street
Branford, CT 06405

Linda Schneider
Dupont Special Products USA LLC
PO Box 101727
Pasadena, CA 91189-1727

Gary Chui -GGEC Hong Kong
Limited, Unit# 7-12, 6/F, Sterling
Centre, 11 Cheung Yue Street,
Cheung Sha Wan
Kowloon 0000 HONG KONG

Kathy Thabet
All Nation Security Service Inc.
3701 Wilshire Blvd. # 530
Los Angeles, CA 90010

Sarah Li
Lite-On Technology Corporation
392, Ruey Kuang Road
Neihu, Taipei, 144
TAIWAN R.O.C.

Jim Coffey
Paige Electric Company LP
P.O. Box 821336
Philadelphia, PA 19182-1336

Yoyo Wang
Primax Electronics Ltd.
669, Ruey Kuang Road, Neihu, 114,
Taipei
TAIWAN R.O.C.

Gina Chen
Shanghai Korrun Bags & Luggage
Products 5F, No.14 Caohejing High-
tech Park No. 518 Xinzhuan Rd.,
Shanghai, 201612 CHINA

Arya Li
Shenzhen Ktc Commercial Display
Technology Co. Ltd.
Northern Wuhe Road, Banxuegang
Industry, 518129 CHINA

Shirley
Shenzhen Ktc Tech
Northern Wuhe Road
Bangxuegang Industry Area,
Shenzhen, China

Ming Wu
Suzhou Blue Bridge Electronic Co.
Room 322 Building No 1,
No 5001
Baodai West Rd, MUDU 1

Pham Thuy
Minco Products, Inc.
NW 5915
PO Box 1450
Minneapolis, MN 55485-5915

Secured Creditor
East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-0000

Secured Creditor
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-0000

Alleged Secured Creditor
Mega International Commercial Bank
Co., Ltd.
445 S. Figueroa St, Ste 1900
Los Angeles, CA 90071