PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@*usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:-bk-19-21521-NB |
| TATUNG COMPANY OF AMERICA, INC, | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: October 22, 2019

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _/s/ Jill M. Sturtevant_
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT "A"

In re: TATUNG COMPANY OF AMERICA, INC; 2:bk-19-21521-NB

| **Debtor:** | **Counsel for Committee Member:** |
|---|---|
| Hemlock Semiconductor Operations, LLC<br>Attn: Brad Sauve<br>12334 Geddes Road<br>Hemlock, MI 48626<br>Phone: (989) 301-5000<br>Fax: (989) 642-3712<br>E-mail: brad.sauve@hscpoly.com | Orrick, Herrington & Sutcliffe, LLP<br>51 W. 52nd Street<br>New York, NY 10019<br>Phone: (212) 506-5000<br>Fax: (212) 506-5151<br>E-mail: jansbro@orrick.com<br>         lmetzger@orrick.com<br>         alee@orrick.com<br>         jhermann@orrick.com |
| Acrox Technologies Co. Ltd.<br>4F Minshan St. Neihu Dist.,<br>Taipei City, 114 Taiwan, R.O.C<br>Phone: +886227965888<br>Fax: +886227938999<br>E-mail: jason@acrox.com.tw | Kevin H.C. Cheng<br>4F Minshan St. Neihu Dist.,<br>Taipei City 114 Taiwan, R.O.C<br>PhoneL +886225111398 ext. 7027<br>Fax: +886225218398<br>E-mail: kevin@wtwet.com.tv |
| Fabrique LTD<br>28 School Street<br>Branford, CT 06405<br>Phone: (203) 481-5400<br>Fax: (203) 483-0123<br>E-mail: ffsears@fabriqueusa.com | None |

///

///

///

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled (*specify*): will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __October 22, 2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On __October 22, 2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __October 22, 2019__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2019 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Ron Bender | Attorney for Debtor | rb@lnbyb.com |
| Jeffery D Hermann | Attorney for Creditor | jhermann@orrick.com |
| Ian Landsberg | Attorney for Creditor | ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com; yalarcon@sklarkirsh.com; mmadden@sklarkirsh.com; ilandsberg@ecf.inforuptcy.com |
| Dare Law | Attorney for U.S. Trustee | dare.law@usdoj.gov, ron.maroko@usdoj.gov Alvin.mar@usdoj.gov |
| Leib M Lerner | Attorney for Creditor | leib.lerner@alston.com, autodockettest-lax@alston.com |
| Juliet Y Oh | Associate Attorney | jyo@lnbrb.com |
| Lindsey L Smith | Associate Attorney | lls@lnbyb.com, lls@ecf.inforuptcy.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**Tatung Company of America, Inc.**
2850 East El Presidio Street
Long Beach, CA 90810

**Other Interested Parties:**
Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Amir Gamliel
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

**Committee of Creditors:**
Hemlock Semiconductor Operations, LLC
Attn: Brad Sauve
12334 Geddes Road
Hemlock, MI 48626

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

Acrox Technologies Co. Ltd.
4F Minshan St Neibu Dist.,
Taipei City, 114 Taiwan, R.O.C

Fabrique LTD
28 School Street
Brandford, CT  06405

**Counsel for Committee Member:**
Orrick, Herrington & Sutcliffe, LLP
51 W. 52nd Street
New York, NY  10019

Kevin H.C. Cheng
4F Minshan St Neibu Dist.,
Taipei City, 114 Taiwan, R.O.C

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE