RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:19-bk-21521-NB |
| | ) |
| TATUNG COMPANY OF AMERICA, INC., | ) Chapter 11 |
| | ) |
|     Debtor and | ) **SUPPLEMENT TO DEBTOR'S** |
|     Debtor in Possession. | ) **EMERGENCY MOTION FOR ENTRY** |
| | ) **OF AN INTERIM ORDER, PENDING A** |
| | ) **FINAL HEARING, AUTHORIZING** |
| | ) **THE DEBTOR TO USE CASH** |
| | ) **COLLATERAL; DECLARATION OF** |
| | ) **JASON CHEN IN SUPPORT** |
| | ) **THEREOF** |
| | ) |
| | ) <u>Continued Hearing:</u> |
| | ) Date:    October 29, 2019 |
| | ) Time:    1:00 p.m. |
| | ) Place:   Courtroom 1545 |
| | )           255 E. Temple Street |
| | )           Los Angeles, California 90012 |

1

1      Tatung Company of America, Inc., a California corporation and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby files this Supplement to the *Debtor's Emergency Motion For Entry Of An Interim Order, Pending A Final Hearing, Authorizing The Debtor To Use Cash Collateral* [Doc. No. 5] filed by the Debtor on September 30, 2019 (the "Motion").

Pursuant to the Motion, the Debtor sought the entry of an interim order, pending a final hearing, authorizing the Debtor to use cash collateral in accordance with the Debtor's initially proposed operating budget for the period through and including December 28, 2019 (the "Original Budget"), a copy of which was attached as Exhibit "1" to the Omnibus Declaration of Jason Chen filed concurrently with the Motion.

At the emergency hearing on the Motion held on October 2, 2019 at 2:00 p.m. (the "First Hearing"), the Court set a continued interim hearing on the Motion on October 15, 2019 at 2:00 p.m. (the "Second Interim Hearing"), and granted the Motion pursuant to the terms and conditions set forth in the Court's written tentative decision on the Motion (the "Tentative Decision") on an interim basis to and through the conclusion of the Second Interim Hearing. The Court entered a written order accordingly on October 3, 2019 as Docket Number 37.

At the Second Interim Hearing held on October 15, 2019 at 2:00 p.m., the Court set a further interim hearing on the Motion on October 29, 2019 at 1:00 p.m. (the "Third Interim Hearing"), and granted the Motion pursuant to the terms and conditions set forth in the Court's Tentative Decision on an interim basis to and through the conclusion of the Third Interim Hearing. At the Second Interim Hearing, the Court also ordered that any proposed revised form of the Original Budget be filed by October 22, 2019. The Court entered a written order accordingly on October 21, 2019 as Docket Number 76 (the "Second Interim Order").

In compliance with the Second Interim Order, on October 22, 2019, the Debtor filed a notice of submission of a revised form of its Original Budget (the "Revised Budget") [Doc. No. 80]. The Revised Budget included modifications to the Original Budget beginning in Week 1 to reflect actual cash balances, accounts receivable collections, and expenses paid to date, as well

2

1  as modifications to the estimated accounts receivable collections amounts and expense amounts
2  anticipated by the Debtor during the period from Week 5 through and including Week 13.

3  On October 25, 2019, the Debtor filed an emergency motion [Doc. No. 83] (the
4  "Settlement Motion") seeking the entry of an order, pursuant to Federal Rule of Bankruptcy
5  Procedure 9019(a), approving the stipulation (the "Stipulation") negotiated by the Debtor and
6  HP Inc. ("HP"): (i) authorizing HP to fund the payment of the GUC Obligations (as defined in
7  the Stipulation) on the Debtor's behalf, with HP being permitted to offset against accounts
8  payable owed by HP to the Debtor as set forth in the Stipulation; (ii) authorizing the Debtor's
9  payment of Section 503(b)(9) vendor claims as set forth in the Stipulation; (iii) authorizing all
10 other actions by the Debtor as provided in the Stipulation and/or as may be necessary and
11 reasonable to implement the Stipulation; and (iv) granting any additional relief as is necessary
12 to effectuate the foregoing.  The Court has scheduled an emergency hearing on October 29,
13 2019 at 1:00 p.m. (the same date and time as the continued hearing on the Motion) to consider
14 the Settlement Motion.

