RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com
Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>TATUNG COMPANY OF AMERICA, INC.,<br><br>            Debtor-in-Possession. | Case No. 2:19-bk-21521-NB<br><br>Chapter 11<br><br>**DECLARATION OF SERVICE AND TELEPHONIC NOTICE RE:**<br><br>**(1) DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.; AND**<br><br>**(2) EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE**<br><br>[Related to Docket Nos. 83-88 & 91]<br><br>Date:         October 29, 2019<br>Time:         1:00 p.m.<br>Courtroom:  1545<br>Location:    255 E. Temple Street<br>                   Los Angeles, California |

1

## DECLARATION OF STEPHANIE REICHERT

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and an employee at Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtor and debtor in possession (the "Debtor").

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. I make this declaration regarding service of the following pleadings (collectively, the "Emergency Pleadings"):

- DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC. [Docket No. 83];

- APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE: DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC. [Docket No. 84];

- EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE [Docket No. 85];

- APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE: EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE [Docket No. 86];

- ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE RE: EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE [Docket No. 87];

- ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE RE: DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC. [Docket No. 88];

- NOTICE OF HEARING ON (1) DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.; AND (2) EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE [Docket No. 91].

4. On October 25, 2019 I served by overnight mail the above Emergency Pleadings to the addresses listed on **Exhibit "A"** attached hereto.

5. On October 25, 2019 between 4:16 p.m. and 4:56 p.m., I emailed the email addresses listed on **Exhibit "B"** attached hereto informing them of the hearing on October 29, 2019 at 1:00 p.m. on the Emergency Pleadings. Email recipients were sent electronic copies of the above Emergency Pleadings.

6. Additionally, on October 25, 2019 between 3:01 p.m. and 4:41 p.m., telephonic notice was given to the creditors whose telephone numbers are listed on **Exhibit "C"** attached hereto to inform them either personally, through their assistants, or via voicemail of the hearing on October 29, 2019 at 1:00 p.m. on the Emergency Pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of October 2019 at Los Angeles, California.

*Stephanie Reichert*

STEPHANIE REICHERT

# EXHIBIT "A"

Tatung Company Of America, Inc.
File No. 8973
OUST, Committee, Secured Creditors

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Committee Member*
Hemlock SemiConductor Operations
Attn: Brad Suave
12334 Geddes Road
Hemlock, MI 48626

*Committee Member*
Acrox Technologies Co., Ltd
4F., Minshan St., Neihu Dist.,
Taipei City 114 Taiwan, R.O.C

*Committee Member*
Orrick, Herrington & Sutcliffe, LLP
51 W. 52nd Street
New York, NY 10019

*Committee Member*
Fabrique, Ltd.
28 School Street
Branford, CT 06405

*Committee Member*
Acrox Technologies Co., Ltd
c/o Kevin H.C. Cheng
4F., Minshan St., Neihu Dist.,
Taipei City 114 Taiwan, R.O.C

*Alleged Secured Creditor*
Mega International Commercial Bank Co., Ltd.
445 S. Figueroa St, Ste 1900
Los Angeles, CA 90071

*Secured Creditor*
East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-0000

*Secured Creditor*
East West Bank
c/o John A. Lapinski, Esq.
Clark Trevithick
445 South Figueroa St, 18th Floor
Los Angeles, CA 90071-1605

*Secured Creditor*
IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-0000

# EXHIBIT "B"

Tatung Company Of America, Inc.
File No. 8973
Committee, Secured, & OUST
Email Addresses

Office of the United States Trustee
Attn: Dare Law
Email: dare.law@usdoj.gov
gary.baddin@usdoj.gov

*Committee Member*
Hemlock SemiConductor Operations
c/o Orrick, Herrington & Sutcliffe, LLP
E-mail: jansbro@orrick.com;
lmetzger@orrick.com; alee@orrick.com
jhermann@orrick.com

