RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-21521-NB |
| TATUNG COMPANY OF AMERICA, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** |
| | Hearing: |
| | Date: December 17, 2019 |
| | Time: 1:00 p.m. |
| | Place: Courtroom 1545 |
| | 255 East Temple Street |
| | Los Angeles, California 90012 |

**TO ALL ESTATE PROFESSIONALS:**

**PLEASE TAKE NOTICE** that a hearing will be held on December 17, 2019 at 1:00 p.m., before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California – Los Angeles Division, in Courtroom "1545" located at 255 East Temple Street, Los Angeles, California 90012, for the Court to consider the interim applications for approval of fees and reimbursement of expenses of the professionals who have been employed in the bankruptcy case of Tatung Company of America, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the Debtor, will be filing and serving a notice (the "Notice") of its interim application for approval of fees and reimbursement of expenses on or before Tuesday, November 26, 2019. If you wish for LNBYB to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBYB, attention Juliet Y. Oh no later than 1:00 p.m. (Pacific Time) on Friday, November 22, 2019. Otherwise, you will be required to file and serve your own notice.

///
///
///
///

1  **PLEASE TAKE FURTHER NOTICE** that all interim applications for approval of fees
2  and reimbursement of expenses must comply with Local Bankruptcy Rule 2016-1(a)(1).

3  Dated: October 28, 2019             TATUNG COMPANY OF AMERICA, INC.

                                      By: _____
                                          RON BENDER
                                          JULIET Y. OH
                                          LINDSEY L. SMITH
                                          LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
                                          Proposed Counsel for Chapter 11 Debtor and
                                          Debtor-in-Possession

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Jeffery D Hermann**    jhermann@orrick.com
- **Joon M Khang**    joon@khanglaw.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 28, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 28, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Tatung Company Of America, Inc.
File No. 8973
OUST, Professionals

| | | |
|---|---|---|
| E&W Consulting, LLC<br>Attn: Jason Chen<br>5002 French Creek Road<br>Shingle Springs, CA 95682 | Six Degrees Law Group<br>Attn: Edgar D. Park<br>100 Wilshire Boulevard, Suite 700<br>Santa Monica, California 90401 | Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |