**FILED & ENTERED**

**OCT 30 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

Tatung Company of America, Inc.,

Debtor(s).

Case No.: 2:19-bk-21521-NB
CHAPTER 11

**ORDER SETTING BAR DATE: *January 17, 2020* AND DIRECTING SERVICE BY DEBTOR**

Status conference:
Date:  October 29, 2019
Time:  1:00 p.m.
Location:  Courtroom 1545

**TO ALL PARTIES IN INTEREST:** Based on the status conference held at the above-referenced time and place, IT IS ORDERED as follows:

1. Bar Date.  The Bar Date listed above (in the title of this Order) is hereby fixed as the general deadline to file proofs of claim.  Mailed claims must be *received* at the following address in time for processing during the court's business hours:

   Clerk of the United States Bankruptcy Court
   255 E. Temple Street
   Los Angeles, CA 90012

2. Notice of bar date.  Debtor(s) must serve a copy of this Order (*not* the notice contemplated by LBR 3003-1) on all parties in interest no later than **November 4, 2019**.  To conserve paper and postage, a proof of service should be separately filed, *not* served.

3. Form.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's website at www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

4. Exceptions to Bar Date.  Exceptions to the Bar Date include, but are not limited to:

   a. Executory contracts/unexpired leases.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (i) the Bar Date, (ii) 30 days after entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4), 502(g), LBR 3003-1.

b. Governmental units. The deadline for governmental units to file claims is the later of the (i) Bar Date or (ii) **before** 180 days after the date of the Order for Relief in this case. *See* 11 U.S.C. §§ 101(27)) and 502(b)(9).  The Court's records show that the Order for Relief was on September 30, 2019 and 180 days later is March 28, 2020.

c. Avoidance.  The deadline is the later of (i) the Bar Date or (ii) 30 days after the entry of a judgment avoiding the transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. §§ 544 and following).  *See* LBR 3001-1; 11 U.S.C. § 502(h).

5. Goods (11 U.S.C. § 503(b)(9)).  Claims for "the value of any goods received by the debtor within *20 days* before [commencement of this bankruptcy case] in which the goods have been sold to the debtor in the ordinary course of the debtor's business" (§ 503(b)(9)) are subject to an administrative expense priority.  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows:  (a) *Section 8 of Form 410*: identify (i) the goods for which the debtor has not paid, (ii) the method(s) of shipment, (iii) the actual date(s) when those goods were *received* by the debtor (or state that an estimated date has been used), and (iv) the place of delivery – *e.g.,* "computers shipped via US mail, received by debtor at debtor's warehouse on __/__/__ (estimated date)" (use a continuation sheet if necessary).  (b) *Section 12 of Form 410*:  Check the box for "Other" priority and specify that priority is under 11 U.S.C. § 507(a)(***2***) ***and 503(b)(9)***.

6. Agreed claims.  If your claim is listed on Debtor's official bankruptcy schedules of assets and liabilities (the "Schedules") <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But if your claim is not listed on the Schedules, <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.,* its description as unsecured or non-priority), then you <u>must</u> timely file a Proof of Claim as set forth in this Order.

7. Interest holders.  If Debtor or a chapter 11 trustee believes it is necessary to set a bar date for interest holders (e.g., holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**Failure of a creditor to timely file a proof of claim on or before the applicable deadline set forth herein may result in disallowance of the claim or subordination under the terms of a plan without further notice or hearing.  11 U.S.C. § 502(b)(9).  Creditors may wish to consult an attorney to protect their rights.**

###

Date: October 30, 2019

Neil W. Bason
United States Bankruptcy Judge