| | |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244<br>Email: RB@LNBYB.com, JYO@LNBYB.com,<br>LLS@LNBYB.com<br><br>Proposed Counsel for Chapter 11 Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br>TATUNG COMPANY OF AMERICA, INC.,<br><br><br><br><br>                          Debtor. | Lead Case No.: 2:19-bk-21521-NB<br><br>Chapter 11<br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.** was lodged on October 30, 2019 and is attached.  This order relates to the motion which is docket number 83.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

Ron Bender (CA Bar No. 143364)
Juliet Y. Oh (CA Bar No. 211414)
Lindsey L. Smith (CA Bar No. 265401)
LEVENE, NEALE BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Email:  RB@LNBYB.com; JYO@LNBYB.com; LLS@LNBYB

[Proposed] Attorneys for Chapter 11 Debtor and Debtor in
Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-21521-NB |
| TATUNG COMPANY OF AMERICA, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.** |

Hearing:
Date:    October 29, 2019
Time:    1:00 p.m.
Place:    United States Bankruptcy Court
            Edward R. Roybal Federal
            Building
            255 E. Temple Street
            Courtroom 1545
            Los Angeles, California 90012
Judge:  Honorable Neil W. Bason

A hearing was held on October 29, 2019, at 1:00 p.m., before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in Courtroom "1545" located at 255 E. Temple Street, Los Angeles, California 90012, for the Court to consider approval of the motion (the "Motion") filed as Docket Number 83 by Tatung Company of America, Inc., a California corporation and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 9019(a) ("Rule 9019"), approving the Stipulation (the "Stipulation") by and between the Debtor and HP Inc. ("HP"), attached as Exhibit "B" to the Declaration of Jason Chen annexed to the Motion:[1] (i) authorizing HP to fund the payment of the GUC Obligations (as defined in the Stipulation) on the Debtor's behalf, with HP being permitted to offset against accounts payable owed by HP to the Debtor as set forth in the Stipulation; (ii) authorizing the Debtor's payment of 503(b)(9) Claims as set forth in the Stipulation; (iii) authorizing all other actions by the Debtor as provided in the Stipulation and/or as may be necessary and reasonable to implement the Stipulation; and (iv) granting any additional relief as is necessary to effectuate the foregoing. Appearances at the hearing on the Motion were made as noted on the record of the Court.

The Court having read and considered the Motion, the Stipulation, and all papers filed by the Debtor in support of the Motion; the Court having heard and considered the oral arguments, statements and representations of counsel made at the hearing on the Motion including the oral objection to the Motion asserted by counsel to creditor Hemlock Semiconductor Operations LLC ("Hemlock"); and the Court finding that sufficient notice of the Motion and the emergency hearing on the Motion for purposes of due process under the circumstances was provided, and good cause appearing therefor,

HEREBY ORDERS AS FOLLOWS:

A.    The Motion is granted and the objection to the Motion asserted by Hemlock is overruled in its entirety.

B.    The Stipulation is approved.

---

[1] Capitalized terms that are not defined herein shall have the meanings ascribed to them in the Stipulation and/or the Motion.

2

C.     The Debtor and HP are authorized to take any and all actions contemplated by the Stipulation and/or as may be necessary and reasonable to implement the Stipulation.

D.     Any applicable stays of the effectiveness of this Order, including any applicable stays under Rules 6003 and 6004(h) of the Federal Rules of Bankruptcy Procedure, are waived.

<u>IT IS SO ORDERED.</u>

###

1

# PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

3

4

A true and correct copy of the foregoing document **NOTICE OF LODGMENT OF ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN DEBTOR AND HP INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

6

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

7

8

9

- **Ron Bender    rb@lnbyb.com**
- **Jeffery D Hermann    jhermann@orrick.com**
- **Joon M Khang    joon@khanglaw.com**
- **Ian Landsberg    ilandsberg@sklarkirsh.com,
   lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg
   @ecf.inforuptcy.com**
- **Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov,kenneth.g.lau@usdoj.gov**
- **Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com**
- **Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com**
- **Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

10

11

12

13

14

15

**2.  SERVED BY UNITED STATES MAIL**: On **October 30, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

16

17

18

*None.*

19

☐ *Service information continued on attached page*

20

21

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 30, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

22

23

24

*None.*

25

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

26

27

| October 30, 2019 | Stephanie Reichert | */s/ Stephanie Reichert* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

28