**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tatung Company of America, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:19-bk-21521-NB** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 30, 2019**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Jason Chen**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Tatung Company of America, Inc.**

Debtor(s)

Case No.    **2:19-bk-21521-NB**
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Sun**<br>**3018 Manning Ave**<br>**Los Angeles, CA 90064** | **Common Stock** | **875,000** | **25%** |
| **Christina Sun**<br>**341 S. Anita Ave**<br>**Los Angeles, CA 90049** | **Common Stock** | **875,000** | **25%** |
| **Tatung Company**<br>**22 Chungshan N. Rd. Sec. 3**<br>**Taipei, Taiwan** | **Common Stock** | **1,750,000** | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 30, 2019**

Signature

**Jason Chen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Long Beach, CA**                        , California.

Date:    **October 30, 2019**

**Jason Chen**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **Tatung Company of America, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:19-bk-21521-NB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **13,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    **12,492,292.68**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **25,492,292.68**

Part 2:    **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **10,360,239.69**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **7,614.29**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$    **36,564,964.53**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $    **46,932,818.51**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tatung Company of America, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:19-bk-21521-NB** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $906.43 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the West** | **Checking** | 4362 | $760,663.97 |
| 3.2. | **Bank of the West** | **Savings** | 3414 | $11,132.70 |
| 3.3. | **Bank of the West** | **Payroll** | 3901 | $3,384.67 |
| 3.4. | **East West Bank** | **Operating** | 2986 | $167,751.30 |
| 3.5. | **East West Bank** | **Control** | 3869 | $2,187.50 |
| 3.6. | **East West Bank** | **Euro** | 0710 | $108,358.53 |

| Debtor | **Tatung Company of America, Inc.** | | Case number *(If known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **East West Bank** | CAD | 0711 | $40,945.37 |
| 3.8. | **East West Bank** | CD | 3400 | $212,878.90 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,308,209.37 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit held by Doc Acquisition, LLC (landlord)** | $1,376.38 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Striko-Westofen-Dy (trade)** | $508.03 |
|---|---|---|
| 8.2. | **Chuangwei (trade)** | $138,312.00 |
| 8.3. | **City Whitehorse (trade)** | $10,478.16 |
| 8.4. | **Senzhen Di Si Da (trade)** | $7,387.50 |
| 8.5. | **Modernsolid (trade)** | $597.50 |
| 8.6. | **KYVAS (Trade)** | $13,824.00 |
| 8.7. | **Darfon Electronics (trade)** | $66,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | Case number *(If known)* **2:19-bk-21521-NB** |
| | Name | |

| 8.8. | **Hon Hai Precision (trade)** | $16,920.00 |
|---|---|---|
| 8.9. | **Insurance Premiums to Chubb & Son, Euler Hermes, First Insurance Funding Corp. and Great American Insurance Co.** | $70,572.42 |
| 8.10. | **California Franchise Tax Board** | $1,600.00 |
| 8.11. | **Senzhen KTC Commercial (trade)** | $22,784.00 |
| 8.12. | **GA Department of Revenue** | $799.00 |

| 9. | **Total of Part 2.** | $351,158.99 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **4,125,819.39** | - | **1,031,454.85** | = .... | **$3,094,364.54** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $3,094,364.54 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 19. | **Raw materials** | | | | |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | | Case number *(If known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **materials for gaming monitor production** | 9/30/2019 | $1,495,586.33 | **Avg Cost** | $1,495,586.33 |

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Monitors, consumer products, accessory etc.** | 9/30/2019 | $4,567,453.42 | **Ave cost** | $4,567,453.42 |

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$6,063,039.75

**24.**    **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value    752,890.77    Valuation method    **invoice price**    Current Value    752,890.77

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures** | | | |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer equipment** | $51,619.89 | **Book value** | $51,619.89 |
| **Misc. office equipment** | $6,869.20 | **Book value** | $6,869.20 |
| **Automobiles** | $11,491.53 | **Book value** | $11,491.53 |
| **Leasehold interest in leased office equipment** | $29,442.39 | **Book value** | $29,442.39 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | Case number *(If known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$99,423.01**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Leasehold interest in lease of automobiles** | $24,183.38 | Book value | $24,183.38 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Machinery and equipment** | $271,320.14 | Book value | $271,320.14 |

51. **Total of Part 8.** | **$295,503.52**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

| Debtor | **Tatung Company of America, Inc.** | Case number *(If known)* **2:19-bk-21521-NB** |
|---|---|---|
| | Name | |

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Commercial real property located at 2850 East El Presidio Street, Long Beach, California 90810** | Fee simple | $13,000,000.00 | BOV | $13,000,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $13,000,000.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

| **Loan owed by Andrew Sun** | 1,124,142.50<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = | $1,124,142.50 |
|---|---|---|---|---|---|

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Tatung Company of America, Inc.**                                    Case number *(If known)*   **2:19-bk-21521-NB**
<span style="font-size:smaller">Name</span>

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Advance for purchases** | $156,451.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$1,280,593.50** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number *(If known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,308,209.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $351,158.99 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,094,364.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,063,039.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $99,423.01 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $295,503.52 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $13,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,280,593.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,492,292.68 | + 91b. $13,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,492,292.68 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tatung Company of America, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:19-bk-21521-NB**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **EAST WEST BANK**<br>Creditor's Name<br><br>**9300 FLAIR DRIVE, 6TH FLOOR**<br>**EL MONTE, CA 91731**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Commercial real property located at 2850 East El Presidio Street, Long Beach, California 90810 and substantially all other assets of the Debtor** | $10,332,265.04 | $13,000,000.00 |
| | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.2 **IBM CREDIT LLC**<br>Creditor's Name<br>**ONE NORTH CASTLE DRIVE**<br>**ARMONK, NY 10504**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Certain equipment and software as specified in UCC-1 financing statement** | $27,974.65 | $0.00 |
| | Describe the lien<br>**UCC Financing Statement** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**9/30/2018**<br>**Last 4 digits of account number** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Tatung Company of America, Inc.**                                    Case number (if know)   **2:19-bk-21521-NB**
_____Name_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **MEGA INTERNATIONAL COMMERCIAL BANK** |
|---|---|

Creditor's Name

**445 S. FIGUEROA STREET,
SUITE 1900
LOS ANGELES, CA 90071**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**For Notice Purposes Only**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

|  | Unknown | Unknown |
|---|---|---|

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$10,360,239. 69** |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **IBM Credit LLC**<br>**7100 Highlands Parkway**<br>**Smyrna, GA 30082** | Line   **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name __**Tatung Company of America, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION__

Case number (if known) __**2:19-bk-21521-NB**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$549.45** | **$549.45** |
|---|---|---|---|---|

**B&T SALES LLC**
**1772 CUPRITE COURT**
**CASTLE ROCK, CO 80108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.75** | **$264.75** |
|---|---|---|---|---|

**BEST WESTERN INTERNATIONAL**
**P.O. BOX 53505**
**PHOENIX, AZ 85072-3505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    26717                    Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.30 | $187.30 |
|---|---|---|---|---|

**COASTAL SECURITY CONSULTANTS LLC**
**11712 NEVIS DRIVE**
**MIDLOTHIAN, VA 23114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.10 | $364.10 |
|---|---|---|---|---|

**COAXIAL SYSTEMS ASSOCIATES INC.**
**3896 BURNS ROAD**
**SUITE 103**
**PALM BEACH GARDENS, FL 33410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $860.30 | $860.30 |
|---|---|---|---|---|

**CONNECTIVITY CONSULTANTS, INC.**
**69 FLOYDS WAY**
**BLAIRSVILLE, GA 30512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.89 | $55.89 |
|---|---|---|---|---|

**DLS INTERNATIONAL**
**3465 OLD MILL ROAD**
**HIGHLAND PARK, IL 60035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$462.60** | **$462.60** |
|---|---|---|---|---|

**EHP SOLUTION (HAN BYUL KIM)**
**11845 W. OLYMPIC BLVD**
**SUITE 1100W**
**LOS ANGELES, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EMPLOYMENT DEVELOPMENT**
**DEPT.**
**BANKRUPTCY GROUP MIC 92E**
**P.O. BOX 826880**
**SACRAMENTO, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FRANCHISE TAX BOARD**
**BANKRUPTCY SECTION, MS:**
**A-340**
**P.O. BOX 2952**
**SACRAMENTO, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**(IRS)**
**P.O. BOX 7346**
**PHILADELPHIA, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.25 | $832.25 |
|---|---|---|---|---|

**JCLEMENTE & ASSOCIATES**
**13013 MESA GRAND DRIVE**
**YUCAIPA, CA 92399-5702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LOS ANGELES COUNTY TAX**
**COLLECTOR**
**P.O. BOX 54110**
**LOS ANGELES, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.80 | $463.80 |
|---|---|---|---|---|

**METRO SALES GROUP LLC**
**7 PILZ CT.**
**SUSSEX, NJ 07461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.35 | $31.35 |
|---|---|---|---|---|

**MIDWEST MARKETING,INC**
**1807 S WASHINGTON,INC**
**NAPERVILLE, IL 60565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.67** | **$82.67** |
|---|---|---|---|---|

**NORTHEAST GROUP**
**129 MORGAN DRIVE**
**1ST FLOOR**
**NORWOOD, MA 02062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Sales Commission** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.75** | **$675.75** |
|---|---|---|---|---|

**PGSA-WEST**
**24 WADESWORTH CIRCLE**
**BRAMPTON, AB L6Z 1W7**
**CA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Sales Commission** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.90** | **$49.90** |
|---|---|---|---|---|

**PINNACLE MARKETING**
**P.O. BOX 815035**
**DALLAS, TX 75381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Sales Commission** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,796.05** | **$1,796.05** |
|---|---|---|---|---|

**PMA MARKETING, INC.**
**13940 CEDAR RD. #361**
**UNIVERSITY HEIGHTS, OH 44118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Sales Commission** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.10 | $391.10 |
|---|---|---|---|---|

**R.L. GRAHAM ASSOCIATES**
**5310 THOMPSON AVE.**
**KANSAS CITY, MO 64124-2238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.03 | $547.03 |
|---|---|---|---|---|

**REPWORKS, INC.**
**654 A. NEW LUDLOW  RD.**
**SOUTH HADLEY, MA 01075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STATE BOARD OF EQUALIZATION**
**ACCOUNT INFO GROUP, MIC:29**
**P.O. BOX 942879**
**SACRAMENTO, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3M TOUCH SYSTEMS**
**P. O. BOX 846372**
**DALLAS, TX 75284-6372**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**6379.52**
**2006 SOUTH BAKER AVENUE**
**ONTARIO, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _ Trade Debt_

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|--------|-------------------------------------|------------------------|----------------------|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.04** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-------------|

**A-1 COAST RENTALS**
**24000 CRENSHAW BLVD.**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Rental_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-------------|

**ABB INC.**
**DEPT. 3009**
**CAROL STREAM, IL 60132-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Export_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,379.52** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|---------------|

**ABLE INDUSTRIAL**
**2006 SOUTH BAKER AVENUE**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade-Gaming_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$574,761.74** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-----------------|

**ACROX TECHNOLOGIES CO., LTD**
**4F., NO.89 MINSHAN ST., NEIHU DIST.,**
**TAIPEI CITY 114**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade-HP_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-----------|

**ACT TEST PANELS LLC**
**P.O. BOX 673954**
**DETROIT, MI 48267-3954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-----------|

**ACULA TECHNOLOGY CORP.**
**11, ALLEY 21, LANE 20**
**DASHING RD., LUCHU DIST.**
**TAOYUAN CITY 33862**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$996.82** |
|-----|-------------------------------------------------|-------------------------------------------------------------------------|-------------|

**ADP, INC.**
**P.O. BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Payroll Processing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AESA S.A.**
**CHEMIN DE LA PLAINE 7**
**COLOMBIER CH-2013**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AJ ALARM SYSTEMS**
**P.O. BOX 1069**
**YORBA LINDA, CA 92885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,745.60**

**ALL NATION SECURITY SERVICE, INC.**
**3701 WILSHIRE BLVD #530**
**LOS ANGELES, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLENLUND COMPANY, INC.**
**P.O. BOX 51083**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLIED ELECTRONICS INC.**
**P.O. BOX 2325**
**FORT WORTH, TX 76113-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLIED SAFE & VAULT CO. INC.**
**425 WEST SECOND AVE.**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALUMNI ASSOCIATION OF TAIPEI FIRST**
**GIRLS' HIGH SCHOOL**
**P.O. BOX 803**
**SAN GABRIEL, CA 91778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**ALVIN RAMALI**
**9071 COBBLESTONE LANE**
**CYPRESS, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,958.18 |
|---|---|---|---|

**AMERICAN EXPRESS**
**BOX 0001**
**LOS ANGELES, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMPHENOL(MARYLAND),INC. dba**
**WILCOXON**
**29531 NETWORK PLACE**
**CHICAGO, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMRC, LLC**
**1225 PONCE DE LEON AVE., SUITE 1001**
**SAN JUAN 00907**
**PUERTO RICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDERSON SHUMAKER COMPANY**
**824 SOUTH CENTRAL AVENUE**
**CHICAGO, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AON RISK SERVICES**
**P. O. BOX 849832**
**LOS ANGELES, CA 90084-9832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**ARDENT LAW GROUP, PC**
**4340 VON KARMAN AVE,**
**SUITE 290**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ARIZONA DEPT. OF REVENUE**<br>**P.O. BOX 29082**<br>**PHOENIX, AZ 85038-9082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ASKEW INDUSTRIAL CORP**<br>**13071 ARCTIC CIRCLE**<br>**SANTA FE SPRING, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AT&T**<br>**P. O. BOX 5025**<br>**CAROL STREAM, IL 60197-5025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AT&T**<br>**P. O. BOX 5019**<br>**CAROL STREAM, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.71 |
|---|---|---|---|
| | **AT&T**<br>**P.O. BOX 105262**<br>**ATLANTA, GA 30348-5262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AU OPTRONICS CORPORATION**<br>**1 LI-HSIN RD. 2, HSINCHU SCIENCE PARK,**<br>**HSINCHU 300**<br>**TAIWAN, R.O.C.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BAEYEUN SONG**<br>**4216 PAYNE ROAD**<br>**PLEASANTON, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BANK OF THE WEST-#0766-MICHELLE**
**BANKCARD CENTER**
**PO BOX  4025**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BANK OF THE WEST-#5576-AMY**
**OLD NUMBER #3536 FEB 2019 ENDED**
**PO BOX  4025**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BANK OF THE WEST-#6837-BING**
**BANKCARD CENTER**
**PO BOX  4025**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BANK OF THE WEST-#9005-EDDIE**
**BANKCARD CENTER**
**PO BOX  4025**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BAUMER LTD.**
**DEPT. 106099**
**P.O. BOX 150468**
**HARTFORD, CT 06115-0468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,233.00**

**BELDEN INC.**
**28884 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade-Export**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BEST CHOICE FIRE PROTECTION CO.**
**10104 ARTESIA PLACE**
**BELLFOWER, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.38** Nonpriority creditor's name and mailing address

**BI-SEARCH INTERNATIONAL INC.**
**17550 GILLETTE AVENUE**
**IRVINE, CA 92614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$1,124.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade-Gaming__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**BIZLINK TECHNOLOGY, INC.**
**47211 BAYSIDE PARKWAY**
**FREMONT, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**BLUE CHIP PEST CONTROL, INC.**
**16691 GOTHARD ST., SUITE H**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$80.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Repair & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

**BOARD OF EQUALIZATION**
**ENVIRONMENT FEES DIVISION**
**P. O. BOX 942879**
**SACRAMENTO, CA 94279-6001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**BOTTOMLINE TECHNOLOGIES (DE) INC.**
**P.O. BOX 412377**
**BOSTON, MA 02241-2377**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**BOYD CORPORATION**
**P. O. BOX 740877**
**LOS ANGELES, CA 90074-0877**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$280.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade-Gaming__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**BROOKS INTERNET SOFTWARE, INC.**
**356 W. SUNNYSIDE, SUITE A**
**IDAHO FALLS, ID 83402-4615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BROWNELL LTD.**
**UNIT 2, ABBEY ROAD, PARK ROYAL**
**LONDON NW10 7XF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BULL WILL CO. LTD.**
**3F. NO.199, RUIHU ST.,**
**NEIHU DIST, TAIPEI 114**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BUREAU OF ELECTRONIC & APPLIANCE**
**REPAIR**
**STATE OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**P. O. BOX 942512**
**WEST SACRAMENTO, CA 94258-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAL-LIFT, INC.**
**13027 CROSSROADS PARKWAY SOUTH**
**CITY OF INDUSTRY, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALIFORNIA DEPARTMENT OF TAX AND**
**FEE**
**ADMINISTRATION, RETURN PROCESSING**
**BRANCH**
**P.O. BOX 942879**
**SACRAMENTO, CA 94279-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.49 |
|---|---|---|---|

**CALIFORNIA WATER SERVICE COMPANY**
**P. O. BOX 51967**
**LOS ANGELES, CA 90051-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CaswStack**
**P.O. BOX 95045**
**CHICAGO, IL 60694-5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CBM SYSTEMS INC.**
**1599 MONTE VISTA AVE**
**CLAREMONT, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTRAL CALIFORNIA FLUID SYSTEM**
**TECH INC**
**325 BALBOA CIRCLE**
**CAMARILLO, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.86 |
|---|---|---|---|

**CENTRAL TRANSPORT LLC**
**P.O. BOX 33299**
**DETROIT, MI 48232-5299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Feight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAOZHOU STONESONIC DIGITAL**
**WEST OF 2ND FLOOR (FACTORY**
**BUILDING)**
**LOT D5-3.1 HZQH TECHZZONE,**
**CHAOZHOU,**
**GUANGDONG PROVINCE, 521000**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,101.58 |
|---|---|---|---|

**CHEETAH EXPRESS INC.**
**835 GREENLEAF AVE,**
**ELK GROVE**
**VILLAGE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade-Export**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHEN-SOURCE INC.**
**NO.50-16, SEC.1, MINSHENG N.RD,**
**GUISHAN**
**DISTRICT, TAOYUAN CITY 33391**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHIEFWAY TECHNOLOGY CO., LTD.**
**18 FL-7 NO. 109, SECTION 1, ZHONGSHAN**
**RD**
**XIN ZHUANG CITY, TAIPEI COUNTY**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.59**  **Nonpriority creditor's name and mailing address**

CHINA TRADERITE COMPANY LMITIED
RM A,81F,SUCCESS COMMERICAL BLDG.
245-251 HENNESSY RD., WANCHAI
HONG KONG

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.60**  **Nonpriority creditor's name and mailing address**

CHINESE CONSUMER YELLOW PAGES
3940 ROSEMEAD BLVD.
ROSEMEAD, CA 91770

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.61**  **Nonpriority creditor's name and mailing address**

CHINESE OVERSEAS MARKETING SVC INC
C.O.M.S.C
3940 ROSEMEAD BLVD
ROSEMEAD, CA 91770

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.62**  **Nonpriority creditor's name and mailing address**

CHROMALOX INC.
P.O. BOX 536435
ATLANTA, GA 30353-6435

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.63**  **Nonpriority creditor's name and mailing address**

CHUBB & SON
P.O. BOX 382001
PITTSBURGH, PA 15250-8001

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.64**  **Nonpriority creditor's name and mailing address**

CHUNGHSIN TECHNOLOGY CO., LTD
618-2 # GONGREN WEST ROAD,TIAOJIANG
AREA
TAIZHOU, ZHEJIANG, 318000
CHINA

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.65**  **Nonpriority creditor's name and mailing address**

CIM USA, INC.
10813 N. W. 30TH STREET, SUITE 108
MIAMI, FL 33172

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CITY OF CARSON**
**BUSINESS LICENSE DIVISION**
**701 E. CARSON STREET**
**P. O. BOX 6234**
**CARSON, CA 90749-6234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CITY OF LOS ANGELES**
**P.O. BOX 30420**
**LOS ANGELES, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CITY OF LOS ANGELES BUSINESS TAX**
**OFFICE OF FINANCE**
**P. O. BOX 513996**
**LOS ANGELES, CA 90051-3996**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CITY OF PHILADELPHIA**
**REVENUE DEPARTMENT**
**P.O. BOX 1630**
**PHILADELPHIA, PA 19105-1630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CLERK OF THE COURT, SUPERIOR COURT**
**OF**
**CALIFORNIA, COUNTY OF ORANGE**
**P.O. BOX 6040**
**NEWPORT BEACH, CA 92658-6040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**COMMERCE TECHNOLOGIES, LLC DBA**
**COMMERCEHUB**
**25736 NETWORK PLACE**
**CHICAGO, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**COMPLETE COPY SYSTEMS**
**3300 BEVERLY BLVD.**
**LOS ANGELES, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|--------|-------------------------------------|------------------------|----------------------|
|        | Name                                |                        |                      |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**CONNELL BROS. CO. LLC**
**345 CALIFORNIA ST., 27TH FLOOR**
**SAN FRANCISCO, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**CONTRACTORS STATE LICENSE BOARD**
**REGISTRAR OF CONTRACTORS**
**P. O. BOX 26000**
**SACRAMENTO, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**COPIER EXPRESS**
**17128 COLIMA ROAD SUITE 812**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**CRAFTECH INTERNAITONAL, INC.**
**7042 KEARNY DR.**
**HUNTINGTON BEACH, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,787.36 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**CRESYN CO., LTD.**
**8-11 JAM WON-DONG, SEECHO-GU,**
**SEOUL, REPUBLIC OF KOREA #137-902**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade-HP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**CUMMINS BUSINESS SERVICES (CBS)**
**2931 ELM HILL PIKE**
**NASHVILLE, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**CX & B UNITED CORP.**
**1301 W. 253RD STREET**
**HARBOR CITY, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAL (DISPLAY AND LIFE)**
**5TH FL.55, DAEGO B/D, 212**
**PYUNGCHO-DAERO**
**DONGAN-GU. ANYANG-CITY, GYUNGGI-DO**
**431-815**
**KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**DANOTECH CO., LTD.**
**28F,NO.37,SEC. 2 SANMIN RD. BANQIAO**
**DIST**
**NEW TAIPEI, 230**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade-Gaming**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARFON ELECTRONICS CORP.**
**33341 NO.167 SHANGYING RD. GUEISHAN**
**TAOYUAN**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,872.53 |
|---|---|---|---|

**DAYLIGHT TRANSPORT, LLC**
**P.O. BOX 93155**
**LONG BEACH, CA 90809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Freight**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DENTAL HEALTH SERVICES**
**3833 ATLANTIC AVE.**
**LONG BEACH,, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEPARTMENT OF TOXIC SUBSTANCES**
**CONTROL**
**ACCOUTING UNIT**
**P. O. BOX 1288**
**SACRAMENTO, CA 95812-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.98 |
|---|---|---|---|

**DIGI-KEY Electronics 37528**
**P.O. BOX 250**
**THIEF RIVER FALLS, MN 56701-0250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade-Gaming**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DKSH AUSTRALIA PTY LTD.**
**14-17, DANSU COURT**
**HALLAM, VIC 3803**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DMV**
**P.O. BOX 942894**
**SACRAMENTO, CA 94294-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DN CASTECH**
**SURVEY NO. 86, NH-27, AT-SHAPAR**
**RAJKOT, GUGJARAT 60024**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOC ACQUISITION, LLC**
**2937 SW 27TH AVE, SUITE 202**
**MIAMI, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**DONGGUAN SAMPO ELECTRONIC CO.,**
**LTD.**
**BUILDING B, SINTAVE INDUSTRIAL PARK,**
**LUNDU ROAD, QISHA VILLAGE, SHATIAN**
**TOWN,**
**DONGGUAN CITY**
**CHINA, CN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade-Gaming_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOW CHEMICAL PACIFIC LTD.**
**47/F, SUN HUNG KAI CENTRE**
**30 HARBOUR ROAD**
**WAN CHAI, HK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DSTAR TECHNOLOGY CO., LTD.**
**SEAT 5, ZONE 2 FUQIAO INDUSTRIAL**
**PARK,**
**FUYONG TOWN, BAOAN DISTRICT,**
**SHENZHEN, GUANGDONG, 518128**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DULUTH OFFICE CENTER OWNERS, LLC**
**P.O. BOX 161363**
**ATLANTA, GA 30321-1363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DUN & BRADSTREET CREDIBILITY CORP.**
**P.O. BOX 742138**
**LOS ANGELES, CA 90074-2138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,139.20** |
|---|---|---|---|

**DUPONT SPECIALTY PRODUCTS USA, LLC**
**PO BOX 101727**
**PASADENA, CA 91189-1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade-Export**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,587.85** |
|---|---|---|---|

**DWYER INSTRUMENTS, INC.**
**P.O. BOX 338**
**MACHIGAN CITY, IN 46361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade-Export**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,790.00** |
|---|---|---|---|

**E-CENTURY TECHNICAL & INDUSTRIAL**
**CORP.**
**NO. 50, JIANSAN RD.**
**JHONGHE CITY**
**TAIPEI COUNTY ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade-HP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**E.I. DU PONT DE NEMOURS & COMPANY**
**P.O. BOX 101727**
**PASADENA, CA 91189-1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EAST BEST LLC**
**1016 MONTANA DRIVE**
**CHARLOTTE, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EASY MOVER INC.**
**1847 LITTLE ORCHARD STREET**
**SAN JOSE, CA 95125-1038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EBERLE CONTROLS GMBH**
**KLINGENHOFSTRASSE 71**
**NUERNBERG 90411**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECCO/GREGORY, INC.**
**P.O. BOX 5210**
**WEST CHESTER, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECONOMY RENTALS INC.**
**5511 E. WHITTIER BLVD.**
**E. LOS ANGELES, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDOM TECHNOLOGY CO. LTD.**
**8F, NO.50, LANE 10, KEE HU ROAD, NEI HU**
**TAIPEI, 114**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EGC ENTERPRISES, INC.**
**140 PARKER COURT**
**CHARDON, OH 44024-1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EHP SOLUTIONS AKA EHP**
**INTERNATIONAL INC.**
**11845 W. OLYMPIC BLVD SUITE 1100W**
**LOS ANGELES, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $752.25 |
|---|---|---|---|

**EIS, INC.**
**ELECTRICAL INSULATION SUPPLIES, INC.**
**FILE 98059**
**P.O. BOX 98059**
**CHICAGO, IL 60693-8059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade-Export_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**ELECTRO STATIC TECHNOLOGY - ITW INC.**
**33442 TREASURY CENTER**
**CHICAGO, IL 60694-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade-Export_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELLIOTT ELECTRIC SUPPLY**
**P.O. BOX 206524**
**DALLAS, TX 75320-6524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $964.20 |
|---|---|---|---|

**ELWOOD STAFFING SERVICES, INC.**
**P.O. BOX 1024**
**COLUMBUS, IN 47202-1024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Temp Agency_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68,431.64 |
|---|---|---|---|

**EMERSON CLIMATE TECHNOLOGIES**
**(SUZHOU) CO. LTD.**
**NO.69 SUHONG WEST RAOD,**
**SUZHOU INDL. PARK, JIANGSU, 215021**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade-Export_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EMERSON CLIMATE TECHNOLOGIES, INC.**
**1675 WEST CAMPBELL ROAD**
**SIDNEY, OH 45365-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,604.72 |
|---|---|---|---|

**EMERSON ELECTRIC (THAILAND) LTD.**
**24 MOO 4. TAMBOL PLUAKDAENG**
**AMPHUR PLAUKDAENG,**
**RAYONG 21140**
**THAILAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Trade-Export_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EMKA INC.**
**1961 FULLING MILL RD**
**MIDDLETOWN, PA 17057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERICO LIMITED**
**16 WAN LEE ROAD**
**SINGAPORE 627946**
**SINGAPORE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.24 |
|---|---|---|---|

**ESSEX GROUP INC.**
**P.O. BOX 90413**
**CHICAGO, IL 60696-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade-Export**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EULER HERMES ACI**
**800 RED BROOK BLVD.**
**OWINGS MILLS, MD 21117-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EX INDUSTRIES**
**22755-F SAVI RANCH PARKWAY**
**YORBA LINDA, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EXODUS DIRECT,LLC.**
**P.O. BOX 695**
**INDIANOLA, IA 50125-0695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EXPERIAN**
**P.O. BOX 881971**
**LOS ANGELES, CA 90088-1971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EXPO TECHNOLOGIES, INC.**
**9140 RAVENNA ROAD - UNIT #3**
**TWINSBURG, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EXPRESS LINE CORPORATION**
**901 WEST ARBOR VITAE ST.,**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**F & L Petroleum Products**
**1543 W.16TH STREET**
**LONG BEACH, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FABRICATION TECHNOLOGIES, INC.**
**1925 ENTERPRISE CT.,**
**LIBERTYVILLE, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,390.64 |
|---|---|---|---|

**FABRIQUE, LTD.**
**28 SCHOOL STREET**
**BRANFORD, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade-HP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FARBWERKE HERKULA SA/AG**
**FRIEDENSSTR.21**
**SAINT-VITH, BELGIUM 4780**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

**FASTLINK LOGISTICS**
**4909 LAKEWOOD BLVD., SUITE# 401**
**LAKEWOOD, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.129**

**Nonpriority creditor's name and mailing address**

**FEDERAL EXPRESS CORPORATION**
**P.O. BOX 7221**
**PASADENA, CA 91109-7321**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Freight**

Is the claim subject to offset? ■ No ☐ Yes

$2,767.05

---

**3.130**

**Nonpriority creditor's name and mailing address**

**FEDERAL LOGISTICS, INC.**
**P.O. BOX 2370**
**FRISCO, TX 75034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131**

**Nonpriority creditor's name and mailing address**

**FEDEX FREIGHT WEST, INC.**
**DEPT. LA**
**P.O. BOX 21415**
**PASADENA, CA 91185-1415**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Freight**

Is the claim subject to offset? ■ No ☐ Yes

$457.08

---

**3.132**

**Nonpriority creditor's name and mailing address**

**FEDEX FREIGHT WEST, INC.**
**DEPT. LA**
**P.O. BOX 21415**
**PASADENA, CA 91185-1415**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Freight**

Is the claim subject to offset? ■ No ☐ Yes

$347.44

---

**3.133**

**Nonpriority creditor's name and mailing address**

**FEFAN TECHNOLOGY CO., LTD.**
**4F-1, NO.57 37TH RD,**
**TAICHUNG INDUSTRIAL PARK, XITUN**
**DISTRICT**
**TAICHUNG CITY 407**
**TAIWAN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade-Gaming**

Is the claim subject to offset? ■ No ☐ Yes

$290.00

---

**3.134**

**Nonpriority creditor's name and mailing address**

**FINNITA FREE, INC.**
**P.O. BOX 2741**
**NEWPORT BEACH, CA 92659**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135**

**Nonpriority creditor's name and mailing address**

**FIRST INSURANCE FUNDING CORP.**
**P.O. BOX 7000**
**CAROL STREAM, IL 60197-7000**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FIRST SHRIJI HOSPITALITY**
**1461 WEST TALLYHO CT.**
**#3E**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FLORIDA DEPT. OF REVENUE**
**5050 W. TENNESSEE ST.,**
**BLDG. K**
**TALLAHASSEE, FL 32399-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FOSHAN SHUNDE MIDEA ELECTRICAL**
**HEATING**
**APPLIANCES MANUFACTURING COMPANY**
**LTD.**
**NO. 19 SANLE RD, BEIJIAO, SHUNDE,**
**FOSHAN**
**GUANGDONG, P.R. CHINA**
**CHINA   00052-8311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FREEMAN COMPANY**
**8201 W. 47TH STREET**
**MCCOOK, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,869.00 |
|---|---|---|---|

**FREIGHT CONNECTION**
**318 AVENUE I, SUITE 199**
**REDONDO BEACH, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GALCO INDUSTRIAL ELECTRONICS**
**26010 PINEHURST DRIVE**
**MADISON HEIGHTS, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GALLANT RISK & INSURANCE SERVICES,**
**INC.**
**4160 TEMESCAL CANYON ROAD, SUITE#**
**402**
**CORONA, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tatung Company of America, Inc. | Case number (if known) | 2:19-bk-21521-NB |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GALLS, LLC
P. O. BOX 71628
CHICAGO, IL 60694-1628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GAMESMAN LIMITED
UNIT 6 CROMPION FIELDS CROMPION WAY
CRAWLEY, WEST SUSSEX RH10 9QB,
ENGLAND
ENGLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GANZHOU DEHUIDA TECHNOLOGY CO.
LTD
DEHUIDA SCIENCE AND TECHNOLOGY
PARK
HUOYANSHAN ROAD, ANYUAN DISTRICT,
GANZHOU CITY JIANGXI PROVINCE 342100
P.R. CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GE POWER SWEDEN AB
FINNSLATTEN, HUS 350
SE-721 76 VASTARDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 105136
ATLANTA, GA 30348-5136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GEORGIA SECRETARY OF STATE
2 MLK, JR.DR. SUITE 313
DLOYD WEST TOWER
ATLANTA, GA 30334-1530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,595.60 |
|---|---|---|---|

GEXPRO
P.O. BOX 743448
LOS ANGELES, CA 90074-3448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade-Export

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tatung Company of America, Inc. | Case number (if known) | 2:19-bk-21521-NB |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,636.80 |
|---|---|---|---|

**GGEC HONG KONG LIMTED**
**UNIT# 7-12, 6/F, STERLING CENTRE,**
**11 CHEUNG YUE STREET, CHEUNG SHA**
**WAN**
**KOWLOON 0000**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade-HP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071.13 |
|---|---|---|---|

**GIBSON, DUNN & CRUTCHER, LLP**
**P.O. BOX 840723**
**LOS ANGELES, CA 90084-0723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GLEN MILLS INC.**
**220 DELAWANNA AVE**
**CLIFTON, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897.21 |
|---|---|---|---|

**GLOBAL EXCHANGE SERVICES**
**C/O JP MORGAN**
**LOCK BOX 29144**
**NETWORK PLACE**
**CHICAGO, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __EDI Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GM ROOFING aka GLM CAPITAL**
**CORPORATION**
**P. O. BOX 3908**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GO IRON WORK'S INC.**
**21106 S. ALAMEDA ST.,**
**CARSON, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GONZALEZ, SONYA**
**1033 S. BLUFF RD. APT.6**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (*if known*) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.157**
**Nonpriority creditor's name and mailing address**
**GORDON & REES, LLP**
**275 BATTERY STREET, 20TH FLOOR**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158**
**Nonpriority creditor's name and mailing address**
**GOVERNORS AMERICA CORP.**
**720 SILVER STREET**
**AGAWAM, MA 01001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159**
**Nonpriority creditor's name and mailing address**
**GRAINGER, INC.**
**DEPT. 840515027**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160**
**Nonpriority creditor's name and mailing address**
**GREAT AMERICAN INSURANCE CO.**
**P.O. BOX 89400**
**CLEVELAND, OH 44101-6400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**
**Nonpriority creditor's name and mailing address**
**GUANGDONG GALANZ MICROWAVE**
**ELECTRICAL**
**APPLIANCES MANUFACTURING CO., LTD.**
**NO.3 XINGPU AVENUE, HUANGPU TOWN,**
**ZHONGSHAN CITY, GUANGDONG**
**PROVINCE**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162**
**Nonpriority creditor's name and mailing address**
**GUANGDONG ZHANJIANG HOUSEHOLD**
**ELECTRIC**
**APPLIANCES INDUSTRIAL CO., LTD.**
**77 LONGGUANG ROAD,LONGTOU**
**INDUSTRIAL ZON**
**ZHANGJIANG, GUANGDONG 524054**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163**
**Nonpriority creditor's name and mailing address**
**HAJOCA CORPORATION**
**P.O. BOX 934752**
**ATLANTA, GA 31193-4752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Tatung Company of America, Inc. | Case number (if known) | 2:19-bk-21521-NB |
|---|---|---|---|
| | Name | | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANSFORD SENSORS USA, INC.**
**2240 HWY 292**
**INMAN, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HAWK RIDGE SYSTEMS**
**575 CLYDE AVENUE, SUITE 420**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HAWKER ELECTRONICS LTD.**
**57 THE AVENUE**
**RUBERY INDUSTRIAL ESTATE**
**BIRMINGHAM B45 9AL**
**UNITED KINGDOM, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEALTH NET OF CALIFORNIA INC.**
**FILE #52617**
**LOS ANGELES, CA 90074-2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEATHMAN HOTEL KIRKLAND**
**220 KIRKLAND AVE.,**
**KIRKLAND, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,000,000.00 |
|---|---|---|---|

**HEMLOCK SEMICONDUCTOR OPERATIONS**
**12334 GEDDES ROAD**
**ATTN: CFO**
**HEMLOCK, MI 48626**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HITACHI METALS TAIWAN, LTD.**
**11F,NO.9 XIANGYANG RD.**
**ZHONGZHENG DISTRICT, TAIPEI CITY**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HMR ASSOCIATES LLC**
**4366 BRODDOCK TRAIL**
**EAGAN, MN 55123-1980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HOME EASY INDUSTRIAL CO., LTD.**
**FLAT/RM 1.7/F, ROYAL COMMERCIAL**
**CENTRE**
**56 PARKES STREET, JORDAN**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HON HAI PRECISION INDUSTRY CO. LTD.**
**66 CHUNG SHAN RD., TU-CHENG**
**INDUSTRIAL**
**DISTRICT, TAIPEI HSIEN**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HONG CHANG PRECISION INDUSTRIAL CO.**
**LTD**
**NO.88, ERJIA RD., YINGGE DIST.,**
**NEW TAIPEI CITY 239**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HONGKONG WANGLU TECHNOLOGY**
**LIMITED**
**FLAT/RM A8 9/F SILVERCORP INT**
**TOWER 707-713 NATHAN RD MONGKOK KL**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HRDIRECT**
**P.O. BOX 669390**
**POMPANO BEACH, FL 33066-9390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HSIEH CHIH INDUSTRIAL LIBRARY**
**PUBLISHING**
**COMPANY**
**22 CHUNGSHAN N. RD., 3RD SEC., TAIPEI,**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HUBBELL POWER SYSTEMS, INC.**
**DEPT. 1210**
**P.O. BOX 121210**
**DALLAS, TX 75312-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IBM CORPORATION**
**P. O. BOX 740867**
**ATLANTA, GA 30374-0867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IMERYS FUSED MINERALS GREENEVILLE,**
**INC.**
**P.O. BOX 117175**
**ATLANTA, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IMPRESSIONS WHQ, INC.**
**2330 COMMERCIAL BLVD., SUITE 600**
**STATE COLLEGE, PA 16821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,697.92**

**INPRO/SEAL LLC**
**16185 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade-Export**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**INT'L SECURITY CONFERENCE &**
**EXPO/WEST**
**C/O RELX INC. DBA REED EXHIBITIONS**
**P.O. BOX 9599**
**NEW YORK, NY 10087-4599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**INTEGRO USA INC.**
**P.O. BOX 101805**
**PASADENA, CA 91189-1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**INTELLIGENT SYSTEMS MARKETING (ISM)**
**11344 COLOMA RD. SUITE 405**
**GOLD RIVER, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**INTERNATIONAL HOME & HOUSEWARES**
**SHOW**
**IHA**
**6400 SHAFER COURT, SUITE 650**
**ROSEMONT, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**INTERNATIONAL HOUSEWARES EXPO**
**IHA: EXHIBITOR SALES**
**6400 SHAFER COURT**
**SUITE 650**
**ROSEMONT, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**INTERTEK TESTING SERVICES NA,INC.**
**P.O. BOX #405176**
**ATLANTA, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**IRIS POWER LP**
**3110 AMERICAN DRIVE**
**MISSISSAUGA, ONTARIO**
**L4V 1T2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**J.B. HUNT TRANSPORT, INC.**
**P. O. BOX 749079**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**J.M. CARDEN SPRINKLER CO., INC.**
**2909 FLETCHER DRIVE**
**LOS ANGELES, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JDI DISPLAY AMERICA, INC.**
**1740 TECHOLOGY DRIVE, SUITE 460**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEUMONT ELECTRIC**
**367 RUE DE L' INDUSTRIE**
**JEUMONT, NORD, 59572**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHANSON TECHNOLOGY**
**4001 CALLE TECATE**
**CAMARILLO, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JS TECHNOLOGY COMPANY LIMITED**
**RM2103 EASEY COMM BLDG**
**253-261 HENNESSY RD. WAN**
**HONG KONG 999000**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**KEDY TECHNOLOGY ELECTRONICS CO., LTD.**
**KEDI AVENUE, JIULONG NEW VILLAGE**
**ANYU COUNTY INDUSTRIAL PARK**
**GANZHOU, JIANGXI**
**CHINA, CN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade-HP__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

**KHANG & KHANG LLP**
**4000 BARRANCA PARKWAY, SUITE 250**
**IRVINE, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consulting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KING INDUSTRIES INC.**
**SCIENCE ROAD - P.O. BOX 588**
**NORWALK, CT 06852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KLA-TENCOR CORPORATION**
**P.O. BOX 742332**
**LOS ANGELES, CA 90074-2332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $376.67 |
|---|---|---|---|

**KOMATSU FORKLIFT RETAIL OPERATIONS, INC.**
**P.O. BOX 749389**
**LOS ANGELES, CA 90074-9398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Repair & Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYOCERA INTERNATIONAL, INC.**
**P.O. BOX 100926**
**ATLANTA, GA 30384-0926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYVAS INTERNATIONAL CO., LTD.**
**4TH/ FL., NO. 475, SEC.2, TIDINGDADAO,**
**NEI-HU DISTRICT, TAIPEI, TAIWAN, R.O.C.**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**L.E.C. SERVICE, INC.**
**1865 W 222ND ST., SUITE A**
**TORRENCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LANDSBERG**
**P.O. BOX 101144**
**PASADENA, CA 91189-1144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LEVI P. LLORICO**
**540 N. CENTRAL AVENUE #B134**
**GLENDALE, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.206**

Nonpriority creditor's name and mailing address

**LEXUS FINANCIAL SERVICES**
**P. O. BOX 4102**
**CAROL STREAM, IL 60197-4102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.207**

Nonpriority creditor's name and mailing address

**LIAU, TOM**
**2239 CABEHILL AVE**
**LONG BEACH, CA 90815**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.208**

Nonpriority creditor's name and mailing address

**LINTON CRYSTAL TECHNOLOGIES**
**2180 BRIGHTON HENRIETTA TOWN LINE**
**RD.**
**ROCHESTER, NY 14623**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.209**

Nonpriority creditor's name and mailing address

**LIQUID CAPITAL EXCHANGE, INC.**
**FOR S B E, INC.**
**P. O. BOX 168688**
**IRVING, TX 75016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.210**

Nonpriority creditor's name and mailing address

**LITE-ON TECHNOLOGY CORPORATION**
**392, RUEY KUANG ROAD**
**NEIHU, TAIPEI, 144**
**TAIWAN R.O.C.**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade-HP**

Is the claim subject to offset? ■ No ☐ Yes

$118,770.50

---

**3.211**

Nonpriority creditor's name and mailing address

**LIU & PARTNERS ATTORNEYS AT LAW**
**ROOM C, 6F.,**
**NO. 261, SEC 3, NANJING E. RD.**
**SONGSHAN DISTRICT. TAIPEI 10550**
**TAIWAN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212**

Nonpriority creditor's name and mailing address

**LODGING GOODS**
**8182 ELDER CREEK RD.,**
**SACRAMENTO, CA 95824**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**LOS ANGELES COUNTY FIRE DEPT.**
**PO BOX 513148**
**LOS ANGELES, CA 90051-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**LOS ANGELES COUNTY TAX**
**P.O. BOX 54018**
**LOS ANGELS, CA 90054-0018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**LOS ANGELES SHERIFF'S PROFESSIONAL**
**ASSOC**
**LASPA**
**P.O. BOX 1010**
**LAKEWOOD, CA 90714-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**LUCAS-MILHAUPT, INC.**
**P.O. BOX 774686**
**CHICAGO, IL 60677-4006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**MAG-TROL LONG BEACH INC.**
**705 WEST ANAHEIM STREET**
**LONG BEACH, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**MAGNETROL INTERNATIONAL**
**INCORPORATED**
**8576 SOLUTION CENTER**
**CHICAGO, IL 60677-8005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**MAGNIFICENT MARKETING INTL.**
**787 E. LILAC WAY**
**AZUSA, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAGTROL, INC.**
**70 GARDENVILLE PARKWAY**
**BUFFALO, NY 14224-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Majano Vilma**
**15223 SOUTH RAYMOND AVE**
**APT. #2**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Employee Phone Expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16.80 |
|---|---|---|---|

**McMASTER-CARR SUPPLY COMPANY**
**P.O.BOX 7690**
**CHICAGO, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade-Gaming__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MERCEDES-BENZ FINANCIAL SERVICES**
**P. O. BOX 5209**
**CAROL STREAM, IL 60197-5209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MERCURY ELECTRIC**
**10532 PARK VILLA LANE**
**VILLA PARK, CA 92667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**METRO EXPRESSLANES**
**P. O. BOX 3339**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MILLER, KAPLAN, ARASE & CO., LLP**
**4123 LANKERSHIM BLVD**
**NORTH HOLLYWOOD, CA 91602-2828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.227**

Nonpriority creditor's name and mailing address

**MINCO PRODUCTS, INC.**
**NW 5915**
**P. O. BOX 1450**
**MINNEAPOLIS, MN 55485-5915**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$11,317.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade-Export__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.228**

Nonpriority creditor's name and mailing address

**MINNESOTA DEPT. OF REVENUE**
**MAIL STATION 1110**
**ST. PAUL, MN 55146-1110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.229**

Nonpriority creditor's name and mailing address

**MJR MARKETING**
**ATTN: MARK REITENBACH**
**1068 MARKLEY ROAD**
**CINCINNATI, OH 45230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.230**

Nonpriority creditor's name and mailing address

**MLA TRANS LLC**
**P.O. BOX  654**
**CORONA, CA 92878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$9,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Freight__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.231**

Nonpriority creditor's name and mailing address

**MODERNSOLID INDUSTRIAL CO., LTD.**
**11-2 WU NAN RD., WU CHI DIST**
**TAICHUNG CITY 43547**
**TAIWAN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.232**

Nonpriority creditor's name and mailing address

**MONTHES PALLETS, INC**
**P.O. BOX 1419**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$2,741.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade-Gaming__

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.233**

Nonpriority creditor's name and mailing address

**MOUSER ELECTRONICS**
**P.O. BOX 99319**
**FORT WORTH, TX 76199-0319**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.234** | Nonpriority creditor's name and mailing address

**MPEGLA**
**4600 S. ULSTER STREET, SUITE 400**
**DENVER, CO 80237**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235** | Nonpriority creditor's name and mailing address

**MR. HOSE, INC.**
**5574 E. WASHINGTON BLVD.**
**COMMERCE, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236** | Nonpriority creditor's name and mailing address

**MUELLER STREAMLINE CO.**
**1774 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237** | Nonpriority creditor's name and mailing address

**MULTI MEDIA SYSTEMS**
**9005 EXPOSITION BLVD.**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238** | Nonpriority creditor's name and mailing address

**MULTI-WING AMERICA INC.**
**15030 BERKSHIRE IND. PARKWAY**
**P.O. BOX 425**
**BURTON, OH 44021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.239** | Nonpriority creditor's name and mailing address

**MUTUAL OF OMAHA**
**PAYMENT PROCESSING CENTER**
**P. O. BOX 2147**
**OMAHA, NE 68103-2147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.240** | Nonpriority creditor's name and mailing address

**NEOPOST USA INC.**
**DEPT 3689**
**P. O. BOX 123689**
**DALLAS, TX 75312-3689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**NEW JERSEY SALES TAX**
**PO BOX 264**
**TRENTON, NJ 08646-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**NEW YORK STATE SALES TAX**
**NYS SALES TAX PROCESSING**
**JAF BUILDING**
**P.O. BOX 1205**
**NEW YORK, NY 10116-1205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**NGLIC**
**C/O SUPERIOR VISION INSURANCE INC.**
**NGLIC**
**P.O. BOX 201839**
**DALLAS, TX 75320-1839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**NOVOTECHNIK US INC.**
**155 NORTHBORO ROAD**
**SOUTHBOROUGH, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**NYE LUBIRCANTS, INC.**
**P.O. BOX 8927**
**NEW BEDFORD, MA 02742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**OFFICE OF CALIFORNIA STATE**
**CONTROLLER**
**UNCLAIMED PROPERTY DIVISION**
**ACCOUNTING BUREAU**
**P.O. BOX 942850**
**SACRAMENTO, CA 94250-5873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**OLD DOMINION FREIGHT LINE INC.**
**P.O. BOX 742296**
**LOS ANGELES, CA 90074-2296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OMEGA ENGINEERING, INC**
**26904 NETWORK PLACE**
**CHICAGO, IL 60673-1269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OMNICELL, INC.**
**P.O. BOX 204650**
**DALLAS, TX 75320-4650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ORACLE AMERICA, INC**
**P. BOX 44471**
**SAN FRANCISCO, CA 94144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSI BATTERIES INC. DBA OHLIN SALES**
**INC.**
**LOCKBOX 12-1976**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-1976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OTHELLO LIMITED**
**2F NO.9 ALLEY 24, LANE 68, SEC.1**
**KUANG-FU RD., SAN-CHUNG, TAIPEI**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,408.16 |
|---|---|---|---|

**PAIGE ELECTRIC COMPANY LP**
**P.O. BOX 821336**
**PHILADELPHIA, PA 19182-1336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade-Export_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PALMER HOLLAND, INC.**
**DEPT. 781606, P.O. BOX 78000**
**DETROIT, MI 48278-1606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PARKER HANNIFIN CORP.**
**7928 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PDC HSING SHENG WHA CO., LTD**
**4F NO.15, WU CHUAN 5 RD., WU KU**
**HSIANG,**
**TAIPEI HSIEN**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PETER, FARZIN**
**35 LANTANA**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PFEIFFER VACUUM INC.**
**P.O. BOX 414278**
**BOSTON, MA 02241-4278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PGSA-EAST**
**24 WADSWORTH CIRCLE**
**BRAMPTON, AB L6Z 1W7**
**CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PIEDMONT BUSHINGS & INSULATOR, LLC**
**P.O. BOX 849**
**WOODRUFF, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PNY TECHNLOGIES ASIA PACIFIC LIMITED**
**10F-1, NO.1, TAIYUAN 2ST ST.,**
**ZHUBEI CITY, HSINCHU, 30288**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.262** | Nonpriority creditor's name and mailing address

**PORTAGE ELECTRIC PRODUCTS,INC.**
**7700 FREEDOM AVE., N.W.**
**P.O. BOX 2170**
**NORTH CANTON, OH 44720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address

**PRECISE COOLING SOLUTIONS LLC**
**255 N. VALLEY ROAD**
**BARRINGTON, IL 60010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address

**PRECISION STEEL WAREHOSUE, INC.**
**P.O. BOX 92582**
**CHICAGO, IL 60675-2582**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address

**PREMIUM ASSIGNMENT CORP.**
**P. O. BOX 8000**
**TALLAHASSEE, FL 32314-8000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address

**PRIMAX ELECTRONICS LTD.**
**669, RUEY KUANG ROAD, NEIHU, 114,**
**TAIPEI**
**TAIWAN R.O.C.**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$49,823.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade-HP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address

**QUANTA STORAGE INC.**
**3F NO.188 WENHUA 2ND RD., GUISHAN**
**SHIANG**
**TAOYUAN COUNTY, 333 TAIWAN**
**TAIWAN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address

**R & E FASTENER INC.**
**P.O. BOX 5120**
**SPARKS, NV 89432-5120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R & L CARRIERS**
**P.O. BOX 10020**
**PORT WILLIAM, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R+L TRUCKLOAD SERVICES LLC**
**BANK OF AMERICA LOCKBOX SERVICES**
**LOCKBOX 74008195**
**CHICAGO, IL 60674-8195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R.F. MACDONALD CO.**
**25920 EDEN LANDING ROAD**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RADIX WIRE**
**8553 SOLUTION CENTER**
**LOCKBOX #778553**
**CHICAGO, IL 60677-8005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RANCILIO ASSOCIATES, INC.**
**11131 S. TOWNE SQUARE - A**
**ST. LOUIS, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAY CAMP COMPANY**
**P.O. BOX 7**
**PALMETTO, GA 30268-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $591.62 |
|---|---|---|---|

**READYREFRESH**
**P. O. BOX 856158**
**LOUISVILLE, KY 40285-6158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REISSMANN SENSORTECHNIK GMBH**
**D-74538 ROSENGARTEN-UTTENOFEN**
**GERMANY 53091**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RELX INC. DBA REED EXHIBITIONS**
**P.O. BOX 9599**
**NEW YORK, NY 10087-4599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Repworks, Inc.**
**654 A. NEW LUDLOW RD.**
**SOUTH HADLEY, MA 01075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROCKET SOFTWARE INC.**
**77 FOURTH AVE**
**STE 100**
**WALTHAM, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,823.00 |
|---|---|---|---|

**RR DONNELLEY LOGISTICS SERVICES**
**WORLDWIDE INC.**
**P.O BOX 932721**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Freight__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAI GLOBAL INC.**
**P.O. BOX 311116**
**LOCK BOX# T66072U**
**DETROIT, MI 48231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $564.72 |
|---|---|---|---|

**SAVVY SUPPLY, INC.**
**5306 LINDBERGH LANE**
**BELL, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$398.84**

**SC FUELS**
**P.O. BOX 14014**
**ORANGE, CA 92863-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gasoline**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SCHULER PRESSEN G, BJ & CO. KG**
**POSTFACH 929**
**D-73009 GOPPINGEN,**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SCUDDER TRUST CO.**
**P.O. BOX 9565**
**MANCHESTER, NH 03108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**SENTRY TECH SECURITY ALARM CO.**
**15712E GALE AVE.**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alarm**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SF EXPRESS CORPORATION**
**2805 W. EL SEGUNDO BLVD., SUITE 1 & 3**
**HAWTHORNE, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,890.00**

**SHANGHAI KORRUN BAGS & LUGGAGE**
**PRODUCTS**
**5F, NO.14 CAOHEJING HIGH-TECH PARK**
**NO. 518 XINZHUAN RD., SHANGHAI,**
**SONGJIANG 201612**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade-HP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SHELLEY KOSTIUK**
**5112 LAUREL CANYON BLVD.**
**VALLEY VILLAGE, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHENZHEN CHUANGWEI ELECTRONIC APPLIANCE**
6F, TABLET BLDG.,SKYWORTH INDL.PARK,
TANGTOU, BAO'AN DISTRICT,
SHENZHEN 518108
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHENZHEN CITY ALLENSON PHOTOELECTRIC CO., LTD.**
GUANGMING NEW DISTRICT, SHENZHEN,
518000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.50**

**SHENZHEN DI SI DA ELECTRON CO., LTD**
SEAT 5, ZONE 2 FUQIAO INDUSTRIAL PARK
FUYONG TOWN, BAOAN DISTRICT,
SHENZHEN,
GUANGDONG, 518128
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade-Display**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169,164.00**

**SHENZHEN KTC COMMERCIAL DISPLAY TECHNOLOGY CO. LTD.**
NORTHERN WUHE ROAD, BANXUEGANG INDUSTRY,
BUJI, SHENZHEN, 518129
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade-Display**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,256.00**

**SHENZHEN KTC TECH**
NORTHERN WUHE ROAD
BANGXUEGANG INDUSTRY AREA,
SHENZHEN, CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade-Display**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHINE TAKE METAL CO., LTD.**
NO.33, LANE 346, JONG-FENG RD.,
NAN-SHYH SEC. 2, PING-JENG, TAOYUAN
324
TAIWAN, R.O.C.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.296**

**Nonpriority creditor's name and mailing address**

**SHIPPERS INSURANCE PROGRAM**
**P.O. BOX 607**
**SULLIVAN, MO 63080**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Freight__

Is the claim subject to offset? ■ No  ☐ Yes

$147.74

---

**3.297**

**Nonpriority creditor's name and mailing address**

**SIAPIN HORTICULTURE, INC.**
**9103 PERKINS ST.,**
**PICO RIVERA, CA 90660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Repaits & Maintenance__

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

**3.298**

**Nonpriority creditor's name and mailing address**

**SIBELCO ASIA PTE LTD.**
**180 CLEMENCEAU AVE.**
**HAW PAW CENTER #05-01**
**239922**
**SINGAPORE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.299**

**Nonpriority creditor's name and mailing address**

**SIRIUS COMPUTER SOLUTIONS, INC.**
**P.O. BOX 202289**
**DALLAS, TX 75320-2289**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.300**

**Nonpriority creditor's name and mailing address**

**SoCalGas**
**P.O.BOX C**
**MONTEREY PARK, CA 91756**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Utility__

Is the claim subject to offset? ■ No  ☐ Yes

$20.28

---

**3.301**

**Nonpriority creditor's name and mailing address**

**SOLARANNA LTD.**
**GRIPOLY MILLS RETAIL PARK,**
**UNIT 3-5, SIPER ROAD**
**CARDIFF CF118AA**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.302**

**Nonpriority creditor's name and mailing address**

**SOLLEGA INC.**
**2480 MISSION STREET, SUITE 107B**
**SAN FRANCISCO, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.60** |
|---|---|---|---|

**SONGLIN TECHNOLOGY CORP.**
**NO. 1-7, LANE 489, DONGYONG ST.,**
**BADE CITY, TAOYUAN COUNTY 33458**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade-Gaming__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,096.36** |
|---|---|---|---|

**SOUTH BAY FABRICATION, INC.**
**15421 ELECTRONIC LANE**
**HUNTINGTON BEACH, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade-Gaming__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,605.29** |
|---|---|---|---|

**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 300**
**ROSEMEAD, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utility__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.00** |
|---|---|---|---|

**SOUTHERN CALIFORNIA IMMEDIATE**
**MEDICAL**
**CENTER**
**7300 ALONDRA BLVD. SUITE 101**
**PARAMOUNT, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Drug Test__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.71** |
|---|---|---|---|

**STAPLES ADVANTAGE**
**P. O. BOX 105638**
**ATLANTA, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STAR BRITE BUILDING MAINTENANCE, INC.**
**2688 DAWSON AVE**
**SIGNAL HILL, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STARRAG USA INC.**
**# DEPT. 781810**
**P.O. BOX 78000**
**DETROIT, MI 48278-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tatung Company of America, Inc. | Case number (if known) | 2:19-bk-21521-NB |
|---|---|---|---|
| | Name | | |

---

**3.310**

**Nonpriority creditor's name and mailing address**

**STATE COMPENSATION INSURANCE FUND**
**P.O. BOX 7441**
**SAN FRANCISCO, CA 94120-7441**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**

**Nonpriority creditor's name and mailing address**

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
**P.O. BOX 942867**
**SACRAMENTO, CA 94267-2021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.312**

**Nonpriority creditor's name and mailing address**

**STORED ENERGY SYSTEMS, LLC**
**1840 INDUSTRIAL CIRCLE**
**LONGMONT, CO 80501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313**

**Nonpriority creditor's name and mailing address**

**STRIKE TECHNOLOGIES AKA PENBRO**
**KELNICK**
**(PTY) LTD.**
**31 PARK AVENUE NORTH-HIGHWAY**
**BUSINESS PK**
**CENTURION, GAUTENG, 0132**
**SOUTH AFRICA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.314**

**Nonpriority creditor's name and mailing address**

**Striko-Westofen-Dynarad Furnance Corp.**
**29968 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.315**

**Nonpriority creditor's name and mailing address**

**SUZHOU BLUE BRIDGE ELECTRONIC CO.**
**LTD**
**WUZHONG DISTRICT, SUZHOU CITY**
**JIANGSU PROVINCE, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade-Gaming__

Is the claim subject to offset? ■ No ☐ Yes

$6,355.00

---

**3.316**

**Nonpriority creditor's name and mailing address**

**SWISSAM PRODUCTS LTD.**
**CITICORP CENTER, 18 WHITFIELD ROAD,**
**29TH FLOOR, NORTH PARK**
**HONG KONG**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.317** | **Nonpriority creditor's name and mailing address**

**T-MOBILE**
**P.O. BOX 790047**
**ST. LOUIS, MO 63179-0047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Telephone__

Is the claim subject to offset? ■ No ☐ Yes

**$140.19**

---

**3.318** | **Nonpriority creditor's name and mailing address**

**T. L. ASHFORD**
**P. O. BOX 17098**
**FORT MITCHELL, KY 41017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319** | **Nonpriority creditor's name and mailing address**

**TAIWAN RECTRONIC ENTERPRISE CORP.**
**5F., NO.7, LANE 50, SECTION 3**
**NAN KANG ROAD, TAIPEI 115**
**TAIWAN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320** | **Nonpriority creditor's name and mailing address**

**TATUNG COMPANY**
**22 CHUNGSHAN N. RD.**
**SEC. 3**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade-Consumer__

Is the claim subject to offset? ■ No ☐ Yes

**$60,393.00**

---

**3.321** | **Nonpriority creditor's name and mailing address**

**TAYLORLONG & ASSOCIATES**
**1718 SE CUTTER LANE, SUITE 200**
**VANCOUVER, WA 98661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322** | **Nonpriority creditor's name and mailing address**

**TEAM-ONE SAFETY SERVICES/ PAUL T.**
**PATINO**
**18224 GREVILLEA AVE.**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323** | **Nonpriority creditor's name and mailing address**

**TECHMAN ELECTRONICS (CHANGSHU) CO.**
**LTD.**
**NO. 66 DALIAN ROAD, HIGH-TECH IND.**
**PARK**
**CHANGSHU ECONOMIC DEVELOPMENT**
**ZONE,**
**JIANGSU**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **TED JOHNSON PROPANE**<br>**5140 N. ELTON STREET**<br>**BALDWIN PARK, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $870.06 |
| | **TEMPEL DE MEXICO**<br>**P.O. BOX 677888**<br>**DALLAS, TX 75267-7888** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade-Export__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **TEXAS COMPTROLLER OF PUBLIC**<br>**ACCOUNTS**<br>**111 E. 17TH ST.**<br>**AUSTIN, TX 78774-0100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,201.99 |
| | **THE BRIGHT GROUP, LLC**<br>**1660 HELM DRIVE, SUITE #100**<br>**LAS VEGAS, NV 89119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade-Gaming__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **THE CHIDLEY & PETO COMPANY**<br>**P.O. BOX 309**<br>**ITASCA, IL 60143-0309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **THE DOW CHEMICAL COMPANY**<br>**2030 WILLARD H DOW CENTER**<br>**MIDLAND, MI 48674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **THE FRENCH CORPORATION DBA**<br>**CONNOMAC CORP**<br>**340 WASHINGTON AVENUE**<br>**LA GRANGE, IL 60525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

THE NORTHEAST GROUP, LLC
129 MORGAN DRIVE, 1ST FLOOR
NORWOOD, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,870.00

THE OUTDOOR RECREATION GROUP, LLC
DBA AGILE BRANDS
3450 MOUNT VERNON DRIVE
LOS ANGELES, CA 90008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade-HP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

THE SOCO GROUP a division of
SC COMMERCIAL, LLC
5962 PRIESTLY DRIVE
CARLSBAD, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

THE TOLL ROADS
VIOLATION DEPT
P.O. BOX 57011
IRVINE, CA 92619-7011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

THT PRESSES, INC.
7475 WEBSTER ST.,
DAYTON, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

TIEWRAPS.COM INC.
P.O. BOX 421132
SAN DIEGO, CA 92142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

TMA WORLDWIDE, INC.
4038 AITKEN DAIRY RD.
ROCKLIN, CA 95677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TMX LOGISTICS, INC.**
**9660 PLAZA CIRCLE**
**EL PASO, TX 79927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOPFLY CORPORATION**
**NO.9, NEI-SHI ROAD, NEI-TSUOH VILLAGE**
**LU CHU HSIANG, TAO-YUAN 338**
**TAIWAN,R.O.C**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORRANCE ELECTRONICS, INC.**
**1545 WEST CARSON ST.**
**TORRANCE,, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOUCHTONE CORP.**
**P. O. BOX 5719**
**IRVINE, CA 92616-5719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOYOTA FINANCIAL SERVICES**
**P. O. BOX 4102**
**CAROL STEAM, IL 60197-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRACKSTAR PRINTING INC.**
**1140 W. MAHALO PLACE,**
**RACHO DOMINGUEZ, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAVELERS**
**P.O. BOX 660317**
**DALLAS, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**TREASURER STATE OF MAINE**
**DEPT. OF ENVIRONMENTAL PROTECTION**
**NATURAL RESOURCES SERVICE CENTER**
**155 STATE HOUSE STATION**
**AUGUSTA, ME 04333-0155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.15

**TRICO MFG. CORP.**
**1235 HICKORY STREET**
**PEWAUKEE, WI 53072-3999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade-Export**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**TRLA GROUP, INC.**
**490 CLOVERLEAF DRIVE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**TRUE VALUE**
**8600 WEST BRYN MAWR AVENUE**
**CHICAGO, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**TYDEN BROOKS**
**16036 COLLECTION CTR. DRIVE,**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**U.S. CUSTOMS AND BORDER PROTECTION**
**P.O. BOX 979126**
**ST. LOUIS, MO 63197-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**U.S. GROUP CONSOLIDATOR INC.**
**618 GLASGOW AVENUE**
**INGLEWOOD, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,668.00** |
|---|---|---|---|

**UCFS LASVEGAS, INC**
**1725 S. ESCONDIDO BLVD, SUITE A**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Freight__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**UL AG**
**75 REMITTANCE DRIVE, SUITE #1524**
**CHICAGO, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.93** |
|---|---|---|---|

**ULINE**
**P.O. BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**UNITED CONCORDIA DENTAL PLANS OF**
**CALIFORNIA, INC.**
**P.O. BOX 31001-0935**
**PASADENA, CA 91110-0935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**UNITED PARCEL SERVICE**
**PO BOX 894820**
**LOS ANGELES, CA 90189-4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**UNIVERSAL FILTERS, INC.**
**1207 MAIN STREET**
**ASBURY PARK,, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**UNIVERSAL MICROELECTRONICS CO.,**
**LTD.**
**3, 27TH RD., TAICHUNG INDUSTRIAL PARK**
**TAICHUNG**
**TAIWAN, R.O.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.359** | Nonpriority creditor's name and mailing address
**UPS FREIGHT**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$954.68**

---

**3.360** | Nonpriority creditor's name and mailing address
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$715.46**

---

**3.361** | Nonpriority creditor's name and mailing address
**USPS-HASLER**
**P.O. BOX 894757**
**LOS ANGELES, CA 90189-4757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.362** | Nonpriority creditor's name and mailing address
**VARIANT DISPLAYS INC.**
**5007 ONTARIO MILLS PKWY.**
**ONTARIO, CA 91764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.363** | Nonpriority creditor's name and mailing address
**VARSITY LOGISTICS, INC.**
**ONE PARKWAY NORTH**
**SUITE 400S**
**DEERFIELD, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364** | Nonpriority creditor's name and mailing address
**VIHONOR OPTO-ELECTRONICS**
**#201 GANGSHAN N. ROAD**
**GANGSHAN TOWN, KAOSHIUNG HSIEN**
**TAIWAN, R.O.C.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365** | Nonpriority creditor's name and mailing address
**VISION EXPRESS/WRAG-TIME**
**9841 E. FRONTAGE ROAD**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$1,016.69**

---

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WASHINGTON STATE
DEPARTMENT OF REVENUE
P.O. BOX 34054
SEATTLE, WA 98124-1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WASHINGTON STATE DEPT OF ECOLOGY
CASHIERING UNIT
P.O. BOX 47611
OLYMPIA, WA 98504-7611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473.53 |
|---|---|---|---|

**WASTE MANAGEMENT
LA METRO
P.O. BOX 541065
LOS ANGELES, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Repair & Maintenance_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WEIDMANN SYSTEMS INTERNATIONAL
LTD.
UNIT 18. 11/F.,HONGKONG INTERNATIONAL
TRADE & EXHIBITION CENTRE
1 TRADEMART DRIVE, KOWLOON BAY
HONGKONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WESTERN STATES REGIONAL JOINT
BOARD
920 S. ALVARADO ST.
LOS ANGELES, CA 90006-3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**WHITE NELSON DIEHL EVANS LLP
2875 MICHELLE DRIVE, SUITE 300
IRVINE, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Tax Filing_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.27 |
|---|---|---|---|

**WMMFA
116 N. OAKES AVE, SUITE B
CLE ELUM, WA 98922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Recycling Fees_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**WORLD JOURNAL**
**231 ADRIAN ROAD**
**MILLBRAE, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**WORLD JOURNAL LA, LLC**
**1588 CORPORATE CENTER DRIVE**
**MONTEREY PARK, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**WU,YONG-MING**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**XIAMEN COMFORT SCIENCE &**
**TECHNOLOGY**
**GROUP CO., LTD.**
**168#, QIANPU ROAD, SIMING ZONE**
**XIAMEN, FUJIAN 361008**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,331.20

**XIAMEN PRIMA TECHNOLOGY INC.**
**4TH FLOOR, NO. 618, JIAHE ROAD**
**XIAMEN, FUJIAN, P.R. CHINA 361006**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade-Display**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**XU HUI NATIONAL CO. LTD.**
**2F., NO.3, ALY. 4, LN.326,**
**ZHONGZHNEG RD., NEW TAIPEI, BANQIAO**
**22052**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**YEN XIANG E-MATERIALS CO., LTD.**
**1F., NO.94, DEHUI ST., ZHONGSHAN DIST.,**
**TAIPEI CITY 104**
**TAIWAN, TW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Tatung Company of America, Inc.** | Case number (if known) | **2:19-bk-21521-NB** |
|---|---|---|---|
| | Name | | |

---

**3.380**

**Nonpriority creditor's name and mailing address**
**YING TCHIN ELECTRONICS CO., LTD.**
**NO.2-3, EAST 9TH ST., K.E.P.Z.,**
**KAOHSIUNG, 806**
**TAIWAN, R.O.C.**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.381**

**Nonpriority creditor's name and mailing address**
**YRC FREIGHT**
**P.O. BOX 100129**
**PASADENA, CA 91189-0003**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.382**

**Nonpriority creditor's name and mailing address**
**YUNG CHING LIN**
**1065 N. GLENDORA AVENUE**
**COVINA, CA 91724**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.383**

**Nonpriority creditor's name and mailing address**
**ZHONGSHAN CITY WHITE HORSE**
**ELECTRIC CO.**
**SHENGHUI NORTH INDUSTRIAL AREA**
**NANTOU ZHONG SHAN, GUANGDONG**
**CHINA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384**

**Nonpriority creditor's name and mailing address**
**ZHONGSHAN GALANZ CONSUMER**
**ELECTRIC**
**APPLIANCES CO., LTD.**
**MAXIN INDUSTRIAL ZONE, XINGPO ROAD,**
**HUANGPO TOWN, ZHONGSHAN,**
**GUANGDONG 52842**
**CHINA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.385**

**Nonpriority creditor's name and mailing address**
**ZYTRONIC DISPLAYS LTD.**
**WHITELEY ROAD**
**BLAYTON, TYNE & WEAR, UK NE21 5NJ**
**UNITED KINGDOM**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Debtor    **Tatung Company of America, Inc.**                          Case number (if known)    **2:19-bk-21521-NB**
_____Name_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,614.29 |
| **5b. Total claims from Part 2** | 5b. + | $ 36,564,964.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 36,572,578.82 |

**Fill in this information to identify the case:**

Debtor name    **Tatung Company of America, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:19-bk-21521-NB**

Please take note that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases. The Debtor is investigating the nature of these agreements and reserves all of its rights to contest the validity and/ or nature of any agreement listed in this Schedule G.

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease for office space located in Duluth, CA** |
| State the term remaining | **Approx. 2 years** |
| List the contract number of any government contract | **DOC ACQUISITION LLC**<br>**2937 SW 27TH AVENUE, SUITE 202**<br>**MIAMI, FL 33133** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Logistic Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **HEWLETT PACKARD COMPANY**<br>**8000 FOOTHILLS BLVD., R5-MS: 5229**<br>**ATTN: BILL DALY**<br>**ROSEVILLE, CA 95747** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Automobile Lease** |
| State the term remaining | |
| List the contract number of any government contract | **LEXUS FINANCIAL SERVICES**<br>**P.O. BOX 4102**<br>**CAROL STREAM, IL 60197** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Automobile Lease** |
| State the term remaining | |
| List the contract number of any government contract | **MERCEDES-BENZ FINANCIAL SERVICES**<br>**P.O. BOX 5209**<br>**CAROL STREAM, IL 60197** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Tatung Company of America, Inc.**
    First Name           Middle Name         Last Name

Case number *(if known)*   **2:19-bk-21521-NB**

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Lease** | |
|---|---|---|---|
| | State the term remaining | | **TOYOTA FINANCIAL SERVICES** |
| | List the contract number of any government contract | | **P.O. BOX 4102** |
| | | | **CAROL STREAM, IL 60197** |

**Fill in this information to identify the case:**

Debtor name     **Tatung Company of America, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)     **2:19-bk-21521-NB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **GREEN ENERGY TECHNOLOGY, INC.** | **No. 19-2, Tatung 1st Road, Kuanyin Taoyuan, Taiwan, R.O.C.** | **HEMLOCK SEMICONDUCTOR OPERATIONS** | ☐ D _____<br>■ E/F __3.169__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Tatung Company of America, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:19-bk-21521-NB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $22,672,368.23 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $38,809,374.77 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $45,872,199.74 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Tatung Company of America, Inc.**

Case number *(if known)*  **2:19-bk-21521-NB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Exhibit 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christina Sun**<br>**341 S. Antia Ave**<br>**Los Angeles, CA 90049**<br>**25% Shareholder, Director, Interim President** | **10/1/18 to 9/30/19** | **$260,160.00** | **Wages owed from 10/1/18 to 9/30/19** |
| 4.2. **Huei-Jihn Jih**<br>**18946 Vickie Ave**<br>**Cerritos, CA 90703**<br>**Former President & CEO** | **10/1/18 to 9/30/19** | **$297,938.89** | **Wages owed from 10/1/18 to 9/30/19** |
| 4.3. **Huei-Jihn Jih**<br>**18946 Vickie Ave**<br>**Cerritos, CA 90703**<br>**Former President & CEO** | **10/12/18, 3/13/19, 7/30/19** | **$1,809.24** | **Reimbursement of Business Expenses** |
| 4.4. **Tatung Company**<br>**22 Chungshan N. Rd. Sec. 3**<br>**Taipei, Taiwan**<br>**50% Shareholder** | **10/1/18, 11/1/18, 12/3/18, 1/2/19, 2/8/19. 2/27/19, 4/1/19, 4/15/19, 5/28/19, 8/21/19, 9/18/19** | **$769,294.76** | **Consumer Products** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor  **Tatung Company of America, Inc.**                          Case number *(if known)*  **2:19-bk-21521-NB**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hemlock Semiconductor Corp. v. Tatung Company of America, Inc.**<br>**13-020593-CK-2** | **Breach of contract** | **Circuit Court, County of Saginaw**<br>**111 South Michigan Avenue**<br>**Saginaw, MI 48602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Commonwealth of Puerto Rico v. LG Electronics, Tatung Company of America, Inc. et al.**<br>**07-cv-5944 JST** | **CRT Antitrust** | **USDC Northern District of CA**<br>**450 Golden Gate Ave**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

---

Debtor    **Tatung Company of America, Inc.**                                    Case number *(if known)*    **2:19-bk-21521-NB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ardent Law Group, PC**<br>**4340 Von Karman Ave**<br>**Newport Beach, CA 92660**<br><br>**Email or website address**<br>**https://ardentlawgroup.com/**<br><br>**Who made the payment, if not debtor?** | | **9/11/2019** | **$3,669.00** |
| 11.2. | **Ardent Law Group, PC**<br>**4340 Von Karman Ave**<br>**Newport Beach, CA 92660**<br><br>**Email or website address**<br>**https://ardentlawgroup.com/**<br><br>**Who made the payment, if not debtor?** | | **9/24/2019** | **$1,080.00** |
| 11.3. | **E&W Consulting LLC**<br>**2131 Crescent Drive**<br>**Altadena, CA 91001**<br><br>**Email or website address**<br>**https://www.ewconsultinginc.net/**<br><br>**Who made the payment, if not debtor?** | | **9/24/2019** | **$55,000.00** |
| 11.4. | **E&W Consulting LLC**<br>**2131 Crescent Drive**<br>**Altadena, CA 91001**<br><br>**Email or website address**<br>**https://www.ewconsultinginc.net/**<br><br>**Who made the payment, if not debtor?** | | **9/30/2019** | **$104,036.00** |
| 11.5. | **Khang & Khang LLP**<br>**18101 Von Karman Ave #330**<br>**Irvine, CA 92612**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | **8/1/2019** | **$5,000.00** |

Debtor    **Tatung Company of America, Inc.**
Case number *(if known)*  **2:19-bk-21521-NB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Levene, Neale, Bender, et. al 10250 Constellation Boulevard Suite 1700 Los Angeles, CA 90067** | | **9/17/2019** | **$25,000.00** |
| | Email or website address **www.lnbyb.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Levene, Neale, Bender, et. al 10250 Constellation Boulevard Suite 1700 Los Angeles, CA 90067** | | **9/30/2019** | **$51,717.00** |
| | Email or website address **www.lnbyb.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | **Six Degrees Law Group 100 Wilshire Boulevard, Suite 700 Santa Monica, CA 90401** | | **9/17/2019** | **$5,000.00** |
| | Email or website address **http://www.6dlaw.com/** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.9. | **Six Degrees Law Group 100 Wilshire Boulevard, Suite 700 Santa Monica, CA 90401** | | **9/30/2019** | **$57,012.00** |
| | Email or website address **www.6dlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

| Debtor | **Tatung Company of America, Inc.** | | Case number *(if known)*  **2:19-bk-21521-NB** |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Tatung Company of America, Inc.**

Case number *(if known)*    **2:19-bk-21521-NB**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Cathy Bank**<br>9650 Flair Drive<br>El Monte, CA 91731 | **XXXX-3336** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/27/19** | **$17,430.24** |
| 18.2. | **Cathy Bank**<br>9650 Flair Drive<br>El Monte, CA 91731 | **XXXX-5517** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/27/19** | **$10,788.71** |
| 18.3. | **Hua Nan Commercial Bank**<br>707 Wilshire Blvd.<br>Suite 3100<br>Los Angeles, CA 90017 | **XXXX-6657** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/18/19** | **$24,541.50** |
| 18.4. | **Bank of Taiwan**<br>601 S. Figueroa St.<br>Suite 4525<br>Los Angeles, CA 90017 | **XXXX-0994** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/18/19** | **$17,816.34** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Tatung Company of America, Inc.**                                    Case number *(if known)*    **2:19-bk-21521-NB**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jealous Devil, LLC**<br>**2629 Manhattan Ave, #214**<br>**Hermosa Beach, CA 90254** | **Tatung Company of America, Inc.**<br>**2850 El Presidio St.**<br>**Long Beach, CA 90810** | **Charcoal packed in bags for restaurant use.** | **Unknown** |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* **2:19-bk-21521-NB** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Linda Li** **2616 Sonoma St.** **Torrance, CA 90503** | **1985 to present** |
| 26a.2. **Lawrence Shen** **1640 Neil Armstrong** **Montebello, CA 90640** | **1988 to present** |
| 26a.3. **Grace Villa** **13128 Andy St.** **Cerritos, CA 90703** | **1987 to present** |
| 26a.4. **Yupin Lin** **16390 Whitefield Ct.** **West Covina, CA 91790** | **1999 to present** |
| 26a.5. **Ling-Ling Chen** **4489 Spenser St.** **Torrance, CA 90503** | **2006 to present** |
| 26a.6. **Kew-Song CHen** **15905 Hill St.** **La Puente, CA 91744** | **1980 to 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Tatung Company** **22 Chungshan N. Rd. Sec 3** **Taipei, Taiwan** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **White Nelson Diehl Evans LLP** **2875 Michelle Drive** **Suite 300** **Irvine, CA 92606** | **1999 to 2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **East West Bank** **800 E. Valley Blvd.** **San Gabriel, CA 91776** | **2017 to 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Tatung Company of America, Inc.** **Attn: Linda Li** **2850 El Presidio St.** **Long Beach, CA 90810** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Tatung Company of America, Inc.** | Case number *(if known)* | **2:19-bk-21521-NB** |

☐ None

| Name and address |
|---|
| 26d.1. | **East West Bank**<br>**800 E. Valley Blvd.**<br>**San Gabriel, CA 91776** |
| 26d.2. | **Bank of the West**<br>**300 South Grand Ave**<br>**7th Floor**<br>**Los Angeles, CA 90071** |
| 26d.3. | **Gallant Risk & Insurance Services, Inc.**<br>**4160 Temescal Canyon Road**<br>**Suite 402**<br>**Corona, CA 92883** |
| 26d.4. | **Integro Insurance Brokers**<br>**115 North El Molino Avenue**<br>**Pasadena, CA 91101** |
| 26d.5. | **AON Risk Services**<br>**PO Box 849832**<br>**Los Angeles, CA 90084** |
| 26d.6. | **Euler Hermes ACI**<br>**800 Red Brook Blvd.**<br>**Owings Mills, MD 21117** |
| 26d.7. | **Experian**<br>**PO Box 881971**<br>**Los Angeles, CA 90088** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Florencio Wee & David Frasco** | **9/30/2019** | **$6,063,039.75, weighted average** |
| **Name and address of the person who has possession of inventory records**<br>**Tatung Company of America, Inc.**<br>**2850 E El Presidio St**<br>**Long Beach, CA 90810** | | |
| 27.2. **Florencio Wee & David Frasco** | **6/30/2019** | **$6,615,061.82 weighted average** |
| **Name and address of the person who has possession of inventory records**<br>**Tatung Company of America, Inc.**<br>**2850 E El Presidio St**<br>**Long Beach, CA 90810** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Tatung Company of America, Inc.**

Case number *(if known)*  **2:19-bk-21521-NB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christina Sun | 341 S. Antia Ave<br>Los Angeles, CA 90049 | Interim President, Director, Shareholder | 25% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Sun | 2018 Manning Avenue<br>Los Angeles, CA 90064 | Director, Shareholder | 25% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tatung Company | 22 Chungshan N. Rd. Sec 3<br>Taipei, Taiwan | Shareholder | 50% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dar-Kuan Huang | 3459 Bahia Blance West<br>Unit A<br>Laguna Woods, CA 92637 | Director | 0% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Chen | 5002 French Creek Road<br>Shingle Springs, CA 95682 | Chief Restructuring Officer | 0% Interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Huei-Jihn Jih | 18946 Vickie Ave<br>Cerritos, CA 90703 | President & Chief Executive Officer | 8/2016 to 9/25/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See response to No. 4 | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Tatung Company of America, Inc.**                                       Case number *(if known)*  **2:19-bk-21521-NB**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Tatung Company** | **EIN:** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2019**

_____    **Jason Chen**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| EXHIBIT 3 TO SOFA | | | |
|---|---|---|---|
| Date | Name | Description | Amount |
| 7/1/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (132,679.40) |
| 7/19/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (30,702.44) |
| 7/25/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (23,785.00) |
| 8/1/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (76,145.00) |
| 8/8/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (60,165.00) |
| 9/6/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (29,735.00) |
| 9/12/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (126,125.00) |
| 9/30/2019 | 3M TOUCH SYSTEMS | Suppliers or Vendors | $   (136,517.25) |
| 7/25/2019 | A-1 COAST RENTALS | Suppliers or Vendors | $   (81.37) |
| 8/28/2019 | A-1 COAST RENTALS | Suppliers or Vendors | $   (81.37) |
| 9/25/2019 | A-1 COAST RENTALS | Suppliers or Vendors | $   (81.37) |
| 7/9/2019 | ABB INC. | Suppliers or Vendors | $   (1,540.62) |
| 8/28/2019 | ABB INC. | Suppliers or Vendors | $   (690.00) |
| 9/6/2019 | ABB INC. | Suppliers or Vendors | $   (1,162.00) |
| 9/11/2019 | ABB INC. | Suppliers or Vendors | $   (2,256.00) |
| 9/23/2019 | ABB INC. | Suppliers or Vendors | $   (198.00) |
| 7/30/2019 | ABLE INDUSTRIAL PRODUCTS, INC. | Suppliers or Vendors | $   (6,887.82) |
| 7/2/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (78,851.52) |
| 7/15/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (68,049.48) |
| 7/29/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (45,932.52) |
| 8/8/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (71,836.36) |
| 8/14/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (86,925.60) |
| 9/3/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (132,598.62) |
| 9/10/2019 | ACROX TECHNOLOGIES CO., LTD | Suppliers or Vendors | $   (159,226.60) |
| 7/1/2019 | ACULA TECHNOLOGY CORP. | Suppliers or Vendors | $   (36,945.00) |
| 7/16/2019 | ACULA TECHNOLOGY CORP. | Suppliers or Vendors | $   (45,912.00) |
| 7/15/2019 | ADP, INC. | Suppliers or Vendors | $   (1,474.94) |
| 8/9/2019 | ADP, INC. | Suppliers or Vendors | $   (1,623.58) |
| 9/11/2019 | ADP, INC. | Suppliers or Vendors | $   (1,778.65) |
| 8/28/2019 | AJ ALARM SYSTEMS | Suppliers or Vendors | $   (341.85) |
| 7/9/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (6,310.24) |
| 7/15/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,381.52) |
| 7/25/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,148.72) |
| 7/30/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,155.12) |
| 8/9/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,142.32) |
| 8/9/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,148.72) |
| 8/19/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,155.12) |
| 9/6/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,155.12) |
| 9/6/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,148.72) |
| 9/11/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,155.12) |
| 9/17/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,381.52) |
| 9/23/2019 | ALL NATION SECURITY SERVICE, I | Suppliers or Vendors | $   (3,155.12) |
| 7/12/2019 | ALVIN RAMALI | Suppliers or Vendors | $   (800.00) |
| 9/17/2019 | ALVIN RAMALI | Suppliers or Vendors | $   (800.00) |
| 7/24/2019 | AMERICAN EXPRESS | Suppliers or Vendors | $   (9,587.96) |
| 7/24/2019 | AMERICAN EXPRESS | Suppliers or Vendors | $   (17.99) |

| 8/21/2019 | AMERICAN EXPRESS | Suppliers or Vendors | $ | (1,471.88) |
|---|---|---|---|---|
| 9/20/2019 | AMERICAN EXPRESS | Suppliers or Vendors | $ | (1,591.28) |
| 7/9/2019 | AMRC, LLC | Suppliers or Vendors | $ | (345.00) |
| 7/15/2019 | ARDENT LAW GROUP, PC | Service | $ | (754.70) |
| 8/9/2019 | ARDENT LAW GROUP, PC | Service | $ | (3,010.60) |
| 9/11/2019 | ARDENT LAW GROUP, PC | Service | $ | (3,669.00) |
| 9/24/2019 | ARDENT LAW GROUP, PC | Service | $ | (1,080.00) |
| 8/19/2019 | ARIZONA DEPT. OF REVENUE | tax | $ | (7.49) |
| 9/19/2019 | ARIZONA DEPT. OF REVENUE | tax | $ | (28.27) |
| 9/17/2019 | ASKEW INDUSTRIAL CORP | Suppliers or Vendors | $ | (38.50) |
| 7/9/2019 | AT & T MOBILITY | Suppliers or Vendors | $ | (420.50) |
| 8/9/2019 | AT & T MOBILITY | Suppliers or Vendors | $ | (585.13) |
| 9/11/2019 | AT & T MOBILITY | Suppliers or Vendors | $ | (415.66) |
| 7/9/2019 | AT&T | Suppliers or Vendors | $ | (202.36) |
| 7/9/2019 | AT&T | Suppliers or Vendors | $ | (221.69) |
| 7/9/2019 | AT&T | Suppliers or Vendors | $ | (1,420.34) |
| 7/9/2019 | AT&T | Suppliers or Vendors | $ | (500.27) |
| 7/15/2019 | AT&T | Suppliers or Vendors | $ | (260.17) |
| 7/25/2019 | AT&T | Suppliers or Vendors | $ | (1,417.72) |
| 7/25/2019 | AT&T | Suppliers or Vendors | $ | (197.63) |
| 7/30/2019 | AT&T | Suppliers or Vendors | $ | (1,420.34) |
| 7/30/2019 | AT&T | Suppliers or Vendors | $ | (504.73) |
| 8/9/2019 | AT&T | Suppliers or Vendors | $ | (200.54) |
| 8/9/2019 | AT&T | Suppliers or Vendors | $ | (218.19) |
| 8/9/2019 | AT&T | Suppliers or Vendors | $ | (336.79) |
| 8/20/2019 | AT&T | Suppliers or Vendors | $ | (1,430.50) |
| 8/20/2019 | AT&T | Suppliers or Vendors | $ | (235.72) |
| 8/28/2019 | AT&T | Suppliers or Vendors | $ | (1,420.34) |
| 8/28/2019 | AT&T | Suppliers or Vendors | $ | (504.07) |
| 9/6/2019 | AT&T | Suppliers or Vendors | $ | (251.56) |
| 9/6/2019 | AT&T | Suppliers or Vendors | $ | (274.57) |
| 9/13/2019 | AT&T | Suppliers or Vendors | $ | (346.73) |
| 9/23/2019 | AT&T | Suppliers or Vendors | $ | (1,468.06) |
| 9/23/2019 | AT&T | Suppliers or Vendors | $ | (226.10) |
| 7/1/2019 | AU OPTRONICS CORPORATION | Suppliers or Vendors | $ | (33,258.00) |
| 7/25/2019 | B&T SALES LLC | Suppliers or Vendors | $ | (118.15) |
| 8/19/2019 | B&T SALES LLC | Suppliers or Vendors | $ | (368.15) |
| 9/17/2019 | B&T SALES LLC | Suppliers or Vendors | $ | (169.85) |
| 7/24/2019 | BANK OF THE WEST-#0766-MICHELL | Suppliers or Vendors | $ | (3,806.83) |
| 8/23/2019 | BANK OF THE WEST-#0766-MICHELL | Suppliers or Vendors | $ | (5,849.21) |
| 9/23/2019 | BANK OF THE WEST-#0766-MICHELL | Suppliers or Vendors | $ | (1,594.31) |
| 8/23/2019 | BANK OF THE WEST-#5576-AMY | Suppliers or Vendors | $ | (599.88) |
| 8/23/2019 | BANK OF THE WEST-#5576-AMY | Suppliers or Vendors | $ | (1,799.00) |
| 9/23/2019 | BANK OF THE WEST-#5576-AMY | Suppliers or Vendors | $ | (803.00) |
| 7/24/2019 | BANK OF THE WEST-#9005-EDDIE | Suppliers or Vendors | $ | (305.07) |
| 8/23/2019 | BANK OF THE WEST-#9005-EDDIE | Suppliers or Vendors | $ | (525.71) |
| 9/23/2019 | BANK OF THE WEST-#9005-EDDIE | Suppliers or Vendors | $ | (594.11) |
| 7/9/2019 | BELDEN INC. | Suppliers or Vendors | $ | (4,951.35) |

| 7/25/2019 | BELDEN INC. | Suppliers or Vendors | $ | (18,095.90) |
|---|---|---|---|---|
| 8/19/2019 | BELDEN INC. | Suppliers or Vendors | $ | (573.20) |
| 7/25/2019 | BEST WESTERN INT'L INC. | Suppliers or Vendors | $ | (71.40) |
| 7/25/2019 | BING JENG (Bing) HWANG | Suppliers or Vendors | $ | (29.16) |
| 7/1/2019 | BI-SEARCH INTERNATIONAL INC. | Suppliers or Vendors | $ | (16,435.00) |
| 7/31/2019 | BI-SEARCH INTERNATIONAL INC. | Suppliers or Vendors | $ | (6,729.00) |
| 8/28/2019 | BI-SEARCH INTERNATIONAL INC. | Suppliers or Vendors | $ | (5,037.00) |
| 8/9/2019 | BIZLINK TECHNOLOGY, INC. | Suppliers or Vendors | $ | (4,000.00) |
| 8/19/2019 | BLUE CHIP PEST CONTROL, INC. | Suppliers or Vendors | $ | (80.00) |
| 8/28/2019 | BLUE CHIP PEST CONTROL, INC. | Suppliers or Vendors | $ | (80.00) |
| 7/26/2019 | BOARD OF EQUALIZATION | tax | $ | (7,963.00) |
| 8/19/2019 | BOTTOMLINE TECHNOLOGIES (DE) I | Suppliers or Vendors | $ | (4,950.17) |
| 8/19/2019 | BOYD CORPORATION | Suppliers or Vendors | $ | (2,500.00) |
| 7/25/2019 | BROOKS INTERNET SOFTWARE, INC. | Suppliers or Vendors | $ | (58.32) |
| 8/9/2019 | BUREAU OF ELECTRONIC & APPLIAN | Suppliers or Vendors | $ | (375.00) |
| 7/15/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (219.31) |
| 7/15/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (51.63) |
| 8/9/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (385.51) |
| 8/9/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (51.63) |
| 9/6/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (51.63) |
| 9/11/2019 | CALIFORNIA WATER SERVICE COMPA | Suppliers or Vendors | $ | (333.26) |
| 8/30/2019 | CENTRAL TRANSPORT LLC | Suppliers or Vendors | $ | (94.71) |
| 9/17/2019 | CENTRAL TRANSPORT LLC | Suppliers or Vendors | $ | (135.59) |
| 7/12/2019 | CHEETAH EXPRESS INC. | Suppliers or Vendors | $ | (532.80) |
| 8/9/2019 | CHEETAH EXPRESS INC. | Suppliers or Vendors | $ | (205.00) |
| 8/28/2019 | CHEETAH EXPRESS INC. | Suppliers or Vendors | $ | (95.00) |
| 9/6/2019 | CHEETAH EXPRESS INC. | Suppliers or Vendors | $ | (2,695.00) |
| 9/17/2019 | CHINESE CONSUMER YELLOW PAGES | Suppliers or Vendors | $ | (1,440.00) |
| 9/30/2019 | CHRISTINA SUN | Suppliers or Vendors | $ | (6,780.00) |
| 7/25/2019 | CHUBB & SON | Suppliers or Vendors | $ | (4,376.06) |
| 8/20/2019 | CHUBB & SON | Suppliers or Vendors | $ | (4,376.06) |
| 7/25/2019 | COASTAL SECURITY CONSULTANTS L | Suppliers or Vendors | $ | (79.10) |
| 8/19/2019 | COASTAL SECURITY CONSULTANTS L | Suppliers or Vendors | $ | (230.05) |
| 9/17/2019 | COASTAL SECURITY CONSULTANTS L | Suppliers or Vendors | $ | (235.70) |
| 7/25/2019 | COAXIAL SYSTEMS ASSOCIATES INC | Suppliers or Vendors | $ | (10.45) |
| 8/19/2019 | COAXIAL SYSTEMS ASSOCIATES INC | Suppliers or Vendors | $ | (82.40) |
| 9/17/2019 | COAXIAL SYSTEMS ASSOCIATES INC | Suppliers or Vendors | $ | (16.70) |
| 7/9/2019 | COMMERCE TECHNOLOGIES, LLC DBA | Suppliers or Vendors | $ | (167.90) |
| 8/9/2019 | COMMERCE TECHNOLOGIES, LLC DBA | Suppliers or Vendors | $ | (226.30) |
| 7/25/2019 | CONNECTIVITY CONSULTANTS, INC. | Suppliers or Vendors | $ | (110.50) |
| 8/19/2019 | CONNECTIVITY CONSULTANTS, INC. | Suppliers or Vendors | $ | (77.65) |
| 9/17/2019 | CONNECTIVITY CONSULTANTS, INC. | Suppliers or Vendors | $ | (172.85) |
| 7/11/2019 | CONNELL BROS. CO. LLC | Suppliers or Vendors | $ | (25,909.63) |
| 7/29/2019 | CRESYN CO., LTD. | Suppliers or Vendors | $ | (14,713.68) |
| 8/26/2019 | DAL (DISPLAY AND LIFE) | Suppliers or Vendors | $ | (1,587.90) |
| 7/1/2019 | DANOTECH CO., LTD. | Suppliers or Vendors | $ | (49,905.00) |
| 8/1/2019 | DANOTECH CO., LTD. | Suppliers or Vendors | $ | (47,565.00) |
| 7/8/2019 | DARFON ELECTRONICS CORP. | Suppliers or Vendors | $ | (62,481.00) |

| | | | | |
|---|---|---|---|---|
| 8/6/2019 | DARFON ELECTRONICS CORP. | Suppliers or Vendors | $ | (83,313.00) |
| 8/26/2019 | DARFON ELECTRONICS CORP. | Suppliers or Vendors | $ | (20,817.00) |
| 9/24/2019 | DARFON ELECTRONICS CORP. | Suppliers or Vendors | $ | (65,985.00) |
| 7/30/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (1,302.18) |
| 8/9/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (469.47) |
| 9/6/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (1,668.13) |
| 9/11/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (656.99) |
| 9/17/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (198.15) |
| 9/25/2019 | DAYLIGHT TRANSPORT, LLC | Suppliers or Vendors | $ | (136.75) |
| 7/25/2019 | DENTAL HEALTH SERVICES | Suppliers or Vendors | $ | (301.95) |
| 8/28/2019 | DENTAL HEALTH SERVICES | Suppliers or Vendors | $ | (251.45) |
| 7/15/2019 | DIGI-KEY Electronics 37528 | Suppliers or Vendors | $ | (36.72) |
| 7/25/2019 | DIGI-KEY Electronics 37528 | Suppliers or Vendors | $ | (19.76) |
| 8/9/2019 | DIGI-KEY Electronics 37528 | Suppliers or Vendors | $ | (3,714.96) |
| 9/6/2019 | DIGI-KEY Electronics 37528 | Suppliers or Vendors | $ | (27.22) |
| 7/25/2019 | DLS INTERNATIONAL | Suppliers or Vendors | $ | (137.33) |
| 8/19/2019 | DLS INTERNATIONAL | Suppliers or Vendors | $ | (31.25) |
| 9/17/2019 | DLS INTERNATIONAL | Suppliers or Vendors | $ | (60.59) |
| 8/9/2019 | DMV | Suppliers or Vendors | $ | (546.00) |
| 8/9/2019 | DMV | Suppliers or Vendors | $ | (283.00) |
| 8/9/2019 | DMV | Suppliers or Vendors | $ | (226.00) |
| 8/19/2019 | DMV | Suppliers or Vendors | $ | (440.00) |
| 9/6/2019 | DMV | Suppliers or Vendors | $ | (607.00) |
| 7/15/2019 | DOC ACQUISITION, LLC | Suppliers or Vendors | $ | (1,418.02) |
| 8/19/2019 | DOC ACQUISITION, LLC | Suppliers or Vendors | $ | (1,418.02) |
| 7/1/2019 | DOW CHEMICAL PACIFIC LTD. | Suppliers or Vendors | $ | (84,543.43) |
| 8/21/2019 | DOW CHEMICAL PACIFIC LTD. | Suppliers or Vendors | $ | (47,103.02) |
| 7/24/2019 | DSTAR TECHNOLOGY CO., LTD. | Suppliers or Vendors | $ | (415.00) |
| 7/25/2019 | DUN & BRADSTREET CREDIBILITY C | Suppliers or Vendors | $ | (1,088.91) |
| 9/3/2019 | E-CENTURY TECHNICAL & INDUSTRI | Suppliers or Vendors | $ | (3,255.00) |
| 9/23/2019 | EDGEWOOD PARTNERS INSURANCE CE | Suppliers or Vendors | $ | (250.95) |
| 7/25/2019 | EGC ENTERPRISES, INC. | Suppliers or Vendors | $ | (605.76) |
| 7/25/2019 | EHP SOLUTION (HAN BYUL KIM) | Suppliers or Vendors | $ | (899.80) |
| 8/19/2019 | EHP SOLUTION (HAN BYUL KIM) | Suppliers or Vendors | $ | (17.45) |
| 9/17/2019 | EHP SOLUTION (HAN BYUL KIM) | Suppliers or Vendors | $ | (462.60) |
| 8/9/2019 | EIS, INC. | Suppliers or Vendors | $ | (752.25) |
| 8/19/2019 | EIS, INC. | Suppliers or Vendors | $ | (4,095.53) |
| 9/23/2019 | EIS, INC. | Suppliers or Vendors | $ | (752.25) |
| 9/6/2019 | ELECTRO STATIC TECHNOLOGY - IT | Suppliers or Vendors | $ | (725.00) |
| 7/9/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (1,731.94) |
| 7/9/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (2,456.13) |
| 7/9/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (3,336.00) |
| 7/9/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (3,869.76) |
| 7/25/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (3,202.56) |
| 7/30/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (7,572.72) |
| 8/9/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (3,669.60) |
| 8/19/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (3,886.44) |
| 9/6/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ | (7,856.28) |

| Date | Vendor | Type | Amount |
|---|---|---|---|
| 9/11/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ (8,423.40) |
| 9/23/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ (2,998.23) |
| 9/30/2019 | ELWOOD STAFFING SERVICES, INC. | Suppliers or Vendors | $ (12,000.00) |
| 8/19/2019 | EMERSON CLIMATE TECHNOLOGIES | Suppliers or Vendors | $ (44,732.00) |
| 8/26/2019 | EMERSON CLIMATE TECHNOLOGIES | Suppliers or Vendors | $ (24,746.80) |
| 9/6/2019 | EMERSON CLIMATE TECHNOLOGIES | Suppliers or Vendors | $ (31,081.32) |
| 9/24/2019 | EMERSON CLIMATE TECHNOLOGIES | Suppliers or Vendors | $ (1,675.00) |
| 7/10/2019 | EMERSON ELECTRIC (THAILAND) LT | Suppliers or Vendors | $ (29,937.00) |
| 8/1/2019 | EMERSON ELECTRIC (THAILAND) LT | Suppliers or Vendors | $ (6,641.00) |
| 8/14/2019 | EMERSON ELECTRIC (THAILAND) LT | Suppliers or Vendors | $ (18,246.28) |
| 8/29/2019 | EMERSON ELECTRIC (THAILAND) LT | Suppliers or Vendors | $ (29,817.76) |
| 9/6/2019 | EMERSON ELECTRIC (THAILAND) LT | Suppliers or Vendors | $ (64,786.28) |
| 7/9/2019 | ESSEX GROUP INC. | Suppliers or Vendors | $ (1,132.72) |
| 8/9/2019 | ESSEX GROUP INC. | Suppliers or Vendors | $ (533.83) |
| 7/9/2019 | EULER HERMES ACI | Suppliers or Vendors | $ (220.00) |
| 7/25/2019 | EULER HERMES ACI | Suppliers or Vendors | $ (333.33) |
| 7/30/2019 | EULER HERMES ACI | Suppliers or Vendors | $ (333.33) |
| 8/19/2019 | EULER HERMES ACI | Suppliers or Vendors | $ (428.33) |
| 9/17/2019 | EULER HERMES ACI | Suppliers or Vendors | $ (333.33) |
| 8/9/2019 | EX INDUSTRIES | Suppliers or Vendors | $ (1,633.60) |
| 9/6/2019 | EX INDUSTRIES | Suppliers or Vendors | $ (502.80) |
| 8/19/2019 | EXPO TECHNOLOGIES, INC. | Suppliers or Vendors | $ (5,517.00) |
| 7/9/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (1,131.20) |
| 7/9/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (1,823.98) |
| 7/15/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (2,961.28) |
| 7/30/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (629.64) |
| 8/9/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (7,765.26) |
| 8/9/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (7,398.73) |
| 8/28/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (8,365.55) |
| 8/28/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (3,288.54) |
| 9/6/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (27,467.04) |
| 9/13/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (5,739.61) |
| 9/23/2019 | EXPRESS LINE CORPORATION | Suppliers or Vendors | $ (30,367.21) |
| 8/14/2019 | F & L Petroleum Products | Suppliers or Vendors | $ (368.40) |
| 7/9/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (17,902.08) |
| 7/9/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (38,419.20) |
| 7/30/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (19,595.52) |
| 9/6/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (41,790.00) |
| 9/11/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (19,595.52) |
| 9/23/2019 | FABRIQUE, LTD. | Suppliers or Vendors | $ (29,393.28) |
| 7/9/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (170.00) |
| 7/15/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (50.00) |
| 7/25/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (170.00) |
| 7/30/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (35.00) |
| 8/9/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (235.00) |
| 8/19/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (50.00) |
| 8/28/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (135.00) |
| 9/6/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (135.00) |

| 9/17/2019 | FASTLINK LOGISTICS | Suppliers or Vendors | $ (170.00) |
|---|---|---|---|
| 8/9/2019 | FEDERAL LOGISTICS, INC. | Suppliers or Vendors | $ (2,360.00) |
| 7/9/2019 | FEDEX FREIGHT WEST, INC. | Suppliers or Vendors | $ (619.78) |
| 7/25/2019 | FEDEX FREIGHT WEST, INC. | Suppliers or Vendors | $ (417.64) |
| 8/19/2019 | FEDEX FREIGHT WEST, INC. | Suppliers or Vendors | $ (199.32) |
| 8/28/2019 | FEDEX FREIGHT WEST, INC. | Suppliers or Vendors | $ (812.71) |
| 9/25/2019 | FEDEX FREIGHT WEST, INC. | Suppliers or Vendors | $ (457.08) |
| 7/1/2019 | FEFAN TECHNOLOGY CO., LTD. | Suppliers or Vendors | $ (48,041.55) |
| 9/3/2019 | FEFAN TECHNOLOGY CO., LTD. | Suppliers or Vendors | $ (32,465.00) |
| 9/10/2019 | FEFAN TECHNOLOGY CO., LTD. | Suppliers or Vendors | $ (1,767.00) |
| 7/8/2019 | FIRST INSURANCE FUNDING CORP. | Suppliers or Vendors | $ (7,882.87) |
| 7/25/2019 | FIRST INSURANCE FUNDING CORP. | Suppliers or Vendors | $ (9,523.56) |
| 8/20/2019 | FIRST INSURANCE FUNDING CORP. | Suppliers or Vendors | $ (9,523.56) |
| 9/23/2019 | FIRST INSURANCE FUNDING CORP. | Suppliers or Vendors | $ (9,523.56) |
| 8/9/2019 | FIRST SHRIJI HOSPITALITY | Suppliers or Vendors | $ (5,820.00) |
| 7/25/2019 | FLORENCIO LI WEE (LAWRENCE) | Suppliers or Vendors | $ (457.00) |
| 9/6/2019 | FLORENCIO LI WEE (LAWRENCE) | Suppliers or Vendors | $ (62.84) |
| 9/17/2019 | FLORENCIO LI WEE (LAWRENCE) | Suppliers or Vendors | $ (80.16) |
| 7/19/2019 | FLORIDA DEPT. OF REVENUE | tax | $ (4.95) |
| 8/27/2019 | FLORIDA DEPT. OF REVENUE | tax | $ (34.74) |
| 9/19/2019 | FLORIDA DEPT. OF REVENUE | tax | $ (76.72) |
| 9/11/2019 | FREIGHT CONNECTION | Suppliers or Vendors | $ (1,990.00) |
| 9/25/2019 | FREIGHT CONNECTION | Suppliers or Vendors | $ (1,999.00) |
| 7/19/2019 | GANZHOU DEHUIDA TECHNOLOGY CO. | Suppliers or Vendors | $ (10,565.00) |
| 9/17/2019 | GANZHOU DEHUIDA TECHNOLOGY CO. | Suppliers or Vendors | $ (15,855.00) |
| 7/19/2019 | GEORGIA DEPARTMENT OF REVENUE | tax | $ (18.49) |
| 8/19/2019 | GEXPRO | Suppliers or Vendors | $ (5,520.60) |
| 9/23/2019 | GEXPRO | Suppliers or Vendors | $ (5,595.60) |
| 7/30/2019 | GIBSON, DUNN & CRUTCHER, LLP | Service | $ (2,474.75) |
| 8/19/2019 | GIBSON, DUNN & CRUTCHER, LLP | Service | $ (567.63) |
| 9/11/2019 | GIBSON, DUNN & CRUTCHER, LLP | Service | $ (3,074.20) |
| 8/19/2019 | GLOBAL EXCHANGE SERVICES | Suppliers or Vendors | $ (896.99) |
| 9/23/2019 | GLOBAL EXCHANGE SERVICES | Suppliers or Vendors | $ (897.21) |
| 7/30/2019 | GONZALEZ, SONYA | Suppliers or Vendors | $ (750.00) |
| 7/25/2019 | GREAT AMERICAN INSURANCE CO. | Suppliers or Vendors | $ (502.24) |
| 8/28/2019 | GREAT AMERICAN INSURANCE CO. | Suppliers or Vendors | $ (83.57) |
| 9/3/2019 | GUANGDONG GALANZ MICROWAVE ELE | Suppliers or Vendors | $ (19,245.36) |
| 8/19/2019 | HATCH INC. | Suppliers or Vendors | $ (943.20) |
| 7/30/2019 | HEALTH NET OF CALIFORNIA INC. | Suppliers or Vendors | $ (39,227.89) |
| 8/28/2019 | HEALTH NET OF CALIFORNIA INC. | Suppliers or Vendors | $ (38,260.01) |
| 7/19/2019 | HOME EASY INDUSTRIAL CO., LTD. | Suppliers or Vendors | $ (3,661.84) |
| 8/15/2019 | HOME EASY INDUSTRIAL CO., LTD. | Suppliers or Vendors | $ (8,564.30) |
| 7/1/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (114,100.00) |
| 7/3/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (141,000.00) |
| 7/19/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (42,300.00) |
| 8/1/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (52,158.00) |
| 8/8/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (132,442.00) |
| 8/15/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ (129,130.00) |

| | | | | |
|---|---|---|---|---|
| 9/6/2019 | HON HAI PRECISION INDUSTRY CO. | Suppliers or Vendors | $ | (16,920.00) |
| 7/22/2019 | HONG CHANG PRECISION INDUSTRIA | Suppliers or Vendors | $ | (45,685.90) |
| 9/10/2019 | HONG CHANG PRECISION INDUSTRIA | Suppliers or Vendors | $ | (44,107.50) |
| 7/25/2019 | HUBBELL POWER SYSTEMS, INC. | Suppliers or Vendors | $ | (36,105.00) |
| 8/23/2019 | HUBBELL POWER SYSTEMS, INC. | Suppliers or Vendors | $ | (6,472.65) |
| 7/30/2019 | HUEI-JIHN JIH | Suppliers or Vendors | $ | (74.26) |
| 9/25/2019 | HUEI-JIHN JIH | Suppliers or Vendors | $ | (700.00) |
| 7/9/2019 | IBM CORPORATION | Suppliers or Vendors | $ | (2,543.15) |
| 7/30/2019 | IBM CORPORATION | Suppliers or Vendors | $ | (2,543.15) |
| 9/6/2019 | IBM CORPORATION | Suppliers or Vendors | $ | (2,543.15) |
| 8/19/2019 | IMERYS FUSED MINERALS GREENEVI | Suppliers or Vendors | $ | (24,780.96) |
| 8/28/2019 | IMERYS FUSED MINERALS GREENEVI | Suppliers or Vendors | $ | (5,217.04) |
| 7/15/2019 | INPRO/SEAL LLC | Suppliers or Vendors | $ | (4,974.33) |
| 8/9/2019 | INPRO/SEAL LLC | Suppliers or Vendors | $ | (964.55) |
| 8/28/2019 | INPRO/SEAL LLC | Suppliers or Vendors | $ | (259.99) |
| 9/11/2019 | INPRO/SEAL LLC | Suppliers or Vendors | $ | (4,321.54) |
| 9/23/2019 | INPRO/SEAL LLC | Suppliers or Vendors | $ | (316.87) |
| 7/25/2019 | INTERTEK TESTING SERVICES NA,I | Suppliers or Vendors | $ | (3,945.00) |
| 8/9/2019 | INTERTEK TESTING SERVICES NA,I | Suppliers or Vendors | $ | (4,950.00) |
| 7/25/2019 | J.M. CARDEN SPRINKLER CO., INC | Suppliers or Vendors | $ | (1,303.00) |
| 7/25/2019 | JCLEMENTE & ASSOCIATES | Suppliers or Vendors | $ | (356.55) |
| 8/20/2019 | JCLEMENTE & ASSOCIATES | Suppliers or Vendors | $ | (1,040.20) |
| 9/17/2019 | JCLEMENTE & ASSOCIATES | Suppliers or Vendors | $ | (437.38) |
| 7/9/2019 | JDI DISPLAY AMERICA, INC. | Suppliers or Vendors | $ | (69,619.20) |
| 8/9/2019 | JDI DISPLAY AMERICA, INC. | Suppliers or Vendors | $ | (69,619.20) |
| 8/28/2019 | JDI DISPLAY AMERICA, INC. | Suppliers or Vendors | $ | (139,238.40) |
| 9/30/2019 | JDI DISPLAY AMERICA, INC. | Suppliers or Vendors | $ | (278,461.80) |
| 7/15/2019 | JOHN IOZZI | Suppliers or Vendors | $ | (40.00) |
| 8/19/2019 | JOHN IOZZI | Suppliers or Vendors | $ | (40.00) |
| 9/17/2019 | JOHN IOZZI | Suppliers or Vendors | $ | (40.00) |
| 7/30/2019 | JUAN DURAN | Suppliers or Vendors | $ | (285.00) |
| 8/1/2019 | KHANG & KHANG LLP | Service | $ | (5,000.00) |
| 7/31/2019 | KLA-TENCOR CORPORATION | Suppliers or Vendors | $ | (128.45) |
| 8/19/2019 | KOMATSU FORKLIFT RETAIL OPERAT | Suppliers or Vendors | $ | (11.43) |
| 7/2/2019 | KUO HSIUNG HUANG | Suppliers or Vendors | $ | (3,953.00) |
| 7/31/2019 | KUO HSIUNG HUANG | Suppliers or Vendors | $ | (3,992.00) |
| 8/30/2019 | KUO HSIUNG HUANG | Suppliers or Vendors | $ | (4,482.00) |
| 9/30/2019 | KUO HSIUNG HUANG | Suppliers or Vendors | $ | (3,947.00) |
| 8/28/2019 | KYVAS INTERNATIONAL CO., LTD. | Suppliers or Vendors | $ | (4,132.00) |
| 9/30/2019 | KYVAS INTERNATIONAL CO., LTD. | Suppliers or Vendors | $ | (9,661.80) |
| 8/19/2019 | L.E.C. SERVICE, INC. | Suppliers or Vendors | $ | (812.01) |
| 9/17/2019 | L.E.C. SERVICE, INC. | Suppliers or Vendors | $ | (591.28) |
| 7/9/2019 | LANDSBERG | Suppliers or Vendors | $ | (3,202.46) |
| 7/25/2019 | LANDSBERG | Suppliers or Vendors | $ | (63.80) |
| 9/6/2019 | LANDSBERG | Suppliers or Vendors | $ | (2,584.00) |
| 9/17/2019 | LEVI P. LLORICO | Suppliers or Vendors | $ | (420.00) |
| 7/9/2019 | LEXUS FINANCIAL SERVICES | Suppliers or Vendors | $ | (485.00) |
| 8/9/2019 | LEXUS FINANCIAL SERVICES | Suppliers or Vendors | $ | (485.00) |

| 9/6/2019 | LEXUS FINANCIAL SERVICES | Suppliers or Vendors | $ | (485.00) |
| 7/9/2019 | LIAU, TOM | Suppliers or Vendors | $ | (152.82) |
| 7/25/2019 | LIAU, TOM | Suppliers or Vendors | $ | (123.16) |
| 8/19/2019 | LIAU, TOM | Suppliers or Vendors | $ | (173.88) |
| 9/6/2019 | LIAU, TOM | Suppliers or Vendors | $ | (109.66) |
| 9/11/2019 | LINDA Y. LI | Suppliers or Vendors | $ | (280.00) |
| 7/9/2019 | LIQUID CAPITAL EXCHANGE, INC. | Suppliers or Vendors | $ | (6,000.00) |
| 8/5/2019 | LITE-ON TECHNOLOGY CORPORATION | Suppliers or Vendors | $ | (57,524.70) |
| 9/17/2019 | LITE-ON TECHNOLOGY CORPORATION | Suppliers or Vendors | $ | (38,344.80) |
| 9/6/2019 | LOS ANGELES COUNTY FIRE DEPT. | Suppliers or Vendors | $ | (1,353.00) |
| 7/25/2019 | MAJANO VILMA | Suppliers or Vendors | $ | (40.00) |
| 8/19/2019 | MAJANO VILMA | Suppliers or Vendors | $ | (40.00) |
| 9/11/2019 | MAJANO VILMA | Suppliers or Vendors | $ | (40.00) |
| 9/11/2019 | McMASTER-CARR SUPPLY COMPANY | Suppliers or Vendors | $ | (21.02) |
| 9/23/2019 | McMASTER-CARR SUPPLY COMPANY | Suppliers or Vendors | $ | (39.91) |
| 7/9/2019 | MERCEDES-BENZ FINANCIAL SERVIC | Suppliers or Vendors | $ | (1,198.24) |
| 8/9/2019 | MERCEDES-BENZ FINANCIAL SERVIC | Suppliers or Vendors | $ | (1,198.24) |
| 9/6/2019 | MERCEDES-BENZ FINANCIAL SERVIC | Suppliers or Vendors | $ | (1,198.24) |
| 7/25/2019 | METRO SALES GROUP LLC | Suppliers or Vendors | $ | (190.70) |
| 8/19/2019 | METRO SALES GROUP LLC | Suppliers or Vendors | $ | (117.80) |
| 9/17/2019 | METRO SALES GROUP LLC | Suppliers or Vendors | $ | (392.20) |
| 7/9/2019 | MICHAEL YU | Suppliers or Vendors | $ | (1,053.36) |
| 7/25/2019 | MIDWEST MARKETING,INC | Suppliers or Vendors | $ | (119.65) |
| 8/19/2019 | MIDWEST MARKETING,INC | Suppliers or Vendors | $ | (236.65) |
| 9/17/2019 | MIDWEST MARKETING,INC | Suppliers or Vendors | $ | (233.60) |
| 7/30/2019 | MIKE PIN-FAR LEE | Suppliers or Vendors | $ | (138.94) |
| 8/28/2019 | MIKE PIN-FAR LEE | Suppliers or Vendors | $ | (911.95) |
| 9/17/2019 | MIKE PIN-FAR LEE | Suppliers or Vendors | $ | (50.00) |
| 7/9/2019 | MINCO PRODUCTS, INC. | Suppliers or Vendors | $ | (14,660.06) |
| 8/9/2019 | MINCO PRODUCTS, INC. | Suppliers or Vendors | $ | (7,654.60) |
| 8/28/2019 | MINCO PRODUCTS, INC. | Suppliers or Vendors | $ | (7,654.60) |
| 9/6/2019 | MINCO PRODUCTS, INC. | Suppliers or Vendors | $ | (3,443.53) |
| 8/9/2019 | MLA TRANS LLC | Suppliers or Vendors | $ | (1,190.00) |
| 8/28/2019 | MLA TRANS LLC | Suppliers or Vendors | $ | (3,800.00) |
| 9/6/2019 | MLA TRANS LLC | Suppliers or Vendors | $ | (3,800.00) |
| 9/11/2019 | MLA TRANS LLC | Suppliers or Vendors | $ | (3,800.00) |
| 9/6/2019 | MODERNSOLID INDUSTRIAL CO., LT | Suppliers or Vendors | $ | (597.50) |
| 7/25/2019 | MONTHES PALLETS, INC | Suppliers or Vendors | $ | (2,450.00) |
| 8/9/2019 | MONTHES PALLETS, INC | Suppliers or Vendors | $ | (1,300.00) |
| 8/19/2019 | MONTHES PALLETS, INC | Suppliers or Vendors | $ | (1,547.50) |
| 9/17/2019 | MONTHES PALLETS, INC | Suppliers or Vendors | $ | (1,150.00) |
| 9/23/2019 | MONTHES PALLETS, INC | Suppliers or Vendors | $ | (1,591.50) |
| 7/15/2019 | MOUSER ELECTRONICS | Suppliers or Vendors | $ | (104.50) |
| 8/9/2019 | MOUSER ELECTRONICS | Suppliers or Vendors | $ | (104.50) |
| 9/6/2019 | MPEGLA | Suppliers or Vendors | $ | (666.00) |
| 7/25/2019 | MUTUAL OF OMAHA | Suppliers or Vendors | $ | (190.06) |
| 8/28/2019 | MUTUAL OF OMAHA | Suppliers or Vendors | $ | (837.88) |
| 9/25/2019 | MUTUAL OF OMAHA | Suppliers or Vendors | $ | (845.10) |

| 7/9/2019 | NEOPOST USA INC. | Suppliers or Vendors | $ (505.96) |
| 7/19/2019 | NEW JERSEY SALES TAX | tax | $ (53.66) |
| 9/19/2019 | NEW YORK STATE SALES TAX | tax | $ (98.64) |
| 7/25/2019 | NGLIC | Suppliers or Vendors | $ (253.80) |
| 8/28/2019 | NGLIC | Suppliers or Vendors | $ (253.36) |
| 9/23/2019 | NGLIC | Suppliers or Vendors | $ (260.04) |
| 7/25/2019 | OSI BATTERIES INC. DBA OHLIN S | Suppliers or Vendors | $ (1,800.00) |
| 7/1/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (124,969.68) |
| 7/16/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (124,969.68) |
| 7/25/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (108,347.88) |
| 8/1/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (94,495.32) |
| 8/8/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (60,933.72) |
| 8/19/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (277,341.48) |
| 9/3/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (169,806.24) |
| 9/10/2019 | OTHELLO LIMITED | Suppliers or Vendors | $ (23,306.00) |
| 7/9/2019 | PAIGE ELECTRIC COMPANY LP | Suppliers or Vendors | $ (1,179.49) |
| 9/23/2019 | PAIGE ELECTRIC COMPANY LP | Suppliers or Vendors | $ (17,408.16) |
| 7/9/2019 | PETER, FARZIN | Suppliers or Vendors | $ (120.00) |
| 7/25/2019 | PGSA | Suppliers or Vendors | $ (452.05) |
| 8/19/2019 | PGSA | Suppliers or Vendors | $ (172.21) |
| 9/17/2019 | PGSA | Suppliers or Vendors | $ (316.06) |
| 7/25/2019 | PGSA-EAST | Suppliers or Vendors | $ (155.25) |
| 8/9/2019 | PING-HUANG TSAI | Suppliers or Vendors | $ (31.50) |
| 9/6/2019 | PING-HUANG TSAI | Suppliers or Vendors | $ (41.04) |
| 7/25/2019 | PINNACLE MARKETING, INC. | Suppliers or Vendors | $ (47.35) |
| 8/19/2019 | PINNACLE MARKETING, INC. | Suppliers or Vendors | $ (140.20) |
| 9/17/2019 | PINNACLE MARKETING, INC. | Suppliers or Vendors | $ (274.50) |
| 7/25/2019 | PMA MARKETING, INC. | Suppliers or Vendors | $ (427.50) |
| 8/19/2019 | PMA MARKETING, INC. | Suppliers or Vendors | $ (2,176.28) |
| 9/17/2019 | PMA MARKETING, INC. | Suppliers or Vendors | $ (967.05) |
| 7/1/2019 | PNY TECHNLOGIES ASIA PACIFIC L | Suppliers or Vendors | $ (58,460.40) |
| 9/3/2019 | PNY TECHNLOGIES ASIA PACIFIC L | Suppliers or Vendors | $ (1,878.00) |
| 9/6/2019 | PRECISION STEEL WAREHOSUE, INC | Suppliers or Vendors | $ (4,433.24) |
| 7/29/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (133,167.60) |
| 8/5/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (12,072.00) |
| 8/14/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (18,994.20) |
| 8/28/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (18,975.72) |
| 9/3/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (23,773.80) |
| 9/10/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (39,952.20) |
| 9/17/2019 | PRIMAX ELECTRONICS LTD. | Suppliers or Vendors | $ (7,161.96) |
| 7/25/2019 | R.L. GRAHAM ASSOCIATES | Suppliers or Vendors | $ (175.65) |
| 8/19/2019 | R.L. GRAHAM ASSOCIATES | Suppliers or Vendors | $ (347.10) |
| 9/17/2019 | R.L. GRAHAM ASSOCIATES | Suppliers or Vendors | $ (382.70) |
| 7/25/2019 | RANCILIO ASSOCIATES, INC. | Suppliers or Vendors | $ (494.85) |
| 7/25/2019 | READYREFRESH | Suppliers or Vendors | $ (390.61) |
| 9/25/2019 | READYREFRESH | Suppliers or Vendors | $ (591.62) |
| 7/25/2019 | REPWORKS, INC. | Suppliers or Vendors | $ (276.45) |
| 8/19/2019 | REPWORKS, INC. | Suppliers or Vendors | $ (332.20) |

| 8/23/2019 | REPWORKS, INC. | Suppliers or Vendors | $ | (275.00) |
|---|---|---|---|---|
| 9/17/2019 | REPWORKS, INC. | Suppliers or Vendors | $ | (487.60) |
| 8/9/2019 | ROCKET SOFTWARE INC. | Suppliers or Vendors | $ | (1,501.04) |
| 9/17/2019 | ROYAL INDUSTRIAL SOLUTIONS | Suppliers or Vendors | $ | (35.58) |
| 7/9/2019 | RR DONNELLEY LOGISTICS SERVICE | Suppliers or Vendors | $ | (424.59) |
| 9/6/2019 | RR DONNELLEY LOGISTICS SERVICE | Suppliers or Vendors | $ | (523.50) |
| 9/25/2019 | RR DONNELLEY LOGISTICS SERVICE | Suppliers or Vendors | $ | (926.73) |
| 7/25/2019 | SAVVY SUPPLY, INC. | Suppliers or Vendors | $ | (240.90) |
| 8/28/2019 | SAVVY SUPPLY, INC. | Suppliers or Vendors | $ | (441.07) |
| 7/18/2019 | SC FUELS | Suppliers or Vendors | $ | (229.42) |
| 7/25/2019 | SC FUELS | Suppliers or Vendors | $ | (201.58) |
| 8/19/2019 | SC FUELS | Suppliers or Vendors | $ | (169.75) |
| 8/28/2019 | SC FUELS | Suppliers or Vendors | $ | (242.91) |
| 9/17/2019 | SC FUELS | Suppliers or Vendors | $ | (242.02) |
| 9/25/2019 | SC FUELS | Suppliers or Vendors | $ | (218.90) |
| 7/9/2019 | SENTRYTECH SECURITY ALARM CO. | Suppliers or Vendors | $ | (25.00) |
| 8/6/2019 | SENTRYTECH SECURITY ALARM CO. | Suppliers or Vendors | $ | (25.00) |
| 8/28/2019 | SENTRYTECH SECURITY ALARM CO. | Suppliers or Vendors | $ | (25.00) |
| 7/29/2019 | SHANGHAI KORRUN BAGS & LUGGAGE | Suppliers or Vendors | $ | (25,585.00) |
| 9/3/2019 | SHANGHAI KORRUN BAGS & LUGGAGE | Suppliers or Vendors | $ | (21,945.00) |
| 9/13/2019 | SHENZHEN CHUANGWEI ELECTRONIC | Suppliers or Vendors | $ | (92,193.00) |
| 9/18/2019 | SHENZHEN CHUANGWEI ELECTRONIC | Suppliers or Vendors | $ | (7,985.00) |
| 7/29/2019 | SHENZHEN CITY ALLENSON PHOTOEL | Suppliers or Vendors | $ | (1,292.51) |
| 9/6/2019 | SHENZHEN CITY ALLENSON PHOTOEL | Suppliers or Vendors | $ | (3,625.86) |
| 9/12/2019 | SHENZHEN CITY ALLENSON PHOTOEL | Suppliers or Vendors | $ | (230.00) |
| 7/24/2019 | SHENZHEN DI SI DA ELECTRON CO. | Suppliers or Vendors | $ | (215.50) |
| 9/3/2019 | SHENZHEN DI SI DA ELECTRON CO. | Suppliers or Vendors | $ | (18,195.00) |
| 7/2/2019 | SHENZHEN KTC COMMERCIAL DISPLA | Suppliers or Vendors | $ | (18,820.00) |
| 7/10/2019 | SHENZHEN KTC COMMERCIAL DISPLA | Suppliers or Vendors | $ | (4,185.00) |
| 8/29/2019 | SHENZHEN KTC COMMERCIAL DISPLA | Suppliers or Vendors | $ | (87,735.00) |
| 9/10/2019 | SHENZHEN KTC COMMERCIAL DISPLA | Suppliers or Vendors | $ | (83,190.00) |
| 7/16/2019 | SHENZHEN KTC TECHNOLOGY CO. LT | Suppliers or Vendors | $ | (4,209.00) |
| 8/1/2019 | SHENZHEN KTC TECHNOLOGY CO. LT | Suppliers or Vendors | $ | (31,067.40) |
| 9/24/2019 | SHENZHEN KTC TECHNOLOGY CO. LT | Suppliers or Vendors | $ | (23,745.00) |
| 7/10/2019 | SHIPPERS INSURANCE PROGRAM | Suppliers or Vendors | $ | (141.16) |
| 7/15/2019 | SHIPPERS INSURANCE PROGRAM | Suppliers or Vendors | $ | (117.90) |
| 8/19/2019 | SHIPPERS INSURANCE PROGRAM | Suppliers or Vendors | $ | (89.29) |
| 7/25/2019 | SIAPIN HORTICULTURE, INC. | Suppliers or Vendors | $ | (450.00) |
| 8/19/2019 | SIAPIN HORTICULTURE, INC. | Suppliers or Vendors | $ | (450.00) |
| 9/17/2019 | SIAPIN HORTICULTURE, INC. | Suppliers or Vendors | $ | (450.00) |
| 7/9/2019 | SIRIUS COMPUTER SOLUTIONS, INC | Suppliers or Vendors | $ | (5,354.89) |
| 7/9/2019 | SoCalGas | Suppliers or Vendors | $ | (21.71) |
| 7/30/2019 | SoCalGas | Suppliers or Vendors | $ | (23.92) |
| 8/28/2019 | SoCalGas | Suppliers or Vendors | $ | (19.83) |
| 7/10/2019 | SONGLIN TECHNOLOGY CORP. | Suppliers or Vendors | $ | (10,058.10) |
| 8/1/2019 | SONGLIN TECHNOLOGY CORP. | Suppliers or Vendors | $ | (3,045.00) |
| 9/10/2019 | SONGLIN TECHNOLOGY CORP. | Suppliers or Vendors | $ | (23,962.60) |
| 8/19/2019 | SOUTH BAY FABRICATION, INC. | Suppliers or Vendors | $ | (140.00) |

| | | | | |
|---|---|---|---|---|
| 8/28/2019 | SOUTH BAY FABRICATION, INC. | Suppliers or Vendors | $ | (1,032.88) |
| 9/11/2019 | SOUTH BAY FABRICATION, INC. | Suppliers or Vendors | $ | (3,124.35) |
| 9/17/2019 | SOUTH BAY FABRICATION, INC. | Suppliers or Vendors | $ | (330.00) |
| 9/23/2019 | SOUTH BAY FABRICATION, INC. | Suppliers or Vendors | $ | (1,484.00) |
| 7/15/2019 | SOUTHERN CALIFORNIA EDISON | Suppliers or Vendors | $ | (2,997.18) |
| 8/9/2019 | SOUTHERN CALIFORNIA EDISON | Suppliers or Vendors | $ | (3,620.54) |
| 9/11/2019 | SOUTHERN CALIFORNIA EDISON | Suppliers or Vendors | $ | (3,218.06) |
| 7/18/2019 | STAPLES ADVANTAGE | Suppliers or Vendors | $ | (20.93) |
| 9/20/2019 | STAPLES ADVANTAGE | Suppliers or Vendors | $ | (718.89) |
| 7/25/2019 | STAR BRITE BUILDING MAINTENANC | Suppliers or Vendors | $ | (3,136.32) |
| 8/28/2019 | STAR BRITE BUILDING MAINTENANC | Suppliers or Vendors | $ | (3,136.32) |
| 9/25/2019 | STAR BRITE BUILDING MAINTENANC | Suppliers or Vendors | $ | (3,136.32) |
| 9/30/2019 | STAR BRITE BUILDING MAINTENANC | Suppliers or Vendors | $ | (3,136.32) |
| 7/9/2019 | STARRAG USA INC. | Suppliers or Vendors | $ | (1,395.10) |
| 9/19/2019 | Striko-Westofen-Dynarad Furnan | Suppliers or Vendors | $ | (508.03) |
| 7/22/2019 | TAIWAN RECTRONIC ENTERPRISE CO | Suppliers or Vendors | $ | (308.32) |
| 7/15/2019 | TED JOHNSON PROPANE | Suppliers or Vendors | $ | (433.90) |
| 8/28/2019 | TED JOHNSON PROPANE | Suppliers or Vendors | $ | (345.75) |
| 7/19/2019 | TEXAS COMPTROLLER OF PUBLIC AC | tax | $ | (403.28) |
| 9/6/2019 | TEXAS COMPTROLLER OF PUBLIC AC | tax | $ | (109.27) |
| 9/19/2019 | TEXAS COMPTROLLER OF PUBLIC AC | tax | $ | (1,961.78) |
| 8/6/2019 | THE BRIGHT GROUP, LLC | Suppliers or Vendors | $ | (2,002.26) |
| 9/17/2019 | THE BRIGHT GROUP, LLC | Suppliers or Vendors | $ | (1,201.99) |
| 7/10/2019 | THE DOW CHEMICAL COMPANY | Suppliers or Vendors | $ | (52,601.00) |
| 7/16/2019 | THE DOW CHEMICAL COMPANY | Suppliers or Vendors | $ | (22,053.75) |
| 7/25/2019 | THE NORTHEAST GROUP, LLC | Suppliers or Vendors | $ | (41.94) |
| 8/19/2019 | THE NORTHEAST GROUP, LLC | Suppliers or Vendors | $ | (59.64) |
| 9/17/2019 | THE NORTHEAST GROUP, LLC | Suppliers or Vendors | $ | (74.14) |
| 9/11/2019 | THE OUTDOOR RECREATION GROUP, | Suppliers or Vendors | $ | (5,870.00) |
| 8/20/2019 | THE TOLL ROADS | Suppliers or Vendors | $ | (64.12) |
| 8/9/2019 | TIEWRAPS.COM INC. | Suppliers or Vendors | $ | (2,478.00) |
| 8/9/2019 | TMA WORLDWIDE, INC. | Suppliers or Vendors | $ | (567.96) |
| 7/9/2019 | T-MOBILE | Suppliers or Vendors | $ | (36.16) |
| 7/22/2019 | T-MOBILE | Suppliers or Vendors | $ | (131.82) |
| 8/6/2019 | T-MOBILE | Suppliers or Vendors | $ | (36.16) |
| 8/14/2019 | T-MOBILE | Suppliers or Vendors | $ | (228.39) |
| 8/28/2019 | T-MOBILE | Suppliers or Vendors | $ | (36.16) |
| 9/17/2019 | T-MOBILE | Suppliers or Vendors | $ | (119.98) |
| 8/12/2019 | TOYOTA FINANCIAL SERVICES | Suppliers or Vendors | $ | (276.44) |
| 8/14/2019 | TOYOTA FINANCIAL SERVICES | Suppliers or Vendors | $ | (263.28) |
| 9/10/2019 | TOYOTA FINANCIAL SERVICES | Suppliers or Vendors | $ | (263.28) |
| 7/25/2019 | TRUNG K. THAI | Suppliers or Vendors | $ | (1,111.45) |
| 7/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (17,014.58) |
| 7/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (12,523.89) |
| 7/15/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (9,223.81) |
| 7/15/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (14,917.30) |
| 7/25/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (13,164.57) |
| 7/25/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ | (20,441.00) |

| Date | Vendor | Type | Amount |
|---|---|---|---|
| 7/30/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (7,947.53) |
| 8/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (19,010.14) |
| 8/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (10,709.86) |
| 8/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (3,840.98) |
| 8/9/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (11,084.90) |
| 8/28/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (13,108.52) |
| 8/28/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (26,622.80) |
| 9/6/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (2,550.62) |
| 9/11/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (8,376.11) |
| 9/13/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (27,946.73) |
| 9/17/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (5,740.24) |
| 9/23/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (5,097.01) |
| 9/30/2019 | U.S. GROUP CONSOLIDATOR INC. | Suppliers or Vendors | $ (40,000.00) |
| 7/9/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (1,124.00) |
| 8/9/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (1,556.00) |
| 8/19/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (762.00) |
| 8/28/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (150.00) |
| 9/6/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (192.00) |
| 9/25/2019 | UCFS LASVEGAS, INC | Suppliers or Vendors | $ (1,070.00) |
| 7/30/2019 | ULINE | Suppliers or Vendors | $ (105.56) |
| 8/28/2019 | ULINE | Suppliers or Vendors | $ (45.99) |
| 7/25/2019 | UNITED CONCORDIA DENTAL PLANS | Suppliers or Vendors | $ (1,862.60) |
| 8/28/2019 | UNITED CONCORDIA DENTAL PLANS | Suppliers or Vendors | $ (2,130.20) |
| 9/23/2019 | UNITED CONCORDIA DENTAL PLANS | Suppliers or Vendors | $ (1,976.60) |
| 7/9/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (549.31) |
| 7/15/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (692.02) |
| 7/25/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (1,436.06) |
| 8/9/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (1,035.66) |
| 8/19/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (478.72) |
| 9/3/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (570.19) |
| 9/11/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (416.76) |
| 9/17/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (300.57) |
| 9/25/2019 | UNITED PARCEL SERVICE | Suppliers or Vendors | $ (817.99) |
| 7/9/2019 | UPS FREIGHT | Suppliers or Vendors | $ (535.22) |
| 8/9/2019 | UPS FREIGHT | Suppliers or Vendors | $ (694.24) |
| 8/19/2019 | UPS FREIGHT | Suppliers or Vendors | $ (290.33) |
| 9/25/2019 | UPS FREIGHT | Suppliers or Vendors | $ (591.59) |
| 7/24/2019 | UPS SUPPLY CHAIN SOLUTIONS, IN | Suppliers or Vendors | $ (82.06) |
| 7/24/2019 | UPS SUPPLY CHAIN SOLUTIONS, IN | Suppliers or Vendors | $ (2,735.66) |
| 7/25/2019 | UPS SUPPLY CHAIN SOLUTIONS, IN | Suppliers or Vendors | $ (208.19) |
| 8/14/2019 | VIHONOR OPTO-ELECTRONICS | Suppliers or Vendors | $ (4,425.00) |
| 7/9/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (917.67) |
| 7/15/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (1,340.81) |
| 7/25/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (495.70) |
| 7/30/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (2,907.62) |
| 8/9/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (3,345.48) |
| 8/19/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (1,781.06) |
| 8/28/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ (293.80) |

| 9/6/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ | (1,208.21) |
|---|---|---|---|---|
| 9/11/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ | (684.69) |
| 9/17/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ | (1,726.73) |
| 9/25/2019 | VISION EXPRESS/WRAG-TIME | Suppliers or Vendors | $ | (1,635.15) |
| 7/18/2019 | WASHINGTON STATE | tax | $ | (42.13) |
| 8/27/2019 | WASHINGTON STATE | tax | $ | (99.13) |
| 9/16/2019 | WASHINGTON STATE | tax | $ | (21.56) |
| 8/19/2019 | WASTE MANAGEMENT | Suppliers or Vendors | $ | (1,271.38) |
| 8/5/2019 | WEIDMANN SYSTEMS INTERNATIONAL | Suppliers or Vendors | $ | (3,186.97) |
| 9/11/2019 | WENDY WU | Suppliers or Vendors | $ | (85.12) |
| 8/12/2019 | WESTERN STATES REGIONAL JOINT | Suppliers or Vendors | $ | (295.00) |
| 9/6/2019 | WESTERN STATES REGIONAL JOINT | Suppliers or Vendors | $ | (255.00) |
| 9/25/2019 | WESTERN STATES REGIONAL JOINT | Suppliers or Vendors | $ | (295.00) |
| 7/9/2019 | WIDYAWATI RODRIGUEZ | Suppliers or Vendors | $ | (120.00) |
| 9/11/2019 | WMMFA | Suppliers or Vendors | $ | (175.27) |
| 9/17/2019 | WORLD JOURNAL LA, LLC | Suppliers or Vendors | $ | (2,937.50) |
| 7/2/2019 | WU,YONG-MING | Suppliers or Vendors | $ | (1,884.00) |
| 7/31/2019 | WU,YONG-MING | Suppliers or Vendors | $ | (1,874.00) |
| 8/30/2019 | WU,YONG-MING | Suppliers or Vendors | $ | (1,801.00) |
| 9/30/2019 | WU,YONG-MING | Suppliers or Vendors | $ | (1,838.00) |
| 8/14/2019 | XIAMEN COMFORT SCIENCE & TECHN | Suppliers or Vendors | $ | (21,590.00) |
| 7/22/2019 | XIAMEN PRIMA TECHNOLOGY INC. | Suppliers or Vendors | $ | (375.00) |
| 8/28/2019 | YEN XIANG E-MATERIALS CO., LTD | Suppliers or Vendors | $ | (3,839.00) |
| 7/25/2019 | ZHONGSHAN CITY WHITE HORSE ELE | Suppliers or Vendors | $ | (12,348.12) |
| 8/28/2019 | ZHONGSHAN CITY WHITE HORSE ELE | Suppliers or Vendors | $ | (10,463.16) |
| 7/10/2019 | ZHONGSHAN GALANZ CONSUMER ELEC | Suppliers or Vendors | $ | (20,665.00) |
| 7/18/2019 | ZHONGSHAN GALANZ CONSUMER ELEC | Suppliers or Vendors | $ | (21,873.20) |
| 9/3/2019 | ZHONGSHAN GALANZ CONSUMER ELEC | Suppliers or Vendors | $ | (21,941.00) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

| | | | |
|---|---|---|---|
| In re | **Tatung Company of America, Inc.** | Case No. | **2:19-bk-21521-NB** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 76,717.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 76,717.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization**

In re   **Tatung Company of America, Inc.**                              Case No.   **2:19-bk-21521-NB**
_____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**October 30, 2019**
_____
*Date*

Ron Bender 143364
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234   Fax: (310) 229-1244**
**rb@lnbyb.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ron Bender 143364**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyb.com**

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

      **Tatung Company of America, Inc.**

CASE NO.: **2:19-bk-21521-NB**

CHAPTER: **11**

Debtor(s).

AMENDED
**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __53__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **October 30, 2019**

Signature of Debtor 1

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Tatung Company of America, Inc.
2850 East El Presidio Street
Long Beach, CA 90810


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


3M TOUCH SYSTEMS
P. O. BOX 846372
DALLAS, TX 75284-6372


6379.52
2006 SOUTH BAKER AVENUE
ONTARIO, CA 91761


A-1 COAST RENTALS
24000 CRENSHAW BLVD.
TORRANCE, CA 90505


ABB INC.
DEPT. 3009
CAROL STREAM, IL 60132-3009


ABLE INDUSTRIAL
2006 SOUTH BAKER AVENUE
ONTARIO, CA 91761


ACROX TECHNOLOGIES CO., LTD
4F., NO.89 MINSHAN ST., NEIHU DIST.,
TAIPEI CITY 114
TAIWAN

ACT TEST PANELS LLC
P.O. BOX 673954
DETROIT, MI 48267-3954


ACULA TECHNOLOGY CORP.
11, ALLEY 21, LANE 20
DASHING RD., LUCHU DIST.
TAOYUAN CITY 33862
TAIWAN, R.O.C.


ADP, INC.
P.O. BOX 31001-1874
PASADENA, CA 91110-1874


AESA S.A.
CHEMIN DE LA PLAINE 7
COLOMBIER CH-2013
SWITZERLAND


AJ ALARM SYSTEMS
P.O. BOX 1069
YORBA LINDA, CA 92885


ALL NATION SECURITY SERVICE, INC.
3701 WILSHIRE BLVD #530
LOS ANGELES, CA 90010


ALLENLUND COMPANY, INC.
P.O. BOX 51083
LOS ANGELES, CA 90051


ALLIED ELECTRONICS INC.
P.O. BOX 2325
FORT WORTH, TX 76113-2325

ALLIED SAFE & VAULT CO. INC.
425 WEST SECOND AVE.
SPOKANE, WA 99201


ALUMNI ASSOCIATION OF TAIPEI FIRST
GIRLS' HIGH SCHOOL
P.O. BOX 803
SAN GABRIEL, CA 91778


ALVIN RAMALI
9071 COBBLESTONE LANE
CYPRESS, CA 90630


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001


AMPHENOL MARYLAND ,INC. dba WILCOXON
29531 NETWORK PLACE
CHICAGO, IL 60673-1295


AMRC, LLC
1225 PONCE DE LEON AVE., SUITE 1001
SAN JUAN 00907
PUERTO RICO


ANDERSON SHUMAKER COMPANY
824 SOUTH CENTRAL AVENUE
CHICAGO, IL 60644


AON RISK SERVICES
P. O. BOX 849832
LOS ANGELES, CA 90084-9832

ARDENT LAW GROUP, PC
4340 VON KARMAN AVE,
SUITE 290
NEWPORT BEACH, CA 92660


ARIZONA DEPT. OF REVENUE
P.O. BOX 29082
PHOENIX, AZ 85038-9082


ASKEW INDUSTRIAL CORP
13071 ARCTIC CIRCLE
SANTA FE SPRING, CA 90670


AT&T
P. O. BOX 5025
CAROL STREAM, IL 60197-5025


AT&T
P. O. BOX 5019
CAROL STREAM, IL 60197-5019


AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262


AU OPTRONICS CORPORATION
1 LI-HSIN RD. 2, HSINCHU SCIENCE PARK,
HSINCHU 300
TAIWAN, R.O.C.


B&T SALES LLC
1772 CUPRITE COURT
CASTLE ROCK, CO 80108

BAEYEUN SONG
4216 PAYNE ROAD
PLEASANTON, CA 94588


BANK OF THE WEST-#0766-MICHELLE
BANKCARD CENTER
PO BOX 4025
ALAMEDA, CA 94501


BANK OF THE WEST-#5576-AMY
OLD NUMBER #3536 FEB 2019 ENDED
PO BOX 4025
ALAMEDA, CA 94501


BANK OF THE WEST-#6837-BING
BANKCARD CENTER
PO BOX 4025
ALAMEDA, CA 94501


BANK OF THE WEST-#9005-EDDIE
BANKCARD CENTER
PO BOX 4025
ALAMEDA, CA 94501


BAUMER LTD.
DEPT. 106099
P.O. BOX 150468
HARTFORD, CT 06115-0468


BELDEN INC.
28884 NETWORK PLACE
CHICAGO, IL 60673-1288


BEST CHOICE FIRE PROTECTION CO.
10104 ARTESIA PLACE
BELLFOWER, CA 90706

BEST WESTERN INTERNATIONAL
P.O. BOX 53505
PHOENIX, AZ 85072-3505


BI-SEARCH INTERNATIONAL INC.
17550 GILLETE AVENUE
IRVINE, CA 92614


BIZLINK TECHNOLOGY, INC.
47211 BAYSIDE PARKWAY
FREMONT, CA 94538


BLUE CHIP PEST CONTROL, INC.
16691 GOTHARD ST., SUITE H
HUNTINGTON BEACH, CA 92647


BOARD OF EQUALIZATION
ENVIRONMENT FEES DIVISION
P. O. BOX 942879
SACRAMENTO, CA 94279-6001


BOTTOMLINE TECHNOLOGIES  DE  INC.
P.O. BOX 412377
BOSTON, MA 02241-2377


BOYD CORPORATION
P. O. BOX 740877
LOS ANGELES, CA 90074-0877


BROOKS INTERNET SOFTWARE, INC.
356 W. SUNNYSIDE, SUITE A
IDAHO FALLS, ID 83402-4615

BROWNELL LTD.
UNIT 2, ABBEY ROAD, PARK ROYAL
LONDON NW10 7XF
UNITED KINGDOM


BULL WILL CO. LTD.
3F. NO.199, RUIHU ST.,
NEIHU DIST, TAIPEI 114
TAIWAN


BUREAU OF ELECTRONIC & APPLIANCE REPAIR
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
P. O. BOX 942512
WEST SACRAMENTO, CA 94258-0512


CAL-LIFT, INC.
13027 CROSSROADS PARKWAY SOUTH
CITY OF INDUSTRY, CA 91746


CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION, RETURN PROCESSING BRANCH
P.O. BOX 942879
SACRAMENTO, CA 94279-6001


CALIFORNIA WATER SERVICE COMPANY
P. O. BOX 51967
LOS ANGELES, CA 90051-6267


CaswStack
P.O. BOX 95045
CHICAGO, IL 60694-5045


CBM SYSTEMS INC.
1599 MONTE VISTA AVE
CLAREMONT, CA 91711

CENTRAL CALIFORNIA FLUID SYSTEM TECH INC
325 BALBOA CIRCLE
CAMARILLO, CA 93012


CENTRAL TRANSPORT LLC
P.O. BOX 33299
DETROIT, MI 48232-5299


CHAOZHOU STONESONIC DIGITAL
WEST OF 2ND FLOOR  FACTORY BUILDING
LOT D5-3.1 HZQH TECHZZONE, CHAOZHOU,
GUANGDONG PROVINCE, 521000
CHINA


CHEETAH EXPRESS INC.
835 GREENLEAF AVE,
ELK GROVE
VILLAGE, IL 60007


CHEN-SOURCE INC.
NO.50-16, SEC.1, MINSHENG N.RD, GUISHAN
DISTRICT, TAOYUAN CITY 33391
TAIWAN


CHIEFWAY TECHNOLOGY CO., LTD.
18 FL-7 NO. 109, SECTION 1, ZHONGSHAN RD
XIN ZHUANG CITY, TAIPEI COUNTY
TAIWAN


CHINA TRADERITE COMPANY LMITIED
RM A,81F,SUCCESS COMMERICAL BLDG.
245-251 HENNESSY RD., WANCHAI
HONG KONG


CHINESE CONSUMER YELLOW PAGES
3940 ROSEMEAD BLVD.
ROSEMEAD, CA 91770

CHINESE OVERSEAS MARKETING SVC INC
C.O.M.S.C
3940 ROSEMEAD BLVD
ROSEMEAD, CA 91770


CHROMALOX INC.
P.O. BOX 536435
ATLANTA, GA 30353-6435


CHUBB & SON
P.O. BOX 382001
PITTSBURGH, PA 15250-8001


CHUNGHSIN TECHNOLOGY CO., LTD
618-2 # GONGREN WEST ROAD,TIAOJIANG AREA
TAIZHOU, ZHEJIANG, 318000
CHINA


CIM USA, INC.
10813 N. W. 30TH STREET, SUITE 108
MIAMI, FL 33172


CITY OF CARSON
BUSINESS LICENSE DIVISION
701 E. CARSON STREET
P. O. BOX 6234
CARSON, CA 90749-6234


CITY OF LOS ANGELES
P.O. BOX 30420
LOS ANGELES, CA 90030


CITY OF LOS ANGELES BUSINESS TAX
OFFICE OF FINANCE
P. O. BOX 513996
LOS ANGELES, CA 90051-3996

CITY OF PHILADELPHIA
REVENUE DEPARTMENT
P.O. BOX 1630
PHILADELPHIA, PA 19105-1630


CLERK OF THE COURT, SUPERIOR COURT OF
CALIFORNIA, COUNTY OF ORANGE
P.O. BOX 6040
NEWPORT BEACH, CA 92658-6040


COASTAL SECURITY CONSULTANTS LLC
11712 NEVIS DRIVE
MIDLOTHIAN, VA 23114


COAXIAL SYSTEMS ASSOCIATES INC.
3896 BURNS ROAD
SUITE 103
PALM BEACH GARDENS, FL 33410


COMMERCE TECHNOLOGIES, LLC DBA
COMMERCEHUB
25736 NETWORK PLACE
CHICAGO, IL 60673-1257


COMPLETE COPY SYSTEMS
3300 BEVERLY BLVD.
LOS ANGELES, CA 90004


CONNECTIVITY CONSULTANTS, INC.
69 FLOYDS WAY
BLAIRSVILLE, GA 30512


CONNELL BROS. CO. LLC
345 CALIFORNIA ST., 27TH FLOOR
SAN FRANCISCO, CA 94104

CONTRACTORS STATE LICENSE BOARD
REGISTRAR OF CONTRACTORS
P. O. BOX 26000
SACRAMENTO, CA 95826


COPIER EXPRESS
17128 COLIMA ROAD SUITE 812
HACIENDA HEIGHTS, CA 91745


CRAFTECH INTERNAITONAL, INC.
7042 KEARNY DR.
HUNTINGTON BEACH, CA 92648


CRESYN CO., LTD.
8-11 JAM WON-DONG, SEECHO-GU,
SEOUL, REPUBLIC OF KOREA #137-902
SOUTH KOREA


CUMMINS BUSINESS SERVICES  CBS
2931 ELM HILL PIKE
NASHVILLE, TN 37214


CX & B UNITED CORP.
1301 W. 253RD STREET
HARBOR CITY, CA 90710


DAL  DISPLAY AND LIFE
5TH FL.55, DAEGO B/D, 212 PYUNGCHO-DAERO
DONGAN-GU. ANYANG-CITY, GYUNGGI-DO
431-815
KOREA


DANOTECH CO., LTD.
28F,NO.37,SEC. 2 SANMIN RD. BANQIAO DIST
NEW TAIPEI, 230
TAIWAN, R.O.C.

DARFON ELECTRONICS CORP.
33341 NO.167 SHANGYING RD. GUEISHAN
TAOYUAN
TAIWAN


DAYLIGHT TRANSPORT, LLC
P.O. BOX 93155
LONG BEACH, CA 90809


DENTAL HEALTH SERVICES
3833 ATLANTIC AVE.
LONG BEACH,, CA 90807


DEPARTMENT OF TOXIC SUBSTANCES CONTROL
ACCOUTING UNIT
P. O. BOX 1288
SACRAMENTO, CA 95812-1288


DIGI-KEY Electronics 37528
P.O. BOX 250
THIEF RIVER FALLS, MN 56701-0250


DKSH AUSTRALIA PTY LTD.
14-17, DANSU COURT
HALLAM, VIC 3803
AUSTRALIA


DLS INTERNATIONAL
3465 OLD MILL ROAD
HIGHLAND PARK, IL 60035


DMV
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

DN CASTECH
SURVEY NO. 86, NH-27, AT-SHAPAR
RAJKOT, GUGJARAT 60024
INDIA


DOC ACQUISITION LLC
2937 SW 27TH AVENUE, SUITE 202
MIAMI, FL 33133


DOC ACQUISITION, LLC
2937 SW 27TH AVE, SUITE 202
MIAMI, FL 33133


DONGGUAN SAMPO ELECTRONIC CO., LTD.
BUILDING B, SINTAVE INDUSTRIAL PARK,
LUNDU ROAD, QISHA VILLAGE, SHATIAN TOWN,
DONGGUAN CITY
CHINA, CN


DOW CHEMICAL PACIFIC LTD.
47/F, SUN HUNG KAI CENTRE
30 HARBOUR ROAD
WAN CHAI, HK


DSTAR TECHNOLOGY CO., LTD.
SEAT 5, ZONE 2 FUQIAO INDUSTRIAL PARK,
FUYONG TOWN, BAOAN DISTRICT,
SHENZHEN, GUANGDONG, 518128
CHINA


DULUTH OFFICE CENTER OWNERS, LLC
P.O. BOX 161363
ATLANTA, GA 30321-1363


DUN & BRADSTREET CREDIBILITY CORP.
P.O. BOX 742138
LOS ANGELES, CA 90074-2138

DUPONT SPECIALTY PRODUCTS USA, LLC
PO BOX 101727
PASADENA, CA 91189-1727


DWYER INSTRUMENTS, INC.
P.O. BOX 338
MACHIGAN CITY, IN 46361


E-CENTURY TECHNICAL & INDUSTRIAL CORP.
NO. 50, JIANSAN RD.
JHONGHE CITY
TAIPEI COUNTY ROC


E.I. DU PONT DE NEMOURS & COMPANY
P.O. BOX 101727
PASADENA, CA 91189-1727


EAST BEST LLC
1016 MONTANA DRIVE
CHARLOTTE, NC 28216


EAST WEST BANK
9300 FLAIR DRIVE, 6TH FLOOR
EL MONTE, CA 91731


EASY MOVER INC.
1847 LITTLE ORCHARD STREET
SAN JOSE, CA 95125-1038


EBERLE CONTROLS GMBH
KLINGENHOFSTRASSE 71
NUERNBERG 90411
GERMANY

ECCO/GREGORY, INC.
P.O. BOX 5210
WEST CHESTER, PA 19380


ECONOMY RENTALS INC.
5511 E. WHITTIER BLVD.
E. LOS ANGELES, CA 90022


EDOM TECHNOLOGY CO. LTD.
8F, NO.50, LANE 10, KEE HU ROAD, NEI HU
TAIPEI, 114
TAIWAN


EGC ENTERPRISES, INC.
140 PARKER COURT
CHARDON, OH 44024-1112


EHP SOLUTION  HAN BYUL KIM
11845 W. OLYMPIC BLVD
SUITE 1100W
LOS ANGELES, CA 90064


EHP SOLUTIONS AKA EHP INTERNATIONAL INC.
11845 W. OLYMPIC BLVD SUITE 1100W
LOS ANGELES, CA 90064


EIS, INC.
ELECTRICAL INSULATION SUPPLIES, INC.
FILE 98059
P.O. BOX 98059
CHICAGO, IL 60693-8059


ELECTRO STATIC TECHNOLOGY - ITW INC.
33442 TREASURY CENTER
CHICAGO, IL 60694-3400

ELLIOTT ELECTRIC SUPPLY
P.O. BOX 206524
DALLAS, TX 75320-6524


ELWOOD STAFFING SERVICES, INC.
P.O. BOX 1024
COLUMBUS, IN 47202-1024


EMERSON CLIMATE TECHNOLOGIES
 SUZHOU CO. LTD.
NO.69 SUHONG WEST RAOD,
SUZHOU INDL. PARK, JIANGSU, 215021
CHINA


EMERSON CLIMATE TECHNOLOGIES, INC.
1675 WEST CAMPBELL ROAD
SIDNEY, OH 45365-0669


EMERSON ELECTRIC  THAILAND  LTD.
24 MOO 4. TAMBOL PLUAKDAENG
AMPHUR PLAUKDAENG,
RAYONG 21140
THAILAND


EMKA INC.
1961 FULLING MILL RD
MIDDLETOWN, PA 17057


EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001


ERICO LIMITED
16 WAN LEE ROAD
SINGAPORE 627946
SINGAPORE

ESSEX GROUP INC.
P.O. BOX 90413
CHICAGO, IL 60696-0413


EULER HERMES ACI
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117-1008


EX INDUSTRIES
22755-F SAVI RANCH PARKWAY
YORBA LINDA, CA 92887


EXODUS DIRECT,LLC.
P.O. BOX 695
INDIANOLA, IA 50125-0695


EXPERIAN
P.O. BOX 881971
LOS ANGELES, CA 90088-1971


EXPO TECHNOLOGIES, INC.
9140 RAVENNA ROAD - UNIT #3
TWINSBURG, OH 44087


EXPRESS LINE CORPORATION
901 WEST ARBOR VITAE ST.,
INGLEWOOD, CA 90301


F & L Petroleum Products
1543 W.16TH STREET
LONG BEACH, CA 90813

FABRICATION TECHNOLOGIES, INC.
1925 ENTERPRISE CT.,
LIBERTYVILLE, IL 60048


FABRIQUE, LTD.
28 SCHOOL STREET
BRANFORD, CT 06405


FARBWERKE HERKULA SA/AG
FRIEDENSSTR.21
SAINT-VITH, BELGIUM 4780
BELGIUM


FASTLINK LOGISTICS
4909 LAKEWOOD BLVD., SUITE# 401
LAKEWOOD, CA 90712


FEDERAL EXPRESS CORPORATION
P.O. BOX 7221
PASADENA, CA 91109-7321


FEDERAL LOGISTICS, INC.
P.O. BOX 2370
FRISCO, TX 75034


FEDEX FREIGHT WEST, INC.
DEPT. LA
P.O. BOX 21415
PASADENA, CA 91185-1415


FEFAN TECHNOLOGY CO., LTD.
4F-1, NO.57 37TH RD,
TAICHUNG INDUSTRIAL PARK, XITUN DISTRICT
TAICHUNG CITY 407
TAIWAN

FINNITA FREE, INC.
P.O. BOX 2741
NEWPORT BEACH, CA 92659

FIRST INSURANCE FUNDING CORP.
P.O. BOX 7000
CAROL STREAM, IL 60197-7000

FIRST SHRIJI HOSPITALITY
1461 WEST TALLYHO CT.
#3E
ADDISON, IL 60101

FLORIDA DEPT. OF REVENUE
5050 W. TENNESSEE ST.,
BLDG. K
TALLAHASSEE, FL 32399-0125

FOSHAN SHUNDE MIDEA ELECTRICAL HEATING
APPLIANCES MANUFACTURING COMPANY LTD.
NO. 19 SANLE RD, BEIJIAO, SHUNDE, FOSHAN
GUANGDONG, P.R. CHINA
CHINA 00052-8311

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

FREEMAN COMPANY
8201 W. 47TH STREET
MCCOOK, IL 60525

FREIGHT CONNECTION
318 AVENUE I, SUITE 199
REDONDO BEACH, CA 90277

GALCO INDUSTRIAL ELECTRONICS
26010 PINEHURST DRIVE
MADISON HEIGHTS, MI 48071


GALLANT RISK & INSURANCE SERVICES, INC.
4160 TEMESCAL CANYON ROAD, SUITE# 402
CORONA, CA 92883


GALLS, LLC
P. O. BOX 71628
CHICAGO, IL 60694-1628


GAMESMAN LIMITED
UNIT 6 CROMPION FIELDS CROMPION WAY
CRAWLEY, WEST SUSSEX RH10 9QB, ENGLAND
ENGLAND


GANZHOU DEHUIDA TECHNOLOGY CO. LTD
DEHUIDA SCIENCE AND TECHNOLOGY PARK
HUOYANSHAN ROAD, ANYUAN DISTRICT,
GANZHOU CITY JIANGXI PROVINCE 342100
P.R. CHINA


GE POWER SWEDEN AB
FINNSLATTEN, HUS 350
SE-721 76 VASTARDS


GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 105136
ATLANTA, GA 30348-5136


GEORGIA SECRETARY OF STATE
2 MLK, JR.DR. SUITE 313
DLOYD WEST TOWER
ATLANTA, GA 30334-1530

GEXPRO
P.O. BOX 743448
LOS ANGELES, CA 90074-3448


GGEC HONG KONG LIMTED
UNIT# 7-12, 6/F, STERLING CENTRE,
11 CHEUNG YUE STREET, CHEUNG SHA WAN
KOWLOON 0000
HONG KONG


GIBSON, DUNN & CRUTCHER, LLP
P.O. BOX 840723
LOS ANGELES, CA 90084-0723


GLEN MILLS INC.
220 DELAWANNA AVE
CLIFTON, NJ 07014


GLOBAL EXCHANGE SERVICES
C/O JP MORGAN
LOCK BOX 29144
NETWORK PLACE
CHICAGO, IL 60673-1291


GM ROOFING aka GLM CAPITAL CORPORATION
P. O. BOX 3908
SEAL BEACH, CA 90740


GO IRON WORK'S INC.
21106 S. ALAMEDA ST.,
CARSON, CA 90810


GONZALEZ, SONYA
1033 S. BLUFF RD. APT.6
MONTEBELLO, CA 90640

GORDON & REES, LLP
275 BATTERY STREET, 20TH FLOOR
SAN FRANCISCO, CA 94111


GOVERNORS AMERICA CORP.
720 SILVER STREET
AGAWAM, MA 01001


GRAINGER, INC.
DEPT. 840515027
PALATINE, IL 60038-0001


GREAT AMERICAN INSURANCE CO.
P.O. BOX 89400
CLEVELAND, OH 44101-6400


GREEN ENERGY TECHNOLOGY, INC.
No. 19-2, Tatung 1st Road, Kuanyin
Taoyuan, Taiwan, R.O.C.


GUANGDONG GALANZ MICROWAVE ELECTRICAL
APPLIANCES MANUFACTURING CO., LTD.
NO.3 XINGPU AVENUE, HUANGPU TOWN,
ZHONGSHAN CITY, GUANGDONG PROVINCE
CHINA


GUANGDONG ZHANJIANG HOUSEHOLD ELECTRIC
APPLIANCES INDUSTRIAL CO., LTD.
77 LONGGUANG ROAD,LONGTOU INDUSTRIAL ZON
ZHANGJIANG, GUANGDONG 524054
CHINA


HAJOCA CORPORATION
P.O. BOX 934752
ATLANTA, GA 31193-4752

HANSFORD SENSORS USA, INC.
2240 HWY 292
INMAN, SC 29349


HAWK RIDGE SYSTEMS
575 CLYDE AVENUE, SUITE 420
MOUNTAIN VIEW, CA 94043


HAWKER ELECTRONICS LTD.
57 THE AVENUE
RUBERY INDUSTRIAL ESTATE
BIRMINGHAM B45 9AL
UNITED KINGDOM, UK


HEALTH NET OF CALIFORNIA INC.
FILE #52617
LOS ANGELES, CA 90074-2617


HEATHMAN HOTEL KIRKLAND
220 KIRKLAND AVE.,
KIRKLAND, WA 98033


HEMLOCK SEMICONDUCTOR OPERATIONS
12334 GEDDES ROAD
ATTN: CFO
HEMLOCK, MI 48626


HEWLETT PACKARD COMPANY
8000 FOOTHILLS BLVD., R5-MS: 5229
ATTN: BILL DALY
ROSEVILLE, CA 95747


HITACHI METALS TAIWAN, LTD.
11F,NO.9 XIANGYANG RD.
ZHONGZHENG DISTRICT, TAIPEI CITY
TAIWAN

HMR ASSOCIATES LLC
4366 BRODDOCK TRAIL
EAGAN, MN 55123-1980


HOME EASY INDUSTRIAL CO., LTD.
FLAT/RM 1.7/F, ROYAL COMMERCIAL CENTRE
56 PARKES STREET, JORDAN
HONG KONG


HON HAI PRECISION INDUSTRY CO. LTD.
66 CHUNG SHAN RD., TU-CHENG INDUSTRIAL
DISTRICT, TAIPEI HSIEN
TAIWAN, R.O.C.


HONG CHANG PRECISION INDUSTRIAL CO. LTD
NO.88, ERJIA RD., YINGGE DIST.,
NEW TAIPEI CITY 239
TAIWAN, R.O.C.


HONGKONG WANGLU TECHNOLOGY LIMITED
FLAT/RM A8 9/F SILVERCORP INT
TOWER 707-713 NATHAN RD MONGKOK KL
HONG KONG


HRDIRECT
P.O. BOX 669390
POMPANO BEACH, FL 33066-9390


HSIEH CHIH INDUSTRIAL LIBRARY PUBLISHING
COMPANY
22 CHUNGSHAN N. RD., 3RD SEC., TAIPEI,
TAIWAN


HUBBELL POWER SYSTEMS, INC.
DEPT. 1210
P.O. BOX 121210
DALLAS, TX 75312-1210

IBM CORPORATION
P. O. BOX 740867
ATLANTA, GA 30374-0867


IBM CREDIT LLC
ONE NORTH CASTLE DRIVE
ARMONK, NY 10504


IBM Credit LLC
7100 Highlands Parkway
Smyrna, GA 30082


IMERYS FUSED MINERALS GREENEVILLE, INC.
P.O. BOX 117175
ATLANTA, GA 30368


IMPRESSIONS WHQ, INC.
2330 COMMERCIAL BLVD., SUITE 600
STATE COLLEGE, PA 16821


INPRO/SEAL LLC
16185 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


INT'L SECURITY CONFERENCE & EXPO/WEST
C/O RELX INC. DBA REED EXHIBITIONS
P.O. BOX 9599
NEW YORK, NY 10087-4599


INTEGRO USA INC.
P.O. BOX 101805
PASADENA, CA 91189-1805

INTELLIGENT SYSTEMS MARKETING  ISM
11344 COLOMA RD. SUITE 405
GOLD RIVER, CA 95670

INTERNAL REVENUE SERVICE  IRS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL HOME & HOUSEWARES SHOW
IHA
6400 SHAFER COURT, SUITE 650
ROSEMONT, IL 60018

INTERNATIONAL HOUSEWARES EXPO
IHA: EXHIBITOR SALES
6400 SHAFER COURT
SUITE 650
ROSEMONT, IL 60018

INTERTEK TESTING SERVICES NA,INC.
P.O. BOX #405176
ATLANTA, GA 30384-5176

IRIS POWER LP
3110 AMERICAN DRIVE
MISSISSAUGA, ONTARIO
L4V 1T2
CANADA

J.B. HUNT TRANSPORT, INC.
P. O. BOX 749079
LOS ANGELES, CA 90074

J.M. CARDEN SPRINKLER CO., INC.
2909 FLETCHER DRIVE
LOS ANGELES, CA 90065

JCLEMENTE & ASSOCIATES
13013 MESA GRAND DRIVE
YUCAIPA, CA 92399-5702


JDI DISPLAY AMERICA, INC.
1740 TECHOLOGY DRIVE, SUITE 460
SAN JOSE, CA 95110


JEUMONT ELECTRIC
367 RUE DE L' INDUSTRIE
JEUMONT, NORD, 59572
FRANCE


JOHANSON TECHNOLOGY
4001 CALLE TECATE
CAMARILLO, CA 93060


JS TECHNOLOGY COMPANY LIMITED
RM2103 EASEY COMM BLDG
253-261 HENNESSY RD. WAN
HONG KONG 999000
CHINA


KEDY TECHNOLOGY ELECTRONICS CO., LTD.
KEDI AVENUE, JIULONG NEW VILLAGE
ANYU COUNTY INDUSTRIAL PARK
GANZHOU, JIANGXI
CHINA, CN


KHANG & KHANG LLP
4000 BARRANCA PARKWAY, SUITE 250
IRVINE, CA 92604


KING INDUSTRIES INC.
SCIENCE ROAD - P.O. BOX 588
NORWALK, CT 06852

KLA-TENCOR CORPORATION
P.O. BOX 742332
LOS ANGELES, CA 90074-2332


KOMATSU FORKLIFT RETAIL OPERATIONS, INC.
P.O. BOX 749389
LOS ANGELES, CA 90074-9398


KYOCERA INTERNATIONAL, INC.
P.O. BOX 100926
ATLANTA, GA 30384-0926


KYVAS INTERNATIONAL CO., LTD.
4TH/ FL., NO. 475, SEC.2, TIDINGDADAO,
NEI-HU DISTRICT, TAIPEI, TAIWAN, R.O.C.
TAIWAN, R.O.C.


L.E.C. SERVICE, INC.
1865 W 222ND ST., SUITE A
TORRENCE, CA 90501


LANDSBERG
P.O. BOX 101144
PASADENA, CA 91189-1144


LEVI P. LLORICO
540 N. CENTRAL AVENUE #B134
GLENDALE, CA 91203


LEXUS FINANCIAL SERVICES
P. O. BOX 4102
CAROL STREAM, IL 60197-4102

LEXUS FINANCIAL SERVICES
P.O. BOX 4102
CAROL STREAM, IL 60197


LIAU, TOM
2239 CABEHILL AVE
LONG BEACH, CA 90815


LINTON CRYSTAL TECHNOLOGIES
2180 BRIGHTON HENRIETTA TOWN LINE RD.
ROCHESTER, NY 14623


LIQUID CAPITAL EXCHANGE, INC.
FOR S B E, INC.
P. O. BOX 168688
IRVING, TX 75016


LITE-ON TECHNOLOGY CORPORATION
392, RUEY KUANG ROAD
NEIHU, TAIPEI, 144
TAIWAN R.O.C.


LIU & PARTNERS ATTORNEYS AT LAW
ROOM C, 6F.,
NO. 261, SEC 3, NANJING E. RD.
SONGSHAN DISTRICT. TAIPEI 10550
TAIWAN


LODGING GOODS
8182 ELDER CREEK RD.,
SACRAMENTO, CA 95824


LOS ANGELES COUNTY FIRE DEPT.
PO BOX 513148
LOS ANGELES, CA 90051-1148

LOS ANGELES COUNTY TAX
P.O. BOX 54018
LOS ANGELS, CA 90054-0018


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054-0110


LOS ANGELES SHERIFF'S PROFESSIONAL ASSOC
LASPA
P.O. BOX 1010
LAKEWOOD, CA 90714-1010


LUCAS-MILHAUPT, INC.
P.O. BOX 774686
CHICAGO, IL 60677-4006


MAG-TROL LONG BEACH INC.
705 WEST ANAHEIM STREET
LONG BEACH, CA 90813


MAGNETROL INTERNATIONAL INCORPORATED
8576 SOLUTION CENTER
CHICAGO, IL 60677-8005


MAGNIFICENT MARKETING INTL.
787 E. LILAC WAY
AZUSA, CA 91702


MAGTROL, INC.
70 GARDENVILLE PARKWAY
BUFFALO, NY 14224-1322

Majano Vilma
15223 SOUTH RAYMOND AVE
APT. #2
GARDENA, CA 90247


McMASTER-CARR SUPPLY COMPANY
P.O.BOX 7690
CHICAGO, IL 60680-7690


MEGA INTERNATIONAL COMMERCIAL BANK
445 S. FIGUEROA STREET, SUITE 1900
LOS ANGELES, CA 90071


MERCEDES-BENZ FINANCIAL SERVICES
P. O. BOX 5209
CAROL STREAM, IL 60197-5209


MERCEDES-BENZ FINANCIAL SERVICES
P.O. BOX 5209
CAROL STREAM, IL 60197


MERCURY ELECTRIC
10532 PARK VILLA LANE
VILLA PARK, CA 92667


METRO EXPRESSLANES
P. O. BOX 3339
GARDENA, CA 90247


METRO SALES GROUP LLC
7 PILZ CT.
SUSSEX, NJ 07461

MIDWEST MARKETING,INC
1807 S WASHINGTON,INC
NAPERVILLE, IL 60565


MILLER, KAPLAN, ARASE & CO., LLP
4123 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91602-2828


MINCO PRODUCTS, INC.
NW 5915
P. O. BOX 1450
MINNEAPOLIS, MN 55485-5915


MINNESOTA DEPT. OF REVENUE
MAIL STATION 1110
ST. PAUL, MN 55146-1110


MJR MARKETING
ATTN: MARK REITENBACH
1068 MARKLEY ROAD
CINCINNATI, OH 45230


MLA TRANS LLC
P.O. BOX 654
CORONA, CA 92878


MODERNSOLID INDUSTRIAL CO., LTD.
11-2 WU NAN RD., WU CHI DIST
TAICHUNG CITY 43547
TAIWAN


MONTHES PALLETS, INC
P.O. BOX 1419
MONTEBELLO, CA 90640

MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199-0319


MPEGLA
4600 S. ULSTER STREET, SUITE 400
DENVER, CO 80237


MR. HOSE, INC.
5574 E. WASHINGTON BLVD.
COMMERCE, CA 90040


MUELLER STREAMLINE CO.
1774 PAYSPHERE CIRCLE
CHICAGO, IL 60674


MULTI MEDIA SYSTEMS
9005 EXPOSITION BLVD.
LOS ANGELES, CA 90034


MULTI-WING AMERICA INC.
15030 BERKSHIRE IND. PARKWAY
P.O. BOX 425
BURTON, OH 44021


MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
P. O. BOX 2147
OMAHA, NE 68103-2147


NEOPOST USA INC.
DEPT 3689
P. O. BOX 123689
DALLAS, TX 75312-3689

NEW JERSEY SALES TAX
PO BOX 264
TRENTON, NJ 08646-0264


NEW YORK STATE SALES TAX
NYS SALES TAX PROCESSING
JAF BUILDING
P.O. BOX 1205
NEW YORK, NY 10116-1205


NGLIC
C/O SUPERIOR VISION INSURANCE INC.
NGLIC
P.O. BOX 201839
DALLAS, TX 75320-1839


NORTHEAST GROUP
129 MORGAN DRIVE
1ST FLOOR
NORWOOD, MA 02062


NOVOTECHNIK US INC.
155 NORTHBORO ROAD
SOUTHBOROUGH, MA 01772


NYE LUBIRCANTS, INC.
P.O. BOX 8927
NEW BEDFORD, MA 02742


OFFICE OF CALIFORNIA STATE CONTROLLER
UNCLAIMED PROPERTY DIVISION
ACCOUNTING BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-5873


OLD DOMINION FREIGHT LINE INC.
P.O. BOX 742296
LOS ANGELES, CA 90074-2296

OMEGA ENGINEERING, INC
26904 NETWORK PLACE
CHICAGO, IL 60673-1269


OMNICELL, INC.
P.O. BOX 204650
DALLAS, TX 75320-4650


ORACLE AMERICA, INC
P. BOX 44471
SAN FRANCISCO, CA 94144


OSI BATTERIES INC. DBA OHLIN SALES INC.
LOCKBOX 12-1976
P.O. BOX 86
MINNEAPOLIS, MN 55486-1976


OTHELLO LIMITED
2F NO.9 ALLEY 24, LANE 68, SEC.1
KUANG-FU RD., SAN-CHUNG, TAIPEI
TAIWAN


PAIGE ELECTRIC COMPANY LP
P.O. BOX 821336
PHILADELPHIA, PA 19182-1336


PALMER HOLLAND, INC.
DEPT. 781606, P.O. BOX 78000
DETROIT, MI 48278-1606


PARKER HANNIFIN CORP.
7928 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

PDC HSING SHENG WHA CO., LTD
4F NO.15, WU CHUAN 5 RD., WU KU HSIANG,
TAIPEI HSIEN
TAIWAN, R.O.C.


PETER, FARZIN
35 LANTANA
LAKE FOREST, CA 92630


PFEIFFER VACUUM INC.
P.O. BOX 414278
BOSTON, MA 02241-4278


PGSA-EAST
24 WADSWORTH CIRCLE
BRAMPTON, AB L6Z 1W7
CA


PGSA-WEST
24 WADESWORTH CIRCLE
BRAMPTON, AB L6Z 1W7
CA


PIEDMONT BUSHINGS & INSULATOR, LLC
PO. BOX 849
WOODRUFF, SC 29388


PINNACLE MARKETING
P.O. BOX 815035
DALLAS, TX 75381


PMA MARKETING, INC.
13940 CEDAR RD. #361
UNIVERSITY HEIGHTS, OH 44118

PNY TECHNLOGIES ASIA PACIFIC LIMITED
10F-1, NO.1, TAIYUAN 2ST ST.,
ZHUBEI CITY, HSINCHU, 30288
TAIWAN, R.O.C.


PORTAGE ELECTRIC PRODUCTS,INC.
7700 FREEDOM AVE., N.W.
P.O. BOX 2170
NORTH CANTON, OH 44720


PRECISE COOLING SOLUTIONS LLC
255 N. VALLEY ROAD
BARRINGTON, IL 60010


PRECISION STEEL WAREHOSUE, INC.
P.O. BOX 92582
CHICAGO, IL 60675-2582


PREMIUM ASSIGNMENT CORP.
P. O. BOX 8000
TALLAHASSEE, FL 32314-8000


PRIMAX ELECTRONICS LTD.
669, RUEY KUANG ROAD, NEIHU, 114,
TAIPEI
TAIWAN R.O.C.


QUANTA STORAGE INC.
3F NO.188 WENHUA 2ND RD., GUISHAN SHIANG
TAOYUAN COUNTY, 333 TAIWAN
TAIWAN


R & E FASTENER INC.
P.O. BOX 5120
SPARKS, NV 89432-5120

R & L CARRIERS
P.O. BOX 10020
PORT WILLIAM, OH 45164-2000


R L TRUCKLOAD SERVICES LLC
BANK OF AMERICA LOCKBOX SERVICES
LOCKBOX 74008195
CHICAGO, IL 60674-8195


R.F. MACDONALD CO.
25920 EDEN LANDING ROAD
HAYWARD, CA 94545


R.L. GRAHAM ASSOCIATES
5310 THOMPSON AVE.
KANSAS CITY, MO 64124-2238


RADIX WIRE
8553 SOLUTION CENTER
LOCKBOX #778553
CHICAGO, IL 60677-8005


RANCILIO ASSOCIATES, INC.
11131 S. TOWNE SQUARE - A
ST. LOUIS, MO 63123


RAY CAMP COMPANY
P.O. BOX 7
PALMETTO, GA 30268-0007


READYREFRESH
P. O. BOX 856158
LOUISVILLE, KY 40285-6158

REISSMANN SENSORTECHNIK GMBH
D-74538 ROSENGARTEN-UTTENOFEN
GERMANY 53091
GERMANY


RELX INC. DBA REED EXHIBITIONS
P.O. BOX 9599
NEW YORK, NY 10087-4599


REPWORKS, INC.
654 A. NEW LUDLOW RD.
SOUTH HADLEY, MA 01075


Repworks, Inc.
654 A. NEW LUDLOW RD.
SOUTH HADLEY, MA 01075


ROCKET SOFTWARE INC.
77 FOURTH AVE
STE 100
WALTHAM, MA 02451


RR DONNELLEY LOGISTICS SERVICES
WORLDWIDE INC.
P.O BOX 932721
CLEVELAND, OH 44193


SAI GLOBAL INC.
P.O. BOX 311116
LOCK BOX# T66072U
DETROIT, MI 48231


SAVVY SUPPLY, INC.
5306 LINDBERGH LANE
BELL, CA 90201

SC FUELS
P.O. BOX 14014
ORANGE, CA 92863-4014


SCHULER PRESSEN G, BJ & CO. KG
POSTFACH 929
D-73009 GOPPINGEN,
GERMANY


SCUDDER TRUST CO.
P.O. BOX 9565
MANCHESTER, NH 03108


SENTRY TECH SECURITY ALARM CO.
15712E GALE AVE.
HACIENDA HEIGHTS, CA 91745


SF EXPRESS CORPORATION
2805 W. EL SEGUNDO BLVD., SUITE 1 & 3
HAWTHORNE, CA 90250


SHANGHAI KORRUN BAGS & LUGGAGE PRODUCTS
5F, NO.14 CAOHEJING HIGH-TECH PARK
NO. 518 XINZHUAN RD., SHANGHAI,
SONGJIANG 201612
CHINA


SHELLEY KOSTIUK
5112 LAUREL CANYON BLVD.
VALLEY VILLAGE, CA 91607


SHENZHEN CHUANGWEI ELECTRONIC APPLIANCE
6F, TABLET BLDG.,SKYWORTH INDL.PARK,
TANGTOU, BAO'AN DISTRICT,
SHENZHEN 518108
CHINA

SHENZHEN CITY ALLENSON PHOTOELECTRIC
CO., LTD.
GUANGMING NEW DISTRICT, SHENZHEN, 518000
CHINA


SHENZHEN DI SI DA ELECTRON CO., LTD
SEAT 5, ZONE 2 FUQIAO INDUSTRIAL PARK
FUYONG TOWN, BAOAN DISTRICT, SHENZHEN,
GUANGDONG, 518128
CHINA


SHENZHEN KTC COMMERCIAL DISPLAY
TECHNOLOGY CO. LTD.
NORTHERN WUHE ROAD, BANXUEGANG INDUSTRY,
BUJI, SHENZHEN, 518129
CHINA


SHENZHEN KTC TECH
NORTHERN WUHE ROAD
BANGXUEGANG INDUSTRY AREA,
SHENZHEN, CHINA


SHINE TAKE METAL CO., LTD.
NO.33, LANE 346, JONG-FENG RD.,
NAN-SHYH SEC. 2, PING-JENG, TAOYUAN 324
TAIWAN, R.O.C.


SHIPPERS INSURANCE PROGRAM
P.O. BOX 607
SULLIVAN, MO 63080


SIAPIN HORTICULTURE, INC.
9103 PERKINS ST.,
PICO RIVERA, CA 90660


SIBELCO ASIA PTE LTD.
180 CLEMENCEAU AVE.
HAW PAW CENTER #05-01
239922
SINGAPORE

SIRIUS COMPUTER SOLUTIONS, INC.
P.O. BOX 202289
DALLAS, TX 75320-2289


SoCalGas
P.O.BOX C
MONTEREY PARK, CA 91756


SOLARANNA LTD.
GRIPOLY MILLS RETAIL PARK,
UNIT 3-5, SIPER ROAD
CARDIFF CF118AA
UNITED KINGDOM


SOLLEGA INC.
2480 MISSION STREET, SUITE 107B
SAN FRANCISCO, CA 94110


SONGLIN TECHNOLOGY CORP.
NO. 1-7, LANE 489, DONGYONG ST.,
BADE CITY, TAOYUAN COUNTY 33458
TAIWAN


SOUTH BAY FABRICATION, INC.
15421 ELECTRONIC LANE
HUNTINGTON BEACH, CA 92649


SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772-0001


SOUTHERN CALIFORNIA IMMEDIATE MEDICAL
CENTER
7300 ALONDRA BLVD. SUITE 101
PARAMOUNT, CA 90723

STAPLES ADVANTAGE
P. O. BOX 105638
ATLANTA, GA 30348-5638


STAR BRITE BUILDING MAINTENANCE, INC.
2688 DAWSON AVE
SIGNAL HILL, CA 90755


STARRAG USA INC.
# DEPT. 781810
P.O. BOX 78000
DETROIT, MI 48278-1810


STATE BOARD OF EQUALIZATION
ACCOUNT INFO GROUP, MIC:29
P.O. BOX 942879
SACRAMENTO, CA 94279-0029


STATE COMPENSATION INSURANCE FUND
P.O. BOX 7441
SAN FRANCISCO, CA 94120-7441


STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO, CA 94267-2021


STORED ENERGY SYSTEMS, LLC
1840 INDUSTRIAL CIRCLE
LONGMONT, CO 80501


STRIKE TECHNOLOGIES AKA PENBRO KELNICK
 PTY LTD.
31 PARK AVENUE NORTH-HIGHWAY BUSINESS PK
CENTURION, GAUTENG, 0132
SOUTH AFRICA

Striko-Westofen-Dynarad Furnance Corp.
29968 NETWORK PLACE
CHICAGO, IL 60673


SUZHOU BLUE BRIDGE ELECTRONIC CO. LTD
WUZHONG DISTRICT, SUZHOU CITY
JIANGSU PROVINCE, CHINA


SWISSAM PRODUCTS LTD.
CITICORP CENTER, 18 WHITFIELD ROAD,
29TH FLOOR, NORTH PARK
HONG KONG


T-MOBILE
P.O. BOX 790047
ST. LOUIS, MO 63179-0047


T. L. ASHFORD
P. O. BOX 17098
FORT MITCHELL, KY 41017


TAIWAN RECTRONIC ENTERPRISE CORP.
5F., NO.7, LANE 50, SECTION 3
NAN KANG ROAD, TAIPEI 115
TAIWAN


TATUNG COMPANY
22 CHUNGSHAN N. RD.
SEC. 3
CHINA


TAYLORLONG & ASSOCIATES
1718 SE CUTTER LANE, SUITE 200
VANCOUVER, WA 98661

TEAM-ONE SAFETY SERVICES/ PAUL T. PATINO
18224 GREVILLEA AVE.
REDONDO BEACH, CA 90278


TECHMAN ELECTRONICS  CHANGSHU  CO. LTD.
NO. 66 DALIAN ROAD, HIGH-TECH IND. PARK
CHANGSHU ECONOMIC DEVELOPMENT ZONE,
JIANGSU
CHINA


TED JOHNSON PROPANE
5140 N. ELTON STREET
BALDWIN PARK, CA 91706


TEMPEL DE MEXICO
P.O. BOX 677888
DALLAS, TX 75267-7888


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH ST.
AUSTIN, TX 78774-0100


THE BRIGHT GROUP, LLC
1660 HELM DRIVE, SUITE #100
LAS VEGAS, NV 89119


THE CHIDLEY & PETO COMPANY
P.O. BOX 309
ITASCA, IL 60143-0309


THE DOW CHEMICAL COMPANY
2030 WILLARD H DOW CENTER
MIDLAND, MI 48674

THE FRENCH CORPORATION DBA CONNOMAC CORP
340 WASHINGTON AVENUE
LA GRANGE, IL 60525


THE NORTHEAST GROUP, LLC
129 MORGAN DRIVE, 1ST FLOOR
NORWOOD, MA 02062


THE OUTDOOR RECREATION GROUP, LLC
DBA AGILE BRANDS
3450 MOUNT VERNON DRIVE
LOS ANGELES, CA 90008


THE SOCO GROUP a division of
SC COMMERCIAL, LLC
5962 PRIESTLY DRIVE
CARLSBAD, CA 92008


THE TOLL ROADS
VIOLATION DEPT
P.O. BOX 57011
IRVINE, CA 92619-7011


THT PRESSES, INC.
7475 WEBSTER ST.,
DAYTON, OH 45414


TIEWRAPS.COM INC.
P.O. BOX 421132
SAN DIEGO, CA 92142


TMA WORLDWIDE, INC.
4038 AITKEN DAIRY RD.
ROCKLIN, CA 95677

TMX LOGISTICS, INC.
9660 PLAZA CIRCLE
EL PASO, TX 79927


TOPFLY CORPORATION
NO.9, NEI-SHI ROAD, NEI-TSUOH VILLAGE
LU CHU HSIANG, TAO-YUAN 338 TAIWAN,R.O.C
TAIWAN, R.O.C.


TORRANCE ELECTRONICS, INC.
1545 WEST CARSON ST.
TORRANCE,, CA 90501


TOUCHTONE CORP.
P. O. BOX 5719
IRVINE, CA 92616-5719


TOYOTA FINANCIAL SERVICES
P. O. BOX 4102
CAROL STEAM, IL 60197-4102


TOYOTA FINANCIAL SERVICES
P.O. BOX 4102
CAROL STREAM, IL 60197


TRACKSTAR PRINTING INC.
1140 W. MAHALO PLACE,
RACHO DOMINGUEZ, CA 90220


TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266-0317

TREASURER STATE OF MAINE
DEPT. OF ENVIRONMENTAL PROTECTION
NATURAL RESOURCES SERVICE CENTER
155 STATE HOUSE STATION
AUGUSTA, ME 04333-0155


TRICO MFG. CORP.
1235 HICKORY STREET
PEWAUKEE, WI 53072-3999


TRLA GROUP, INC.
490 CLOVERLEAF DRIVE
BALDWIN PARK, CA 91706


TRUE VALUE
8600 WEST BRYN MAWR AVENUE
CHICAGO, IL 60631


TYDEN BROOKS
16036 COLLECTION CTR. DRIVE,
CHICAGO, IL 60693


U.S. CUSTOMS AND BORDER PROTECTION
P.O. BOX 979126
ST. LOUIS, MO 63197-9000


U.S. GROUP CONSOLIDATOR INC.
618 GLASGOW AVENUE
INGLEWOOD, CA 90301


UCFS LASVEGAS, INC
1725 S. ESCONDIDO BLVD, SUITE A
ESCONDIDO, CA 92025

UL AG
75 REMITTANCE DRIVE, SUITE #1524
CHICAGO, IL 60675-1524


ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741


UNITED CONCORDIA DENTAL PLANS OF
CALIFORNIA, INC.
P.O. BOX 31001-0935
PASADENA, CA 91110-0935


UNITED PARCEL SERVICE
PO BOX 894820
LOS ANGELES, CA 90189-4820


UNIVERSAL FILTERS, INC.
1207 MAIN STREET
ASBURY PARK,, NJ 07712


UNIVERSAL MICROELECTRONICS CO., LTD.
3, 27TH RD., TAICHUNG INDUSTRIAL PARK
TAICHUNG
TAIWAN, R.O.C.


UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

USPS-HASLER
P.O. BOX 894757
LOS ANGELES, CA 90189-4757


VARIANT DISPLAYS INC.
5007 ONTARIO MILLS PKWY.
ONTARIO, CA 91764


VARSITY LOGISTICS, INC.
ONE PARKWAY NORTH
SUITE 400S
DEERFIELD, IL 60015


VIHONOR OPTO-ELECTRONICS
#201 GANGSHAN N. ROAD
GANGSHAN TOWN, KAOSHIUNG HSIEN
TAIWAN, R.O.C.


VISION EXPRESS/WRAG-TIME
9841 E. FRONTAGE ROAD
SOUTH GATE, CA 90280


WASHINGTON STATE
DEPARTMENT OF REVENUE
P.O. BOX 34054
SEATTLE, WA 98124-1054


WASHINGTON STATE DEPT OF ECOLOGY
CASHIERING UNIT
P.O. BOX 47611
OLYMPIA, WA 98504-7611


WASTE MANAGEMENT
LA METRO
P.O. BOX 541065
LOS ANGELES, CA 90054-1065

WEIDMANN SYSTEMS INTERNATIONAL LTD.
UNIT 18. 11/F.,HONGKONG INTERNATIONAL
TRADE & EXHIBITION CENTRE
1 TRADEMART DRIVE, KOWLOON BAY
HONGKONG


WESTERN STATES REGIONAL JOINT BOARD
920 S. ALVARADO ST.
LOS ANGELES, CA 90006-3008


WHITE NELSON DIEHL EVANS LLP
2875 MICHELLE DRIVE, SUITE 300
IRVINE, CA 92606


WMMFA
116 N. OAKES AVE, SUITE B
CLE ELUM, WA 98922


WORLD JOURNAL
231 ADRIAN ROAD
MILLBRAE, CA 94030


WORLD JOURNAL LA, LLC
1588 CORPORATE CENTER DRIVE
MONTEREY PARK, CA 91754


WU,YONG-MING


XIAMEN COMFORT SCIENCE & TECHNOLOGY
GROUP CO., LTD.
168#, QIANPU ROAD, SIMING ZONE
XIAMEN, FUJIAN 361008
CHINA

XIAMEN PRIMA TECHNOLOGY INC.
4TH FLOOR, NO. 618, JIAHE ROAD
XIAMEN, FUJIAN, P.R. CHINA 361006
CHINA


XU HUI NATIONAL CO. LTD.
2F., NO.3, ALY. 4, LN.326,
ZHONGZHNEG RD., NEW TAIPEI, BANQIAO
22052
TAIWAN


YEN XIANG E-MATERIALS CO., LTD.
1F., NO.94, DEHUI ST., ZHONGSHAN DIST.,
TAIPEI CITY 104
TAIWAN, TW


YING TCHIN ELECTRONICS CO., LTD.
NO.2-3, EAST 9TH ST., K.E.P.Z.,
KAOHSIUNG, 806
TAIWAN, R.O.C.


YRC FREIGHT
P.O. BOX 100129
PASADENA, CA 91189-0003


YUNG CHING LIN
1065 N. GLENDORA AVENUE
COVINA, CA 91724


ZHONGSHAN CITY WHITE HORSE ELECTRIC CO.
SHENGHUI NORTH INDUSTRIAL AREA
NANTOU ZHONG SHAN, GUANGDONG
CHINA


ZHONGSHAN GALANZ CONSUMER ELECTRIC
APPLIANCES CO., LTD.
MAXIN INDUSTRIAL ZONE, XINGPO ROAD,
HUANGPO TOWN, ZHONGSHAN, GUANGDONG 52842
CHINA

ZYTRONIC DISPLAYS LTD.
WHITELEY ROAD
BLAYTON, TYNE & WEAR, UK NE21 5NJ
UNITED KINGDOM

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. &
Email Address

**Ron Bender 143364**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyb.com**

FOR COURT USE ONLY

☑ *Attorney for:  Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Tatung Company of America, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.: **2:19-bk-21521-NB**
ADVERSARY NO.:
CHAPTER:    **11**

# CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO  FRBP 1007(a)(1)
## and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jason Chen**                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

          ☑ I am the president or other officer or an authorized agent of the Debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          See Addendum

  b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 10/30/2019 | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Jason Chen** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                 **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Tatung Company

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**