15 In the event that the Court grants the Settlement Motion and approves the Stipulation
16 with HP, the further revised form of the Original Budget (the "Further Revised Budget")
17 attached as **Exhibit "1"** to the Declaration of Jason Chen annexed hereto (the "Chen
18 Declaration") will more accurately reflect the Debtor's projected cash flow.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Based on the foregoing, the Debtor respectfully requests that, if the Court grants the Settlement Motion and approves the Stipulation with HP, the Court grant the Motion and authorize the Debtor to use cash collateral in accordance with the Further Revised Budget (which is attached as Exhibit "1" to the Chen Declaration), pursuant to the terms and conditions set forth in the Tentative Decision and on a further interim basis, pending a final hearing.

Dated: October 25, 2019

TATUNG COMPANY OF AMERICA, INC.

By: */s/ Juliet Y. Oh*
RON BENDER
JULIET Y. OH
LINDSEY L. SMITH
LEVENE, NEALE, BENDER, YOO
  & BRILL L.L.P.
Proposed Attorneys for Debtor and
Debtor-in-Possession

## DECLARATION OF JASON CHEN

I, Jason Chen, hereby declare as follows:

1.  I am over 18 years of age. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2.  I am currently the acting Chief Restructuring Officer ("CRO") for Tatung Company of America, Inc., the debtor and debtor in possession herein (the "Debtor"). My consulting firm, E&W Consulting LLC ("E&W"), was retained by the Debtor shortly before the commencement of the Debtor's bankruptcy case on September 30, 2019 (the "Petition Date") to provide me as CRO to serve as the Debtor's senior officer during the Debtor's chapter 11 bankruptcy proceeding and to provide additional resources to assist me as necessary. Subject to the approval of the Court, which is pending, E&W and I will continue providing services to the Debtor post-petition and will report directly to the Board of the Debtor.

3.  In my capacity as CRO of the Debtor, I have access to the Debtor's books and records and have reviewed the organization, operations and financial condition of the Debtor. The records and documents referred to in this Declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtor's business at or near the time of act, condition or event to which they relate by persons employed by the Debtor who had a business duty to the Debtor to accurately and completely take, make, and maintain such records and documents. The statements set forth in this declaration are based upon my own review and knowledge of the Debtor's books and records.

4.  I make this declaration in support of the Supplement to the *Debtor's Emergency Motion For Entry Of An Interim Order, Pending A Final Hearing, Authorizing The Debtor To Use Cash Collateral* filed by the Debtor on September 30, 2019 (the "Motion"), to which Supplement this declaration is attached.

5.  Pursuant to the Motion, the Debtor sought the entry of an interim order, pending a final hearing, authorizing the Debtor to use cash collateral in accordance with the Debtor's initially proposed operating budget for the period through and including December 28, 2019 (the "Original

Budget"), a copy of which was attached as Exhibit "1" to my omnibus declaration filed concurrently with the Motion.

6. At the emergency hearing on the Motion held on October 2, 2019 at 2:00 p.m. (the "First Hearing"), which I attended, the Court set a continued interim hearing on the Motion on October 15, 2019 at 2:00 p.m. (the "Second Interim Hearing"), and granted the Motion pursuant to the terms and conditions set forth in the Court's written tentative decision on the Motion (the "Tentative Decision") on an interim basis to and through the conclusion of the Second Interim Hearing. I am advised and believe that the Court entered a written order accordingly on October 3, 2019.

7. I am advised and believe that, at the Second Interim Hearing held on October 15, 2019 at 2:00 p.m., the Court set a further interim hearing on the Motion on October 29, 2019 at 1:00 p.m. (the "Third Interim Hearing"), and granted the Motion pursuant to the terms and conditions set forth in the Court's Tentative Decision on an interim basis to and through the conclusion of the Third Interim Hearing. I am further advised and believe that, at the Second Interim Hearing, the Court also ordered that any proposed revised form of the Original Budget be filed by October 22, 2019. I understand that the Court entered a written order accordingly on October 21, 2019 (the "Second Interim Order").

8. In compliance with the Second Interim Order, on October 22, 2019, the Debtor filed a notice of submission of a revised form of its Original Budget (the "Revised Budget"). The Revised Budget included modifications to the Original Budget beginning in Week 1 to reflect actual cash balances, accounts receivable collections, and expenses paid to date, as well as modifications to the estimated accounts receivable collections amounts and expense amounts anticipated by the Debtor during the period from Week 5 through and including Week 13.

///
///
///
///

9. On October 25, 2019, the Debtor filed an emergency motion (the "Settlement Motion") seeking the entry of an order approving the stipulation (the "Stipulation") negotiated by the Debtor and HP Inc. ("HP"): (i) authorizing HP to fund the payment of the GUC Obligations (as defined in the Stipulation) on the Debtor's behalf, with HP being permitted to offset against accounts payable owed by HP to the Debtor as set forth in the Stipulation; (ii) authorizing the Debtor's payment of Section 503(b)(9) vendor claims as set forth in the Stipulation; (iii) authorizing all other actions by the Debtor as provided in the Stipulation and/or as may be necessary and reasonable to implement the Stipulation; and (iv) granting any additional relief as is necessary to effectuate the foregoing. I understand that the Court has scheduled an emergency hearing on October 29, 2019 at 1:00 p.m. (the same date and time as the continued hearing on the Motion) to consider the Settlement Motion.

10. In the event that the Court grants the Settlement Motion and approves the Stipulation with HP, the further revised form of the Original Budget (the "Further Revised Budget") attached as **Exhibit "1"** hereto will more accurately reflect the Debtor's projected cash flow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of October, 2019, at Sacramento, California.

Jason Chen, Declarant

# EXHIBIT "1"

[Further Revised Budget]

Tatung Company of America. Inc. - FURTHER REVISED 13-Week Cash Flow Budget (updated 10/25/2019)

| Week Ending | Wk 1 10/5/19 | Wk 2 10/12/19 | Wk 3 10/19/19 | Wk 4 10/26/19 | Wk 5 11/2/19 | Wk 6 11/9/19 | Wk 7 11/16/19 | Wk 8 11/23/19 | Wk 9 11/30/19 | Wk 10 12/7/19 | Wk 11 12/14/19 | Wk 12 12/21/19 | Wk 13 12/28/19 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning Balance | 1,095,631 | 1,546,014 | 1,301,156 | 937,582 | 608,539 | 1,316,005 | 799,954 | 239,229 | 375,826 | 343,071 | 611,011 | 747,270 | 989,229 | |
| A/R Collection | 583,541 | 276,549 | 667,016 | 272,589 | 1,656,840 | 506,805 | 450,299 | 839,784 | 950,781 | 771,224 | 653,768 | 674,938 | 665,346 | 8,969,480 |
| TOTAL CASH | 1,679,172 | 1,822,563 | 1,968,172 | 1,210,171 | 2,265,379 | 1,822,810 | 1,250,253 | 1,079,013 | 1,326,607 | 1,114,295 | 1,264,779 | 1,422,208 | 1,654,575 | |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold (COGS)** | - | 492,605 | 875,605 | 500,054 | 771,270 | 908,592 | 866,928 | 668,302 | 806,522 | 392,067 | 330,156 | 402,512 | 657,469 | 7,672,082 |
| | | | | | | | | | | | | | | |
| **Employee Wages, Tax and Benefits (cash basis)** | | | | | | | | | | | | | | |
| Wages -TUS Employees | 65,486 | 10,212 | 68,247 | 8,330 | 76,173 | 8,330 | 71,173 | 8,330 | 71,173 | 8,330 | 71,173 | 8,330 | 71,173 | |
| Contract Labor (2 overseas) | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Payroll Tax (EE+ER) | 50,728 | 2,568 | 27,647 | 2,500 | 34,647 | 2,500 | 30,647 | 2,500 | 30,647 | 2,500 | 30,647 | 2,500 | 30,647 | |
| 401K, Garnishment (EE+ER) | 16,944 | 1,082 | 14,266 | 1,087 | 14,266 | 1,087 | 14,266 | 1,087 | 14,266 | 1,087 | 14,266 | 1,087 | 14,266 | |
| Health Ins (EE+ER) | | | - | 38,208 | | 38,000 | - | - | - | 38,000 | - | - | - | |
| Workers Com Ins | | | 34,707 | | 13,678 | | - | - | 13,678 | - | - | - | - | |
| Subtotal: | 133,158 | 13,862 | 144,867 | 50,125 | 138,764 | 49,917 | 116,086 | 11,917 | 129,764 | 49,917 | 116,086 | 11,917 | 116,086 | 1,082,466 |
| | | | | | | | | | | | | | | |
| **Other OP Expenses** | | | | | | | | | | | | | | |
| Freight-Out | | 1,649 | 2,070 | 3,000 | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | |
| Freight-In | | 130 | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | |
| Commission (Sales Rep) | | | | | 5,000 | - | | - | 5,300 | - | | | 5,000 | |
| Contract Labor - Security | | | 2,256 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | |
| Temp - Production and Hub | | | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Supplies/Stationary | | 53 | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | |
| Rep & Maint - Bldg. | | | | 500 | 3,500 | 500 | 500 | 500 | 500 | 500 | 3,500 | 500 | 500 | |
| Rep & Maint - M/C & Equip. | | | | - | 4,400 | - | - | - | - | 9,500 | - | - | - | |
| Rep & Maint - Auto | | | | - | - | - | - | - | - | 200 | - | - | - | |
| Equipment/Office Rental | | | 2,836 | 1,418 | 340 | 1,947 | - | 1,418 | - | - | 1,947 | - | 1,418 | |
| Postage | | | | - | 150 | - | - | - | - | 150 | - | - | - | |
| Utilities | | | 52 | - | - | - | 3,160 | - | - | - | 2,720 | - | - | |
| Tax Expenses | | | | - | - | - | - | - | - | 36,000 | - | - | - | |
| License Fee | | | | - | 400 | - | - | - | - | 400 | - | - | - | |
| Telephone/Fax | | | 1,376 | 1,000 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 1,000 | 1,000 | 1,000 | |
| Trade Show Expense | | 12,845 | | 2,000 | 2,000 | 2,000 | - | - | - | - | - | - | - | |
| Travel | | | | 3,000 | 3,000 | - | 1,000 | - | - | - | 3,000 | - | - | |
| Meals Allowance | | | | 1,000 | - | - | - | - | - | - | - | - | - | |
| Auto | | 263 | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | |
| Entertainment | | | | 1,500 | - | - | 3,000 | - | - | - | 3,000 | - | - | |
| Advertisement | | | | - | - | - | - | - | - | - | - | - | - | |
| Miscellaneous | | | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| Credit Insurance | | | | - | - | 350 | - | - | - | - | 350 | - | - | |
| Insurance - General | | | | 13,900 | - | - | - | - | 13,900 | - | - | - | 13,900 | |
| Banking Charges | | | 1,039 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | |
| ADP Processing/Consulting | | | 489 | - | - | 1,000 | 1,800 | - | - | 1,000 | 1,700 | - | - | |
| Testing & Inspection | - | - | - | - | - | - | - | 3,000 | - | - | - | - | - | |
| Interest Expense | - | - | - | - | - | 40,000 | - | - | - | - | 40,000 | - | - | |
| | | | | | | | | | | | | | | |
| Subtotal: | - | 14,940 | 10,118 | 41,868 | 39,340 | 64,347 | 28,010 | 22,968 | 47,250 | 61,300 | 71,267 | 18,550 | 38,868 | 458,826 |
| | | | | | | | | | | | | | | |
| **TOTAL EXPENSES** | 133,158 | 521,407 | 1,030,590 | 592,047 | 949,374 | 1,022,856 | 1,011,024 | 703,187 | 983,536 | 503,284 | 517,509 | 432,979 | 812,423 | 9,213,374 |
| | | | | | | | | | | | | | | |
| POST-BK UTILITY DEPOSITS | | | | 9,585 | | | | | | | | | | 9,585 |
| UST QUARTERLY FEES (1%) | | | | | | | | | | | | | | |
| **Cash Ending Balance** | 1,546,014 | 1,301,156 | 937,582 | 608,539 | 1,316,005 | 799,954 | 239,229 | 375,826 | 343,071 | 611,011 | 747,270 | 989,229 | 842,152 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **SUPPLEMENT TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; DECLARATION OF JASON CHEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**   rb@lnbyb.com
- **Jeffery D Hermann**   jhermann@orrick.com
- **Joon M Khang**   joon@khanglaw.com
- **Ian Landsberg**   ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Leib M Lerner**   leib.lerner@alston.com, autodockettest-lax@alston.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 25, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 25, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ *Service list served by Overnight Mail attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 25, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**3. SERVED BY OVERNIGHT MAIL:**

Tatung Company Of America, Inc.
File No. 8973
OUST, Committee, Secured Creditors

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Committee Member*
Hemlock SemiConductor Operations
Attn: Brad Suave
12334 Geddes Road
Hemlock, MI 48626

*Committee Member*
Acrox Technologies Co., Ltd
4F., Minshan St., Neihu Dist.,
Taipei City 114 Taiwan, R.O.C

*Committee Member*
Orrick, Herrington & Sutcliffe, LLP
51 W. 52nd Street
New York, NY 10019

*Committee Member*
Fabrique, Ltd.
28 School Street
Branford, CT 06405

*Committee Member*
Kevin H.C. Cheng
4F., Minshan St., Neihu Dist.,
Taipei City 114 Taiwan, R.O.C

*Alleged Secured Creditor*
Mega International Commercial Bank Co., Ltd.
445 S. Figueroa St, Ste 1900
Los Angeles, CA 90071

*Secured Creditor*
East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-0000

*Secured Creditor*
East West Bank
c/o John A. Lapinski, Esq.
Clark Trevithick
445 South Figueroa St, 18th Floor
Los Angeles, CA 90071-1605

*Secured Creditor*
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-0000