*Committee Member*
Hemlock SemiConductor Operations
Attn: Brad Suave & Richard Sanders
Email: brad.sauve@hscpoly.com
sanders@millercanfield.com

*Committee Member*
Fabrique, Ltd.
Attn: Jessica Cheng
Email: CHProjects@fabriqueusa.com
ffsears@fabriqueusa.com

*Committee Member*
Acrox Technologies Co., Ltd
c/o Kevin H.C. Cheng
Email: kevin@wtwet.com.tv

*Committee Member*
Acrox Technologies Co., Ltd
Attn: Tina Tsai & Sunny Wang
Email: jason@acrox.com.tw;
tinatsai@acrox.com.tw; sunny@acrox.com.tw;
sarita@acrox.com.tw

*Potential Committee Member*
Suzhou Blue Bridge Electronic Co.
Email: blue_bridge@126.com

*Potential Committee Member*
All Nation Security Services, Inc.
Attn: Kathy Thabet
Email: kathy@allnationsecurity.com

*Potential Committee Member*
All Nation Security Services, Inc.
c/o Kevin Bodkoubehi
Email: kevin@kmblawgroup.com

*Potential Committee Member*
Dupont Special Products USA LLC
Attn: Linda Schneider
Email: DPPVespel@dupont.com

*Potential Committee Member*
Minco Products, Inc.
Attn: Pham Thuy
Email: Thuy.pham@minco.com

*Potential Committee Member*
Shenzhen Ktc Commercial Display
Technology Co. Ltd.
Attn: Arya Li
Email: lihq@ktc.cn

*Potential Committee Member*
Xiamen Prima Technology
Attn: Tim Wang
Email: tim.wang@iprima.com.cn

*Potential Committee Member*
Songlin Technology Corporation
Attn: Jeff Keng
Email: jeff.keng@songlintek.com.tw

*Secured Creditor*
East West Bank
c/o John A. Lapinski, Esq.
Clark Trevithick
Email: jlapinski@clarktrev.com

# EXHIBIT "C"

Tatung Company Of America, Inc.
File No. 8973
Committee, Secured, & OUST
Telephone Numbers

Office of the United States Trustee
Attn: Dare Law
Phone: (213) 894-4925
[*Dare Law was out of the office, so left voicemail for Gary Baddin at 3:01 pm*]

*Committee Member*
Hemlock SemiConductor Operations
c/o Orrick, Herrington & Sutcliffe, LLP
Attn: Laura Metzger, Esq.
Phone: (212) 506-5000
[*left voicemail at 3:06 p.m.*]

*Committee Member*
Hemlock SemiConductor Operations
Attn: Brad Suave
Phone: (989) 301-5000
[*left voicemail at 3:07 p.m.*]

*Committee Member*
Fabrique, Ltd.
Attn: Jessica Cheng
Phone: (203) 481-5400
[*left voicemail at 3:10 p.m.*]

*Committee Member*
Acrox Technologies Co., Ltd
c/o Kevin H.C. Cheng
Phone: +886225111398 x. 7027
[*unable to leave a voicemail at 4:35 pm*]

*Committee Member*
Acrox Technologies Co., Ltd
Attn: Tina Tsai & Sunny Wang
Phone: +886227965888
[*unable to leave a voicemail at 4:41 pm*]

*Secured Creditor*
East West Bank
c/o John A. Lapinski, Esq.
Clark Trevithick
Phone: (213) 341-1318
[*spoke with Mr. Lapinski at 3:16 p.m.*]

*Secured Creditor*
East West Bank
Phone: (626) 768-6000
[*unable to leave a voicemail at 3:14 pm*]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **DECLARATION OF SERVICE AND TELEPHONIC NOTICE RE: (1) DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.; AND (2) EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Jeffery D Hermann**    jhermann@orrick.com
- **Joon M Khang**    joon@khanglaw.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 28, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 28, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |