| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244<br>Email: RB@LNBYB.com, JYO@LNBYB.com,<br>LLS@LNBYB.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>TATUNG COMPANY OF AMERICA, INC.,<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-21521-NB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF**:<br><br>☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br><br>☐ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>**[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| | ☐ No hearing unless requested under LBR 9013-1(o)(4)<br>☒ Hearing Information:<br>DATE:        02/18/2021<br>TIME:        8:30 am<br>COURTROOM: 1545<br>ADDRESS:    255 East Temple Street<br>                   Los Angeles, California 90012 |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion.  You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response.  If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.  You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1.  ☐  **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):**  This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing.  The full Motion is attached, including the legal and factual grounds upon which the Motion is made.  If you wish to oppose this Motion, you must file a

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                      Page 1                          **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  Your opposition must comply with LBR 9013-1(f) and (o).

2. ☒ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):**  This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d).  The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made.  If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.**  Your response must comply with LBR 9013-1(f).  The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (*specify*):

Date: _01/28/2021_

Signature of Reorganized Debtor or trustee

TATUNG COMPANY OF AMERICA, INC.

Printed name of Reorganized Debtor or trustee

Date: _01/28/2021_

/s/ Juliet Y. Oh

Signature of attorney for Reorganized Debtor or trustee, if any

JULIET Y. OH

Printed name of attorney for Reorganized Debtor or trustee, if any

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 2                    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF:**

☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**

☐ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Movant is the:** ☒ Reorganized Debtor    ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case**: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** (*check one box only*):

   a. ☒ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

   b. ☐ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion**: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.


Date:  01/28/2021       /s/ Juliet Y. Oh
                        ───────────────────────────────────────────────
                        Signature of Reorganized Debtor or trustee,
                        or attorney for Reorganized Debtor or trustee

                         Juliet Y. Oh, Esq., Levene, Neale, Bender, Yoo & Brill L.L.P.
                        ───────────────────────────────────────────────
                        Printed name of Reorganized Debtor or trustee,
                        or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 3                    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge**:

   a. I, (*name*) CHRISTINA SUN ,
   make the following declaration in support of this motion.

   b. (1) ☒ I have personal knowledge of the following facts because I am the:  President of

   ☒ Reorganized Debtor  ☐ Chapter 11 trustee

   (2) ☐ I am related to this bankruptcy case as the _____ ,
   and I have personal knowledge of the following facts because (*specify*):

2. **Postconfirmation Status of Bankruptcy Case**:  except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (*check one box only*):

   a. ☒ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. ☐ **The Bankruptcy Case Has Not Been Fully Administered:**  All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved.  It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any).  The following exhibits support facts asserted in this declaration:

   ☒ Exhibit **A:**  List of Allowed Estate Professional Fees and Expenses
   ☒ Exhibit **B:**  List of Class 3 General Unsecured Claims and Plan Payments
   ☐ Exhibit **C:**
   ☐ Exhibit **D:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/28/2021 | CHRISTINA SUN | |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                          Page 4                  **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

## **DECLARATION OF CHRISTINA SUN**

## **IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF A FINAL**

## **DECREE AND ORDER CLOSING CASE**

I, CHRISTINA SUN, hereby declare as follows:

1.      I am over 18 years of age.  I am the President and sole shareholder of Tatung Company of America, Inc., a California corporation and the Reorganized Debtor herein (the "Debtor").  If called as a witness, I could and would competently testify with respect to the matters set forth in this declaration from my own personal knowledge or from knowledge gathered from others within the organization of the Reorganized Debtor, my review of relevant documents, or my opinion based upon my experience and knowledge of the business operations and books and records of the Reorganized Debtor.

2.      I submit this declaration in support of the *Notice Of Motion And Motion In Chapter 11 Case For The Entry Of A Final Decree And Order Closing Case* (the "Motion"), to which this declaration is attached.

3.      On September 30, 2019, the Debtor commenced its Chapter 11 bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      On October 13, 2020, the Debtor filed that certain *Debtor's Plan Of Reorganization (Dated October 13, 2020)* [Doc. No. 405] (the "Plan") in the Debtor's bankruptcy case.

5.      The hearing for the Court to consider the confirmation of the Plan was held on December 8, 2020, at which time the Court confirmed the Plan.  On December 9, 2020, the Court entered an order confirming the Plan [Doc. No. 467] (the "Confirmation Order").

6.      The Plan went effective on December 14, 2020 (the "Effective Date").

7.      I continue to serve in my current role as President of the Reorganized Debtor.  In addition, as the sole shareholder of the Reorganized Debtor, I have determined and will continue to determine the composition of the Reorganized Debtor's Board of Directors and the Reorganized Debtor's management.

8.      In accordance with the provisions of the Plan, the Reorganized Debtor is serving as the disbursing agent for the purpose of making all distributions required to be made by the Reorganized Debtor under the Plan out of the Debtor's cash existing on the Effective Date ("Estate Funds").  In addition, David K. Gottlieb, as Trustee ("Trustee") of the TUS Liquidating Trust established in connection with and pursuant to the terms of the Plan (the "Trust") is serving as the disbursing agent for the purpose of making all distributions required to be made by the Trustee under the Plan out of the Estate Funds that were transferred by the Reorganized Debtor to the Trustee on or about the Effective Date.

9.      On December 14, 2020, in accordance with the provisions of the Plan, the Reorganized Debtor transferred Estate Funds in the sum of $1,964,521.03 to the Trust (the "Trust Funds").

10.      Shortly after the Effective Date, in accordance with the provisions of the Plan, title to the Debtor's commercial real property located at 2850 East El Presidio Street, Long Beach, California 90810 (the "Property") was transferred to LKET Enterprises, LLC, a special purpose entity ("SPE") that is a single member limited liability company that will be taxed as a disregarded entity (pass through tax entity) for federal income tax purposes.

11.      As described below, all of the payments required to be made by the Reorganized Debtor and the Trustee of the Trust on and after the Effective Date have been made, or will be made prior to the February 18, 2021 hearing on the Motion.

12.      ***Professional Fee Payments***.  I am advised and believe that, at a hearing held on January 26, 2021, the Court approved the final fee applications filed by all estate professionals.  A summary of the fees and expenses requested by estate professionals in their final fee applications and approved by the Court is attached as **Exhibit A** hereto.  As reflected in Exhibit A hereto, the outstanding amount of the fees and expenses required to be paid to estate professionals totals $182,527.14.   The foregoing sum has already been transferred by the Reorganized Debtor to its counsel, Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), and it is my understanding that such sum is being maintained by LNBYB in its client trust account.  I am further advised and believe that, upon the Court's entry of written orders approving the

estate professionals' final fee applications, the outstanding amount of the estate professionals' approved fees and expenses will be paid in full from the funds being maintained in LNBYB's client trust account (totaling $182,527.14).

13.    **_United States Trustee Quarterly Fees_.**    As reflected in the monthly operating report filed for the month of December 2020 [Doc. No. 513], the quarterly fee due for the fourth calendar quarter of 2020 in this case is $60,637.46.    The Reorganized Debtor has paid the foregoing quarterly fee.    Prior to the entry of a Court order granting the Motion and closing this bankruptcy case, the Reorganized Debtor will remit full payment of the quarterly fee due for the first calendar quarter of 2021 (through the date of entry of the Court order granting the Motion and closing this case).

14.    **_Section 503(b)(9) Administrative Claims_.**    As reflected in Exhibit "6" to the *Disclosure Statement Describing Debtor's Plan Of Reorganization (Dated October 13, 2020)* [Doc. No. 406] which accompanied the Plan (the "Disclosure Statement"), there are four (4) creditors with allowed administrative claims arising under 11 U.S.C. § 503(b)(9) totaling $84,144.71 – namely, (i) Cardlock Fuel Systems, Inc. d/b/a SC Fuels ($120.89); (ii) Emerson Climate Technologies (Suzhou) Co. Ltd. ($67,577.44); (iii) Emerson Electric (Thailand) Ltd. ($11,970.00); and (iv) Improseal, LLC ($4,376.38).    All of the foregoing administrative expense claims were paid in full promptly after the Effective Date.

15.    Other than the professional fee payments, United States Trustee quarterly fees, and Section 503(b)(9) administrative claims described above, the Reorganized Debtor is not aware of any allowed administrative expense claims.

16.    **_Class 1 Secured Claim of East West Bank._**    Under the Plan, the Debtor was required to cure the one missed pre-petition monthly payment was missed by the Debtor as a result of its bankruptcy filing, which the Debtor has done.    In accordance with the Plan, as modified by the Court order [Doc. No. 452] granting the Debtor's motion for authority to enter into agreements with East West Bank ("EWB"), the maturity date of the Debtor's existing senior secured loan with EWB has been extended to December 15, 2021.    In accordance with the Plan, all of the other terms of the Debtor's loan with EWB remains unchanged, including

that EWB will continue to be secured by a first priority lien against all of the Reorganized Debtor's assets, and the Reorganized Debtor will continue to make the same monthly payments to EWB that the Debtor had been making in the approximate amount of $36,000-$37,000 of interest plus monthly bank fees of approximately $3,500.  The Reorganized Debtor is complying with the terms of the Plan as they relate to the treatment of EWB's claim.

17.    ***Class 2 Priority Claims.***  As reflected in Exhibit "2" to the Disclosure Statement, there are thirty (30) creditors with allowed pre-petition priority claims of the type referred to in 11 U.S.C. Sections 507(a)(3), (4), (5), (6), and (7) totaling $27,042.63.  All of the foregoing Class 2 priority claims will be paid by the Trustee in full prior to the February 18, 2021 hearing on the Motion using the Trust Funds that were transferred by the Reorganized Debtor to the Trust immediately after the Effective Date.  I anticipate that a declaration from the Trustee confirming that such payments have been made will be filed shortly in further support of the Motion.

18.    ***Class 3 General Unsecured Claims.***  As reflected in the Plan and Disclosure Statement, the Debtor estimated that there were allowed Class 3 general unsecured claims totaling $437,392.00.  Ultimately, and as reflected in **Exhibit B** hereto, there are allowed Class 3 general unsecured claims totaling $441,389.88.  Under the Plan, each holder of an allowed Class 3 general unsecured claim is to receive, in full settlement and satisfaction of such claim, a payment by the Trustee out of the Trust Funds equal to 20% of the amount of its/his/her allowed Class 3 claim.  Accordingly, and as also reflected in Exhibit B hereto, the Trustee will make payments to holders of allowed Class 3 general unsecured claims in the total sum of $88,284.38. The payments to holders of Class 3 general unsecured claims will be made by the Trustee prior to the February 18, 2021 hearing on the Motion using the Trust Funds that were transferred by the Reorganized Debtor to the Trust immediately after the Effective Date.  I anticipate that a declaration from the Trustee confirming that such payments have been made will be filed shortly in further support of the Motion.

19.    ***Class 4 Gregory Sterling's Portion of the Hemlock Claim (General Unsecured).***  In accordance with the provisions of the Plan, the Trustee made a payment in the

4

total sum of $1,725,000.00 to Mr. Sterling on or after the Effective Date of the Plan, from the Trust Funds that were transferred by the Reorganized Debtor to the Trust. Accordingly, pursuant to the Plan, Mr. Sterling's allowed Class 4 claim is deemed fully paid and satisfied.

20. ***Class 5 Christina Sun's Portion of the Hemlock Claim (General Unsecured).*** The Plan provides that, on account of my allowed Class 5 claim, I will receive the following: (i) 100% of the stock in the Reorganized Debtor, (ii) a promissory note from the Reorganized Debtor in the principal amount of $950,000 (which shall be unsecured and completely subordinated to all claims of EWB); and (iii) a beneficial interest in the Trust. I have received all of the foregoing in accordance with the terms of the Plan. The Plan further provides that I may not receive any distributions from the Reorganized Debtor, the Trust or the SPE until Mr. Sterling's Class 4 claim has been paid in full and all of the other claims required to be paid under the Plan have been paid in the manner provided by this Plan. I have not received any distributions from the Reorganized Debtor, the Trust or the SPE to date.

21. I am advised and believe that the Confirmation Order is final and non-appealable.

22. To the best of my knowledge, all deposits required by the Plan have been made by the Reorganized Debtor and distributed.

23. To the best of my knowledge, all property proposed by the Plan to be transferred have been transferred.

24. The Reorganized Debtor has assumed the management and operation of the Debtor's business in accordance with the provisions of the Plan.

25. As discussed above, all payments or other distributions required to be made under the Plan have been made, or will be made before the February 18, 2021 hearing on the Motion.

/ / /

/ / /

/ / /

/ / /

26.    To the best of my knowledge, all motions, contested matters and adversary proceedings have been finally resolved, and there are no motions, contested matters, adversary proceedings, or other open matters pending before this Court in connection with the Debtor's bankruptcy case.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

Executed this 28th day of January, 2021 at Los Angeles, California.

CHRISTINA SUN

**EXHIBIT "A"**

**Tattoo Company of America, Inc.**
**Summary of Final Fee Applications**

| | Total Fee Period | | | Current Fee Period | | | Payment Due |
|---|---|---|---|---|---|---|---|
| Professional | Fees | Costs | Fees & Costs | Fees | Costs | Fees & Costs | |
| LNBYB | 482,582.48 | 24,251.28 | 506,833.76 | 42,901.50 | 823.50 | 43,725.00 | 43,725.00 |
| E&W/Jason Chen | 578,469.27 | 24,792.91 | 603,262.18 | 82,610.00 | 0.00 | 82,610.00 | 82,610.00 |
| Six Degrees | 55,205.00 | 797.25 | 56,002.25 | 16,277.50 | 551.84 | 16,829.34 | 16,829.34 |
| David Agler | 69,580.00 | 0.00 | 69,580.00 | 11,340.00 | 0.00 | 11,340.00 | 11,340.00 |
| Grobstein Teeple | 11,686.00 | 0.00 | 11,686.00 | 5,433.00 | 0.00 | 5,433.00 | 5,433.00 |
| Goldstein & McClintock | 120,347.25 | 819.60 | 121,166.85 | 8,895.50 | 45.00 | 8,940.50 | 8,940.50 |
| Sklar Kirsh LLP | 29,642.50 | 1,338.70 | 30,981.20 | 9,390.00 | 0.00 | 9,390.00 | 9,390.00 |
| RSR | 59,501.00 | 2,624.59 | 62,125.59 | 4,230.00 | 29.30 | 4,259.30 | 4,259.30 |
| | | | | | | | |
| TOTAL: | 1,407,013.50 | 54,624.33 | 1,461,637.83 | 181,077.50 | 1,449.64 | 182,527.14 | 182,527.14 |

# EXHIBIT "B"

| Name | Proofs of Claim | | | | | | Scheduled Claims | | | | Allowed Claims | | | | Class 3 Plan Payment |
| | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3M TOUCH SYSTEMS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| A-1 COAST RENTALS | | | | | | | | | | $141.04 | | | | | $141.04 | $28.21 |
| ABB INC. | | | | | | | | | | $198.00 | | | | | $198.00 | $39.60 |
| ABLE INDUSTRIAL | | | | | | | | | | $6,379.52 | | | | | $6,379.52 | $1,275.90 |
| ACROX TECHNOLOGIES CO., LTD | 26 | 1/14/2020 | | | | $0.00 | | | | $0.00 | | $0.00 | | | $0.00 | $0.00 |
| ACT TEST PANELS LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ACULA TECHNOLOGY CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ADP, LLC | 35 | 2/21/2020 | | | | | | | | $996.82 | | | | | $996.82 | $199.36 |
| AESA S.A. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AIG PROPERTY CASUALTY INC. | 27 | 1/14/2020 | | | | Unliquidated | | | | | | | | | $0.00 | $0.00 |
| AJ ALARM SYSTEMS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ALL NATION SECURITY SERVICE, INC. | | | | | | | | | | $13,745.60 | | | | | $13,745.60 | $2,749.12 |
| ALLENLUND COMPANY, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ALLIED ELECTRONICS INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ALLIED SAFE & VAULT CO. INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ALUMNI ASSOCIATION OF TAIPEI FIRST | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ALVIN RAMALI | | | | | | | | | | $800.00 | | | | | $800.00 | $160.00 |
| AMERICAN EXPRESS | 16 | 11/15/2019 | | | | $5,496.31 | | | | $5,958.18 | | | | | $5,496.31 | $1,099.26 |
| AMPHENOL(MARYLAND),INC. dba WILCOXON | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AMRC, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ANDERSON SHUMAKER COMPANY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AON RISK SERVICES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ARDENT LAW GROUP, PC | | | | | | | | | | $1,080.00 | | | | | $1,080.00 | $216.00 |
| ARIZONA DEPT. OF REVENUE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ASKEW INDUSTRIAL CORP | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AT&T | | | | | | | | | | $1,201.71 | | | | | $1,201.71 | $240.34 |
| AT&T | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AT&T | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| AU OPTRONICS CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| B&T SALES LLC | | | | | | | | $549.45 | | | | | | $549.45 | | $0.20 |
| BAEYEUN SONG | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BANK OF THE WEST-#0766-MICHELLE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BANK OF THE WEST-#5576-AMY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BANK OF THE WEST-#6837-BING | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BANK OF THE WEST-#9005-EDDIE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BAUMER LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BELDEN INC. | | | | | | | | | | $6,233.00 | | | | | $6,233.00 | $1,246.60 |
| BENJAMIN HWANG | | | | | | | | | $1,131.92 | $548.13 | | | | $1,131.92 | $548.13 | $109.63 |
| BEST CHOICE FIRE PROTECTION CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BEST WESTERN INTERNATIONAL | | | | | | | | $264.75 | | | | | | $264.75 | | $0.20 |
| BI-SEARCH INTERNATIONAL INC. | 14 | 11/12/2019 | | | | $1,124.00 | | | | $1,124.00 | | | | | $1,124.00 | $224.80 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIZLINK TECHNOLOGY, INC. | 4 | 10/16/2019 | | | | $0.00 | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| BLUE CHIP PEST CONTROL, INC. | | | | | | | | | | $80.00 | | | | | $80.00 | $16.00 |
| BOARD OF EQUALIZATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BOTTOMLINE TECHNOLOGIES (DE) INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BOYD CORPORATION | | | | | | | | | | $280.00 | | | | | $280.00 | $56.00 |
| BROOKS INTERNET SOFTWARE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BROWNELL LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BULL WILL CO. LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| BUREAU OF ELECTRONIC & APPLIANCE REPAIR | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CALIFORNIA WATER SERVICE COMPANY | | | | | | | | | | $648.49 | | | | | $648.49 | $129.70 |
| CAL-LIFT, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CARDLOCK FUEL SYSTEMS, INC. dba SC FUELS | 12 (Am) | 11/23/2020 | $430.08 | | | | | | | $398.84 | | $430.08 | | | | $0.20 |
| CASWSTACK | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CBM SYSTEMS INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CENTRAL CALIFORNIA FLUID SYSTEM TECH INC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CENTRAL TRANSPORT LLC | 28 | 1/16/2020 | | | | $636.86 | | | | $636.86 | | | | | $636.86 | $127.37 |
| CHAOZHOU STONESONIC DIGITAL | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHEETAH EXPRESS INC. | | | | | | | | | | $4,101.58 | | | | | $4,101.58 | $820.32 |
| CHEN-SOURCE INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHIEFWAY TECHNOLOGY CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHIENFENG LIN | 6 | 10/15/2019 | | | $3,607.52 | $4,703.76 | | | $3,607.52 | $4,703.76 | Y | | | $3,607.52 | 4,703.76 | $940.75 |
| CHINA TRADERITE COMPANY LMITIED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHINESE CONSUMER YELLOW PAGES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHINESE OVERSEAS MARKETING SVC INC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHROMALOX INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHUBB & SON | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CHUNGHSIN TECHNOLOGY CO., LTD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| CIM USA, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF CARSON | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CITY OF LOS ANGELES | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CITY OF LOS ANGELES BUSINESS TAX | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CITY OF PHILADELPHIA | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CLERK OF THE COURT, SUPERIOR COURT OF | | | | | | | | | | $0.00 | | | | | | $0.00 |
| COASTAL SECURITY CONSULTANTS LLC | | | | | | | | | $187.30 | | | | | $187.30 | | $0.20 |
| COAXIAL SYSTEMS ASSOCIATES INC. | | | | | | | | | $364.10 | | | | | $364.10 | | $0.20 |
| COMMERCE TECHNOLOGIES, LLC DBA | | | | | | | | | | $0.00 | | | | | | $0.00 |
| COMPLETE COPY SYSTEMS | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CONNECTIVITY CONSULTANTS, INC. | | | | | | | | | $860.30 | | | | | $860.30 | | $0.20 |
| CONNELL BROS. CO. LLC | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CONTRACTORS STATE LICENSE BOARD | | | | | | | | | | $0.00 | | | | | | $0.00 |
| COPIER EXPRESS | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CRAFTECH INTERNAITONAL, INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CRESYN CO., LTD. | | | | | | | | | | $0.00 | Y | | | | | $0.00 |
| CUMMINS BUSINESS SERVICES (CBS) | | | | | | | | | | $0.00 | | | | | | $0.00 |
| CX & B UNITED CORP. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DAIMLER TRUST (SCHEDULED AS MERCEDES BENZ FINANCIAL SERVICES) | 1 | 10/10/2019 | | | | $18,034.61 | | Unk | | | | | $5,991.20 | | | $0.20 |
| DAL (DISPLAY AND LIFE) | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DANOTECH CO., LTD. | 19 | 12/6/2019 | | | | $270.00 | | | | $270.00 | | | | | $270.00 | $54.00 |
| DARFON ELECTRONICS CORP. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DAYLIGHT TRANSPORT, LLC | | | | | | | | | | $1,872.53 | | | | | $1,872.53 | $374.51 |
| DENTAL HEALTH SERVICES | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DIGI-KEY Electronics 37528 | | | | | | | | | | | | | | | $0.98 | $0.20 |
| DKSH AUSTRALIA PTY LTD. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DLS INTERNATIONAL | | | | | | | | | $55.89 | | | | | $55.89 | | $0.20 |
| DMV | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DN CASTECH | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DOC ACQUISITION, LLC | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DONGGUAN SAMPO ELECTRONIC CO., LTD. | | | | | | | | | | $900.00 | | | | | $900.00 | $180.00 |
| DOW CHEMICAL PACIFIC LTD. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DSTAR TECHNOLOGY CO., LTD. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DULUTH OFFICE CENTER OWNERS, LLC | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DUN & BRADSTREET CREDIBILITY CORP. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| DUPONT SPECIALTY PRODUCTS USA, LLC | | | | | | | | | | $26,139.20 | | | | | $26,139.20 | $5,227.84 |
| DWYER INSTRUMENTS, INC. | | | | | | | | | | $1,587.85 | | | | | $1,587.85 | $317.57 |
| E.I. DU PONT DE NEMOURS & COMPANY | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EAST BEST LLC | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EAST WEST BANK | | | | | | | | $10,332,265.04 | | | | | $10,332,265.04 | | | $0.20 |
| EASY MOVER INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EBERLE CONTROLS GMBH | | | | | | | | | | $0.00 | | | | | | $0.00 |
| ECCO/GREGORY, INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| E-CENTURY TECHNICAL & INDUSTRIAL CORP. | | | | | | | | | | $0.00 | Y | | | | | $0.00 |
| ECONOMY RENTALS INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EDOM TECHNOLOGY CO. LTD. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EGC ENTERPRISES, INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EHP SOLUTION (HAN BYUL KIM) | | | | | | | | | $462.60 | | | | | $462.60 | | $0.20 |
| EHP SOLUTIONS AKA EHP INTERNATIONAL INC. | | | | | | | | | | $0.00 | | | | | | $0.00 |
| EIS, INC. | 11 | 11/5/2019 | | | | $752.25 | | | | $752.25 | | | | | $752.25 | $150.45 |
| ELLIOTT ELECTRIC SUPPLY | | | | | | | | | | $0.00 | | | | | | $0.00 |
| ELWOOD STAFFING SERVICES, INC. | | | | | | | | | | $964.20 | | | | | $964.20 | $192.84 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMERSON CLIMATE TECHNOLOGIES (SUZHOU) CO. LT | 30 | 1/16/2020 | $67,677.44 | | | | | | | $68,431.64 | | $67,677.44 | | | | $0.20 |
| EMERSON CLIMATE TECHNOLOGIES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EMERSON ELECTRIC (THAILAND) LTD. | 31 | 1/16/2020 | $11,970.00 | | | $7,634.72 | | | | $19,604.72 | | $11,970.00 | | | $7,634.72 | $1,526.94 |
| EMKA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EMPLOYMENT DEVELOPMENT DEPT. | | | | | | | | | $0.00 | | | | | $0.00 | | $0.20 |
| ERICO LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ESSEX GROUP INC. | | | | | | | | | | $371.24 | | | | | $371.24 | $74.25 |
| EULER HERMES ACI | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EX INDUSTRIES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EXODUS DIRECT,LLC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EXPERIAN | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EXPO TECHNOLOGIES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| EXPRESS LINE CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| F & L PETROLEUM PRODUCTS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FABRICATION TECHNOLOGIES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FABRIQUE, LTD. | 25 | 1/13/2020 | | | | $0.00 | | | | $179,390.64 | Y | | | | $0.00 | $0.00 |
| FARBWERKE HERKULA SA/AG | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FASTLINK LOGISTICS | | | | | | | | | | $470.00 | | | | | $470.00 | $94.00 |
| FEDERAL EXPRESS CORPORATION | | | | | | | | | | $2,767.05 | | | | | $2,767.05 | $553.41 |
| FEDERAL LOGISTICS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FEDEX CORPORATE SERVICES INC. | 22 | 12/19/2019 | | | | $347.44 | | | | $347.44 | Y | | | | $347.44 | $69.49 |
| FEDEX CORPORATE SERVICES INC. | 23 | 12/20/2019 | | | | $457.08 | | | | $457.08 | Y | | | | $457.08 | $91.42 |
| FEFAN TECHNOLOGY CO., LTD. | | | | | | | | | | $290.00 | | | | | $290.00 | $58.00 |
| FINNITA FREE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FIRST INSURANCE FUNDING CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FIRST SHRIJI HOSPITALITY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FLORIDA DEPT. OF REVENUE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FOSHAN SHUNDE MIDEA ELECTRICAL HEATING | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | | | | | | | | | $0.00 | | | | | $0.00 | | $0.20 |
| FREEMAN COMPANY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| FREIGHT CONNECTION | | | | | | | | | | $1,869.00 | | | | | $1,869.00 | $373.80 |
| GALCO INDUSTRIAL ELECTRONICS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GALLANT RISK & INSURANCE SERVICES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GALLS, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | | | | | | Scheduled Claims | | | | Allowed Claims | | | | Class 3 Plan Payment |
| | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAMESMAN LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GANZHOU DEHUIDA TECHNOLOGY CO. LTD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GE POWER SWEDEN AB | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GEORGIA DEPARTMENT OF REVENUE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GEORGIA SECRETARY OF STATE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GEXPRO | | | | | | | | | | $5,595.60 | | | | | $5,595.60 | $1,119.12 |
| GGEC HONG KONG LIMITED | | | | | | | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| GIBSON, DUNN & CRUTCHER, LLP | | | | | | | | | | $1,071.13 | | | | | $1,071.13 | $214.23 |
| GLEN MILLS INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GLOBAL EXCHANGE SERVICES | | | | | | | | | | $897.21 | | | | | $897.21 | $179.44 |
| GM ROOFING aka GLM CAPITAL CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GO IRON WORK'S INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GONZALEZ, SONYA | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GORDON & REES, LLP | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GOVERNORS AMERICA CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GRAINGER, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GREAT AMERICAN INSURANCE CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GUANGDONG GALANZ MICROWAVE ELECTRICAL | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| GUANGDONG ZHANJIANG HOUSEHOLD ELECTRIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HAJOCA CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HANSFORD SENSORS USA, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HAWK RIDGE SYSTEMS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HAWKER ELECTRONICS LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HEALTH NET OF CALIFORNIA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HEATHMAN HOTEL KIRKLAND | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HEMLOCK SEMICONDUCTOR OPERATIONS | 29 | 1/16/2020 | | | | $498,401,940.00 | C/U | | | $35,000,000.00 | | | | | $0.00 | $0.00 |
| HITACHI METALS TAIWAN, LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HMR ASSOCIATES LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HOME EASY INDUSTRIAL CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HON HAI PRECISION INDUSTRY CO. LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HONG CHANG PRECISION INDUSTRIAL CO. LTD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HONGKONG WANGLU TECHNOLOGY LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HRDIRECT | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HSIEH CHIH INDUSTRIAL LIBRARY PUBLISHING | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| HUBBELL POWER SYSTEMS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| IBM CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| IBM CREDIT LLC | | | | | | | | $0.00 | | | Y | | $0.00 | | | $0.20 |
| ILLINOIS TOOL WORKS sba ELECTRO STATIC TECHNOL | 7 | 10/15/2019 | | | | $725.00 | | | | $725.00 | | | | | $725.00 | $145.00 |
| IMERYS FUSED MINERALS GREENEVILLE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| IMPRESSIONS WHQ, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| INPRO/SEAL LLC | 37 | 3/24/2020 | $4,376.38 | | | $0.00 | | | | $8,697.92 | | $4,376.38 | | | $0.00 | $0.00 |
| INTEGRO USA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| INTELLIGENT SYSTEMS MARKETING (ISM) | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE (IRS) | 3 | (amended) | | $0.00 | | | | | $0.00 | | | | $0.00 | | | $0.20 |
| INTERNATIONAL HOME & HOUSEWARES SHOW | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| INTERNATIONAL HOUSEWARES EXPO | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| INTERTEK TESTING SERVICES NA,INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT'L SECURITY CONFERENCE & EXPO/WEST | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| IRIS POWER LP | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| J.B. HUNT TRANSPORT, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| J.M. CARDEN SPRINKLER CO., INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| JCLEMENTE & ASSOCIATES | | | | | | | | | $832.25 | | | | | $832.25 | | $0.20 |
| JDI DISPLAY AMERICA, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| JEUMONT ELECTRIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| JOHANSON TECHNOLOGY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| JOHN IOZZI | 9 | 10/23/2019 | | | $2,379.56 | | | | $2,379.56 | | Y | | | $2,379.56 | | $0.20 |
| JS TECHNOLOGY COMPANY LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| KEDY TECHNOLOGY ELECTRONICS CO., LTD. | | | | | | | | | | $50.00 | | | | | $50.00 | $10.00 |
| KHANG & KHANG LLP | | | | | | | | | | $1,520.00 | | | | | $1,520.00 | $304.00 |
| KING INDUSTRIES INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| KLA-TENCOR CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| KOMATSU FORKLIFT RETAIL OPERATIONS, INC. | | | | | | | | | | $376.67 | | | | | $376.67 | $75.33 |
| KYOCERA INTERNATIONAL, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| KYVAS INTERNATIONAL CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| L.E.C. SERVICE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LANDSBERG | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LEVI P. LLORICO | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LEXUS FINANCIAL SERVICES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LIANG-TSAN FAN | 33 | 1/23/2020 | | | $1,312.26 | $484.66 | | | $1,312.26 | $484.66 | Y | | | $1,312.26 | $484.66 | $96.93 |
| LIAN JENG LIN | 38 | 3/16/2020 | | | $1,920.00 | $6,295.92 | | | $1,920.00 | $6,295.92 | Y | | | $1,920.00 | $6,295.92 | $1,259.18 |
| LING-LING CHEN | | | | | | | | | $858.41 | | | | | $858.41 | | $0.20 |
| LINTON CRYSTAL TECHNOLOGIES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LIQUID CAPITAL EXCHANGE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LITE-ON TECHNOLOGY CORPORATION | | | | | | | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| LIU & PARTNERS ATTORNEYS AT LAW | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LODGING GOODS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LOS ANGELES COUNTY FIRE DEPT. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LOS ANGELES COUNTY TAX | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| LOS ANGELES COUNTY TAX COLLECTOR | 2 | 10/15/2019 | | $0.00 | | | | | $0.00 | | Y | | $0.00 | | | $0.20 |
| LOS ANGELES SHERIFF'S PROFESSIONAL ASSOC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | | | | | | Scheduled Claims | | | | | Allowed Claims | | | | Class 3 Plan Payment |
| | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUCAS-MILHAUPT, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MA TERESA LIZARRAGA | | | | | | | | | | | | | | | $0.00 | $0.20 |
| MAGNETROL INTERNATIONAL INCORPORATED | | | | | | | | | $53.40 | | | | | $53.40 | | $0.00 |
| MAGNIFICENT MARKETING INTL. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MAG-TROL LONG BEACH INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MAGTROL, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MAJANO VILMA | | | | | | | | | | $40.00 | | | | | $40.00 | $8.00 |
| McMASTER-CARR SUPPLY COMPANY | | | | | | | | | | $16.80 | | | | | $16.80 | $3.36 |
| MERCEDES-BENZ FINANCIAL SERVICES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MERCURY ELECTRIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| METRO EXPRESSLANES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| METRO SALES GROUP LLC | | | | | | | | | $463.80 | | | | | $463.80 | | $0.20 |
| MICHAEL YU | 13 | 11/12/2019 | | | $1,437.28 | 1,784.38 | | | $1,437.28 | 1,784.38 | Y | | | $1,437.28 | 1,784.38 | $356.88 |
| MIDWEST MARKETING,INC | | | | | | | | | $31.35 | | | | | $31.35 | | $0.20 |
| MILLER, KAPLAN, ARASE & CO., LLP | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MINCO PRODUCTS, INC. | 18 | 11/25/2019 | | | | $11,317.95 | | | | $11,317.95 | | | | | $11,317.95 | $2,263.59 |
| MING SHEUN WU | 34 | 1/30/2020 | | | $920.08 | | | | $920.08 | | Y | | | $920.08 | | $0.20 |
| MINNESOTA DEPT. OF REVENUE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MJR MARKETING | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MLA TRANS LLC | 24 | 1/8/2020 | | | | $9,700.00 | | | | $9,700.00 | | | | | $9,700.00 | $1,940.00 |
| MODERNSOLID INDUSTRIAL CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MONTHES PALLETS, INC | | | | | | | | | $2,741.50 | | | | | $2,741.50 | | $548.30 |
| MOUSER ELECTRONICS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MPEGLA | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MR. HOSE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MUELLER STREAMLINE CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MULTI MEDIA SYSTEMS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MULTI-WING AMERICA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| MUTUAL OF OMAHA | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| NEOPOST USA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| NEW YORK STATE SALES TAX | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| NGLIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| NORTHEAST GROUP | | | | | | | | | $82.67 | | | | | $82.67 | | $0.20 |
| NOVOTECHNIK US INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| NYE LUBIRCANTS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OFFICE OF CALIFORNIA STATE CONTROLLER | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OLD DOMINION FREIGHT LINE INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OMEGA ENGINEERING, INC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OMNICELL, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ORACLE AMERICA, INC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OSI BATTERIES INC. DBA OHLIN SALES INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| OTHELLO LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PAIGE ELECTRIC COMPANY LP | | | | | | | | | | $17,408.16 | | | | | $17,408.16 | $3,481.63 |
| PALMER HOLLAND, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PARKER HANNIFIN CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PARVIZE A. FARZIN | | | | | | | | | $1,044.06 | $33.59 | | | | $1,044.06 | $33.59 | $6.72 |
| PDC HSING SHENG WHA CO., LTD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PETER, FARZIN | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PFEIFFER VACUUM INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PGSA-EAST | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PGSA-WEST | | | | | | | | | $675.75 | | | | | $675.75 | | $0.20 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIEDMONT BUSHINGS & INSULATOR, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PINNACLE MARKETING | | | | | | | | | $49.90 | | | | | $49.90 | | $0.20 |
| PMA MARKETING, INC. | | | | | | | | | $1,796.05 | | | | | $1,796.05 | | $0.20 |
| PNY TECHNOLOGIES ASIA PACIFIC LIMITED | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PORTAGE ELECTRIC PRODUCTS,INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PRECISE COOLING SOLUTIONS LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PRECISION STEEL WAREHOSUE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PREMIUM ASSIGNMENT CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| PRIMAX ELECTRONICS LTD. | | | | | | | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| QUANTA STORAGE INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| R & E FASTENER INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| R & L CARRIERS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| R.F. MACDONALD CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| R.L. GRAHAM ASSOCIATES | | | | | | | | | $391.10 | | | | | $391.10 | | $0.20 |
| R+L TRUCKLOAD SERVICES LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| RADIX WIRE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| RANCILIO ASSOCIATES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| RAY CAMP COMPANY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| READYREFRESH | | | | | | | | | | $591.62 | | | | | $591.62 | $118.32 |
| REISSMANN SENSORTECHNIK GMBH | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| RELX INC. DBA REED EXHIBITIONS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| REPWORKS, INC. | | | | | | | | | $547.03 | | | | | $547.03 | | $0.00 |
| ROCKET SOFTWARE INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| RR DONNELLEY LOGISTICS SERVICES | | | | | | | | | | $1,823.00 | | | | | $1,823.00 | $364.60 |
| SAI GLOBAL INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SAVVY SUPPLY, INC. | | | | | | | | | | $564.72 | | | | | $564.72 | $112.94 |
| SCHULER PRESSEN G. BJ & CO. KG | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SCUDDER TRUST CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SENTRY TECH SECURITY ALARM CO. | | | | | | | | | | $25.00 | | | | | $25.00 | $5.00 |
| SF EXPRESS CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SHANGHAI KORRUN BAGS & LUGGAGE PRODUCTS | | | | | | | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| SHELLEY KOSTIUK | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SHENZHEN CHUANGWEI ELECTRONIC APPLIANCE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SHENZHEN CITY ALLENSON PHOTOELECTRIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SHENZHEN DI SI DA ELECTRON CO., LTD | | | | | | | | | | $52.50 | | | | | $52.50 | $10.50 |
| SHENZHEN KTC COMMERCIAL DISPLAY | | | | | | | | | | $169,164.00 | | | | | $169,164.00 | $33,832.80 |
| SHENZHEN KTC TECH | | | | | | | | | | $14,256.00 | | | | | $14,256.00 | $2,851.20 |
| SHINE TAKE METAL CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SHIPPERS INSURANCE PROGRAM | | | | | | | | | | $147.74 | | | | | $147.74 | $29.55 |
| SIAPIN HORTICULTURE, INC. | | | | | | | | | | $450.00 | | | | | $450.00 | $90.00 |
| SIBELCO ASIA PTE LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SIRIUS COMPUTER SOLUTIONS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SoCalGas | | | | | | | | | | $20.28 | | | | | $20.28 | $4.06 |
| SOLARANNA LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SOLLEGA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SONGLIN TECHNOLOGY CORP. | | | | | | | | | | $22.60 | | | | | $22.60 | $4.52 |
| SOUTH BAY FABRICATION, INC. | | | | | | | | | | $6,096.36 | | | | | $6,096.36 | $1,219.27 |
| SOUTHERN CALIFORNIA EDISON | 15 | 11/12/2019 | | | | $3,692.23 | | | | $3,605.29 | | | | | $3,692.23 | $738.45 |
| SOUTHERN CALIFORNIA IMMEDIATE MEDICAL | | | | | | | | | | $65.00 | | | | | $65.00 | $13.00 |
| STAPLES ADVANTAGE | | | | | | | | | | $63.71 | | | | | $63.71 | $12.74 |
| STAR BRITE BUILDING MAINTENANCE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| STARRAG USA INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| STATE  OF NEW JERSEY DIVISION OF TAXATION AND E | 17 | 2/14/2020 (amended) | | | $0.00 | $0.00 | | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| STATE BOARD OF EQUALIZATION | | | | | | | | | $0.00 | | | | | $0.00 | | $0.20 |
| STATE COMPENSATION INSURANCE FUND | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | | | | | | Scheduled Claims | | | | | Allowed Claims | | | | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | |
| STATE OF CALIFORNIA | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| STORED ENERGY PRODUCTS, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| STRIKE TECHNOLOGIES AKA PENBRO KELNICK | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| Striko-Westofen-Dynarad Furnance Corp. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| SUZHOU BLUE BRIDGE ELECTRONIC CO. LTD | | | | | | | | | | $6,355.00 | | | | | $6,355.00 | $1,271.00 |
| SWISSAM PRODUCTS LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| T. L. ASHFORD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TAIWAN RECTRONIC ENTERPRISE CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TATUNG COMPANY | | | | | | | | | | $60,393.00 | | | | | $60,393.00 | $12,078.60 |
| TAYLORLONG & ASSOCIATES | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TEAM-ONE SAFETY SERVICES/ PAUL T. PATINO | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TECHMAN ELECTRONICS (CHANGSHU) CO. LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TED JOHNSON PROPANE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TEMPEL DE MEXICO | | | | | | | | | | $870.06 | | | | | $870.06 | $174.01 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE BRIGHT GROUP, LLC | | | | | | | | | | $1,201.99 | | | | | $1,201.99 | $240.40 |
| THE CHIDLEY & PETO COMPANY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE DOW CHEMICAL COMPANY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE FRENCH CORPORATION DBA CONNOMAC CORP | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE NORTHEAST GROUP, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE OUTDOOR RECREATION GROUP, LLC | | | | | | | | | | $0.00 | Y | | | | $0.00 | $0.00 |
| THE SOCO GROUP a division of | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THE TOLL ROADS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| THT PRESSES, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TIEWRAPS.COM INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TMA WORLDWIDE, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| T-MOBILE | | | | | | $140.19 | | | | | | | | | $140.19 | $28.04 |
| TMX LOGISTICS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TOM LIAU | 8 | 10/15/2019 | | | $1,936.16 | $1,715.44 | | | $1,936.16 | $1,715.44 | Y | | | $1,936.16 | $1,715.44 | $343.09 |
| TOPFLY CORPORATION | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TORRANCE ELECTRONICS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TOUCHTONE CORP. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TOYOTA FINANCIAL SERVICES | 21 (Am) | 12/4/2020 | | | | $5,615.25 | | | | $0.00 | | | | | 5,615.25 | $1,123.05 |
| TOYOTA LEASE TRUST | 20 | 12/18/19 | | $1,316.40 | | | | | | $0.00 | | | $0.00 | | | $0.20 |
| TRACKSTAR PRINTING INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TRAVELERS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TREASURER STATE OF MAINE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TRICO MFG. CORP. | | | | | | | | | | $418.15 | | | | | $418.15 | $83.63 |
| TRLA GROUP, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TRUE VALUE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| TRUNG K. THAI | 32 | 1/23/2020 | | | $2,360.64 | $1,838.35 | | | $2,360.64 | $1,838.35 | | | | $2,360.64 | $1,838.35 | $367.67 |
| TYDEN BROOKS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| U.S. CUSTOMS AND BORDER PROTECTION | 36 | 3/5/2020 | | | | $0.00 | | | | | | | | | $0.00 | $0.00 |
| U.S. GROUP CONSOLIDATOR INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| UCFS LASVEGAS, INC | | | | | | | | | | $2,668.00 | | | | | $2,668.00 | $533.60 |
| UL AG | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |

| Name | Proofs of Claim | Date Claim Filed | Admin | Secured | Priority | Unsecured | C/U/D | Sch. D (Secured) | Sch. E (Priority) | Sch. F (Unsecured) | Obj? | Admin | Secured | Priority | Unsecured (Class 3) | Class 3 Plan Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| ULINE | 5 | 10/11/2019 | | | | $125.93 | | | | $125.93 | | | | | $125.93 | $25.19 |
| UNITED CONCORDIA DENTAL PLANS OF | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| UNITED PARCEL SERVICE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| UNIVERSAL FILTERS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| UNIVERSAL MICROELECTRONICS CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| UPS FREIGHT | | | | | | | | | | $954.68 | | | | | $954.68 | $190.94 |
| UPS SUPPLY CHAIN SOLUTIONS, INC. | | | | | | | | | | $715.46 | | | | | $715.46 | $143.09 |
| USPS-HASLER | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| VARIANT DISPLAYS INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| VARSITY LOGISTICS, INC. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| VIHONOR OPTO-ELECTRONICS | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| VISION EXPRESS/WRAG-TIME | | | | | | | | | | $1,016.69 | | | | | $1,016.69 | $203.34 |
| WASHINGTON STATE | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WASHINGTON STATE DEPT OF ECOLOGY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WASTE MANAGEMENT | | | | | | | | | | $473.53 | | | | | $473.53 | $94.71 |
| WEIDMANN SYSTEMS INTERNATIONAL LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WESTERN STATES REGIONAL JOINT BOARD | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WHITE NELSON DIEHL EVANS LLP | 10 | 10/31/2019 | | | | $200.00 | | | | $200.00 | | | | | $200.00 | $40.00 |
| WIDYAWATI RODRIGUEZ | | | | | | | | | $69.50 | | | | | | $69.50 | $0.20 |
| WMMFA | | | | | | | | | | $175.27 | | | | | $175.27 | $35.05 |
| WORLD JOURNAL | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WORLD JOURNAL LA, LLC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| WU,YONG-MING | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| XIAMEN COMFORT SCIENCE & TECHNOLOGY | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| XIAMEN PRIMA TECHNOLOGY INC. | | | | | | | | | | $4,331.20 | | | | | $4,331.20 | $866.24 |
| XU HUI NATIONAL CO. LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | |
| YAN WU | 39 | 1/16/2020 | | | $397.55 | | | | $397.55 | | Y | | | $397.55 | $0.00 | $0.00 |
| YEN XIANG E-MATERIALS CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| YING TCHIN ELECTRONICS CO., LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| YRC FREIGHT | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| YUNG CHING LIN | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ZHONGSHAN CITY WHITE HORSE ELECTRIC CO. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ZHONGSHAN GALANZ CONSUMER ELECTRIC | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| ZYTRONIC DISPLAYS LTD. | | | | | | | | | | $0.00 | | | | | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | |
| TOTALS | | | $84,453.90 | $1,316.40 | $16,271.05 | $498,484,892.14 | | $10,332,265.04 | $27,042.63 | $35,705,038.60 | | $84,453.90 | $10,338,256.24 | $27,042.63 | $441,389.88 | $88,284.38 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF: A FINAL DECREE AND ORDER CLOSING CASE [11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 28, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Oscar Estrada    oestrada@ttc.lacounty.gov**
- **Jeffery D Hermann    jhermann@orrick.com**
- **Joon M Khang    joon@khanglaw.com**
- **Ian Landsberg    ilandsberg@sklarkirsh.com,
  lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg @ecf.inforuptcy.com;kfrazier@sklarkirsh.com;cbullock@sklarkirsh.com**
- **John A Lapinski    jlapinski@clarktrev.com, jthomas@clarktrev.com**
- **Dare Law    dare.law@usdoj.gov**
- **Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com**
- **Kirsten Martinez    Kirsten.Martinez@bonialpc.com**
- **Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com**
- **Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **January 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 28, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 28, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:19-bk-21521-NB
Central District of California
Los Angeles
Thu Jan 28 12:04:12 PST 2021

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

East West Bank
c/o Clark & Trevithick
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071-1602

KHANG & KHANG LLP
4000 Barranca Parkway
Irvine, CA 92604-4710

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lite-On Technology Corp.
C/O Alston & Bird LLP
Attn: Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Tatung Company of America, Inc.
2850 East El Presidio Street
Long Beach, CA 90810-1178

Toyota Lease Trust, as serviced by Toyota Mo
14841 DALLAS PARKWAY, SUITE 425
DALLAS, TX 75254-8067

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

3M TOUCH SYSTEMS
P. O. BOX 846372
DALLAS, TX 75284-6372

6379.52
2006 South Baker Avenue
Ontario, CA 91761-7709

A-1 COAST RENTALS
24000 CRENSHAW BLVD.
TORRANCE, CA 90505-5213

ABB INC.
Dept. 3009
Carol Stream, IL 60132-3009

ABB INC.
P.O. BOX 88868
CHICAGO, IL 60695-1868

ACROX TECHNOLOGIES CO., LTD
4F., No.89 Minshan St., Neihu Dist.,
Taipei City 114
TAIWAN

ACT TEST PANELS LLC
P.O. Box 673954
Detroit, MI 48267-3954

ACULA TECHNOLOGY CORP.
11, ALLEY 21, LANE 20
DASHING RD., LUCHU DIST.
TAOYUAN CITY 33862
TAIWAN, R.O.C.

ADP LLC
1851 N Resler
El Paso TX 79912-8023

ADP, INC.
P.O. BOX 31001-1874
PASADENA, CA 91110-1874

AESA S.A.
Chemin de la Plaine 7
Colombier CH-2013
SWITZERLAND

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representati
80 Pine Street, 13th Floor
New York, NY 10005-1734

AJ ALARM SYSTEMS
P.O. BOX 1069
YORBA LINDA, CA 92885-1069

ALL NATION SECURITY SERVICE, INC.
3701 WILSHIRE BLVD #530
LOS ANGELES, CA 90010-2818

ALLENLUND COMPANY, INC.
P.O. BOX 51083
LOS ANGELES, CA 90051-5383

ALLIED ELECTRONICS INC.
P.O. Box 2325
Fort Worth, TX 76113-2325

ALLIED SAFE & VAULT CO. INC.
425 WEST SECOND AVE.
SPOKANE, WA 99201-4311

ALUMNI ASSOCIATION OF TAIPEI FIRST
GIRLS' HIGH SCHOOL
P.O. Box 803
San Gabriel, CA 91778-0803

ALVIN RAMALI
9071 COBBLESTONE LANE
CYPRESS, CA 90630-2609

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

AMERICAN EXPRESS-ALWIN
AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-8000

AMERICAN SOLVING, INC.
6519 Eastland Road, Unit 5
Brook Park, OH 44142-1347

AMPHENOL MARYLAND ,INC. dba WILCOXON
29531 NETWORK PLACE
CHICAGO, IL 60673-1295

AMRC, LLC
1225 Ponce de Leon Ave., Suite 1001
San Juan 00907
PUERTO RICO 00907-3980

ANDERSON SHUMAKER COMPANY
824 South Central Avenue
Chicago, IL 60644-5599

AON RISK SERVICES
P. O. BOX 849832
LOS ANGELES, CA 90084-9832

ARDENT LAW GROUP, PC
4340 VON KARMAN AVE,
SUITE 290
NEWPORT BEACH, CA 92660-1201

ARIZONA DEPT. OF REVENUE
P.O. Box 29082
Phoenix, AZ 85038-9082

ASKEW INDUSTRIAL CORP
13071 ARCTIC CIRCLE
SANTA FE SPRING, CA 90670-5505

AT & T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AT&T
P. O. BOX 5019
CAROL STREAM, IL 60197-5019

AT&T
P. O. BOX 5025
CAROL STREAM, IL 60197-5025

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AU OPTRONICS CORPORATION
1 Li-Hsin Rd. 2, Hsinchu Science Park,
Hsinchu 300
TAIWAN, R.O.C.

Able Industrial
2006 South Baker Avenue
Ontario, CA 91761-7709

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

B&T SALES LLC
1772 CUPRITE COURT
CASTLE ROCK, CO 80108-7890

BAEYEUN SONG
4216 Payne Road
Pleasanton, CA 94588-4445

BANK OF THE WEST-#0766-MICHELLE
BANKCARD CENTER
PO BOX  4025
Alameda, CA 94501-0425

BANK OF THE WEST-#5576-AMY
OLD NUMBER #3536 FEB 2019 ENDED
PO BOX  4025
Alameda, CA 94501-0425

BANK OF THE WEST-#6837-BING
BANKCARD CENTER
PO BOX  4025
Alameda, CA 94501-0425

BANK OF THE WEST-#9005-EDDIE
BANKCARD CENTER
PO BOX  4025
Alameda, CA 94501-0425

BAUMER LTD.
Dept. 106099
P.O. Box 150468
Hartford, CT 06115-0468

BELDEN INC.
28884 NETWORK PLACE
CHICAGO, IL 60673-1288

BENJAMIN BJ HWANG
8021 FRESE LN
LA PALMA CA 90623-2153

BEST CHOICE FIRE PROTECTION CO.
10104 ARTESIA PLACE
BELLFOWER, CA 90706-6729

BEST WESTERN INT'L INC.
6201 N. 24TH PARKWAY
PHOENIX, AZ 85016-2023

BEST WESTERN INTERNATIONAL
P.O. Box 53505
Phoenix, AZ 85072-3505

BI-SEARCH INTERNATIONAL INC.
17550 Gillete Avenue
Irvine, CA 92614-5610

BIZLINK TECHNOLOGY, INC.
47211 Bayside Parkway
Fremont, CA 94538-6517

BLUE CHIP PEST CONTROL, INC.
16691 GOTHARD ST., SUITE H
HUNTINGTON BEACH, CA 92647-4474

BOARD OF EQUALIZATION
ENVIRONMENT FEES DIVISION
P. O. BOX 942879
Sacramento, CA 94279-6001

BOTTOMLINE TECHNOLOGIES  DE  INC.
P.O. BOX 412377
BOSTON, MA 02241-2377

BOYD CORPORATION
P. O. BOX 740877
Los Angeles, CA 90074-0877

BROOKS INTERNET SOFTWARE, INC.
356 W. Sunnyside, Suite A
Idaho Falls, ID 83402-4615

BROWNELL LTD.
Unit 2, Abbey Road, Park Royal
London NW10 7XF
UNITED KINGDOM

BULL WILL CO. LTD.
3F. No.199, Ruihu St.,
Neihu Dist, Taipei 114
TAIWAN

BUREAU OF ELECTRONIC & APPLIANCE REPAIR
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
P. O. BOX 942512
WEST SACRAMENTO, CA 94258-0512

CAL-LIFT, INC.
13027 CROSSROADS PARKWAY SOUTH
CITY OF INDUSTRY, CA 91746-3406

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
P.O. BOX 942879
SACRAMENTO, CA 94279-7076

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION, RETURN PROCESSING BRANCH
P.O. BOX 942879
SACRAMENTO, CA 94279-6001

CALIFORNIA WATER SERVICE COMPANY
P. O. BOX 51967
LOS ANGELES, CA 90051-6267

CBM SYSTEMS INC.
1599 MONTE VISTA AVE
CLAREMONT, CA 91711-2961

CENTRAL CALIFORNIA FLUID SYSTEM TECH INC
325 Balboa Circle
Camarillo, CA 93012-8640

CENTRAL TRANSPORT LLC
P.O. Box 33299
Detroit, MI 48232-5299

CHAOZHOU STONESONIC DIGITAL
West of 2nd Floor  Factory Building
lot D5-3.1 HZQH Techzzone, Chaozhou,
Guangdong Province, 521000
CHINA

CHEETAH EXPRESS INC.
835 GREENLEAF AVE,
ELK GROVE
VILLAGE, IL 60007-5009

CHEN-SOURCE INC.
No.50-16, Sec.1, MinSheng N.Rd, Guishan
District, Taoyuan City 33391
TAIWAN

CHIEFWAY TECHNOLOGY CO., LTD.
18 Fl-7 No. 109, Section 1, Zhongshan Rd
Xin Zhuang City, Taipei County
TAIWAN

CHINA TRADERITE COMPANY LMITIED
RM A,81F,Success Commerical Bldg.
245-251 Hennessy Rd., Wanchai
HONG KONG

CHINESE CONSUMER YELLOW PAGES
3940 Rosemead Blvd.
Rosemead, CA 91770-1952

CHINESE OVERSEAS MARKETING SVC INC
C.O.M.S.C
3940 ROSEMEAD BLVD
ROSEMEAD, CA 91770-1952

CHROMALOX INC.
P.O. Box 536435
Atlanta, GA 30353-6435

CHUBB & SON
P.O. Box 382001
Pittsburgh, PA 15250-8001

CHUNGHSIN TECHNOLOGY CO., LTD
618-2 # Gongren West Road,Tiaojiang
Taizhou, Zhejiang, 318000
CHINA

CIM USA, INC.
10813 N. W. 30th Street, Suite 108
Miami, FL 33172-2191

CITY OF CARSON
BUSINESS LICENSE DIVISION
701 E. CARSON STREET
P. O. BOX 6234
CARSON, CA 90749-6234

(p)OFFICE OF  FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

CITY OF LOS ANGELES BUSINESS TAX
OFFICE OF FINANCE
P. O. BOX 513996
Los Angeles, CA 90051-3996

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

CLERK OF THE COURT, SUPERIOR COURT OF
CALIFORNIA, COUNTY OF ORANGE
P.O. Box 6040
Newport Beach, CA 92658-6040

COASTAL SECURITY CONSULTANTS LLC
11712 NEVIS DRIVE
MIDLOTHIAN, VA 23114-5301

COAXIAL SYSTEMS ASSOCIATES INC.
3896 Burns Road, Suite 103
Palm Beach Gardens, FL 33410-4222

COMMERCE TECHNOLOGIES, LLC DBA
COMMERCEHUB
25736 NETWORK PLACE
CHICAGO, IL 60673-1257

COMPLETE COPY SYSTEMS
3300 Beverly Blvd.
Los Angeles, CA 90004-6004

CONNECTIVITY CONSULTANTS, INC.
69 FLOYDS WAY
BLAIRSVILLE, GA 30512-4110

CONNELL BROS. CO. LLC
345 California St., 27th Floor
San Francisco, CA 94104-2644

CONTRACTORS STATE LICENSE BOARD
REGISTRAR OF CONTRACTORS
P. O. BOX 26000
SACRAMENTO, CA 95826-0026

COPIER EXPRESS
17128 Colima Road Suite 812
Hacienda Heights, CA 91745-6769

CRAFTECH INTERNAITNAL, INC.
7042 KEARNY DR.
HUNTINGTON BEACH, CA 92648-6254

CRESYN CO., LTD.
8-11 Jam Won-Dong, Seecho-Gu,
Seoul, Republic of Korea #137-902
SOUTH KOREA

CUMMINS BUSINESS SERVICES  CBS
2931 Elm Hill Pike
Nashville, TN 37214-3719

CX & B UNITED CORP.
1301 W. 253rd Street
Harbor City, CA 90710-2805

Cardlock Fuels System, Inc.
dba SC FUELS
1800 W Katella Ave Ste 400
ORANGE, CA 92867-3449

CaswStack
P.O. Box 95045
Chicago, IL 60694-5045

Chienfeng Lin
21101 Woodland Court
Walnut CA 91789-5006

Christina Sun/Quicksilver Minds Corp
  Derrick Talerico
Zolkin Talerico LLP
12121 Wilshire Blvd Ste 1120
Los Angeles, CA 90025-1164

DAL  DISPLAY AND LIFE
5th Fl.55, Daego b/d, 212 Pyungcho-daero
Dongan-Gu. Anyang-City, Gyunggi-Do
431-815
KOREA

DANOTECH CO., LTD.
28F,No.37,Sec. 2 Sanmin Rd. Banqiao Dist
New Taipei, 230
TAIWAN, R.O.C.

DARFON ELECTRONICS CORP.
33341 No.167 Shangying Rd. Gueishan
Taoyuan
TAIWAN

DAYLIGHT TRANSPORT, LLC
P.O. BOX 93155
LONG BEACH, CA 90809-3155

DENTAL HEALTH SERVICES
3833 ATLANTIC AVE.
LONG BEACH,, CA 90807-3505

DEPARTMENT OF TOXIC SUBSTANCES CONTROL
ACCOUTING UNIT
P. O. BOX 1288
SACRAMENTO, CA 95812-1288

DIGI-KEY Electronics 37528
P.O. Box 250
Thief River Falls, MN 56701-0250

DKSH AUSTRALIA PTY LTD.
14-17, Dansu Court
Hallam, VIC 3803
AUSTRALIA

DLS INTERNATIONAL
3465 Old Mill Road
Highland Park, IL 60035-1008

DMV
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

DN CASTECH
SURVEY NO. 86, NH-27, AT-SHAPAR
RAJKOT, GUGJARAT 60024
INDIA

DOC ACQUISITION, LLC
2937 SW 27th Ave, Suite 202
Miami, FL 33133-3772

DONGGUAN SAMPO ELECTRONIC CO., LTD.
Building B, Sintave Industrial Park,
Lundu Road, Qisha Village, Shatian Town,
Dongguan City
CHINA, CN

DSTAR TECHNOLOGY CO., LTD.
Seat 5, Zone 2 Fuqiao Industrial Park,
Fuyong Town, Baoan District,
Shenzhen, Guangdong, 518128
CHINA

DULUTH OFFICE CENTER OWNERS, LLC
P.O. Box 161363
Atlanta, GA 30321-1363

DUN & BRADSTREET CREDIBILITY CORP.
P.O. Box 742138
Los Angeles, CA 90074-2138

DWYER INSTRUMENTS, INC.
P.O. BOX 338
MICHIGAN CITY, IN 46361-0338

E-CENTURY TECHNICAL & INDUSTRIAL CORP.
No. 50, JianSan Rd.
Jhonghe City
TAIPEI COUNTY ROC

E.I. DU PONT DE NEMOURS & COMPANY
P.O. Box 101727
PASADENA, CA 91189-1727

EAST BEST LLC
1016 Montana Drive
Charlotte, NC 28216-3540

EASY MOVER INC.
1847 Little Orchard Street
San Jose, CA 95125-1034

EBERLE CONTROLS GMBH
Klingenhofstrasse 71
Nuernberg 90411
GERMANY

ECCO/GREGORY, INC.
P.O. Box 5210
West Chester, PA 19380-0405

ECONOMY RENTALS INC.
5511 E. WHITTIER BLVD.
E. LOS ANGELES, CA 90022-4180

EDOM TECHNOLOGY CO. LTD.
8F, No.50, Lane 10, Kee Hu Road, Nei Hu
Taipei, 114
TAIWAN

EGC ENTERPRISES, INC.
140 Parker Court
Chardon, OH 44024-1112

EHP SOLUTION  HAN BYUL KIM
11845 W. Olympic Blvd Suite 1100W
Los Angeles, CA 90064-5036

EHP SOLUTIONS AKA EHP INTERNATIONAL INC.
11845 W. Olympic Blvd Suite 1100W
Los Angeles, CA 90064-5036

EIS Inc.
2018 Powers Ferry Rd STE 500
#500
Atlanta, GA 30339-7202

EIS, INC.
ELECTRICAL INSULATION SUPPLIES, INC.
FILE 98059
P.O. BOX 98059
CHICAGO, IL 60693-8059

ELECTRO STATIC TECHNOLOGY - ITW INC.
33442 Treasury Center
Chicago, IL 60694-3400

ELLIOTT ELECTRIC SUPPLY
P.O. Box 206524
Dallas, TX 75320-6524

ELWOOD STAFFING SERVICES, INC.
P.O. Box 1024
COLUMBUS, IN 47202-1024

EMERSON CLIMATE TECHNOLOGIES
SUZHOU  CO. LTD.
No.69 Suhong West Raod,
Suzhou Indl. Park, Jiangsu, 215021
CHINA

EMERSON CLIMATE TECHNOLOGIES, INC.
1675 WEST CAMPBELL ROAD
SIDNEY, OH 45365-2479

EMERSON ELECTRIC  THAILAND  LTD.
24 MOO 4. TAMBOL PLUAKDAENG
AMPHUR PLAUKDAENG,
RAYONG 21140
THAILAND

EMKA INC.
1961 FULLING MILL RD
MIDDLETOWN, PA 17057-3125

ERICO LIMITED
16 WAN LEE ROAD
SINGAPORE 627946
SINGAPORE

ESSEX GROUP INC.
P.O. BOX 90413
CHICAGO, IL 60696-0413

EULER HERMES ACI
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117-5190

EX INDUSTRIES
22755-F Savi Ranch Parkway
Yorba Linda, CA 92887-4618

EXODUS DIRECT,LLC.
P.O. BOX 695
Indianola, IA 50125-0695

EXPERIAN
P.O. Box 881971
Los Angeles, CA 90088-1971

EXPO TECHNOLOGIES, INC.
9140 Ravenna Road - Unit #3
Twinsburg, OH 44087-2455

EXPRESS LINE CORPORATION
901 WEST ARBOR VITAE ST.,
INGLEWOOD, CA 90301-3002

East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731-2851

Emerson Climate Technologies (Suzhou) Co. Lt
John J. Cruciani
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

Emerson Electric (Thailand) Ltd.
John J. Cruciani
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

F & L Petroleum Products
1543 W.16th Street
Long Beach, CA 90813-1210

FABRICATION TECHNOLOGIES, INC.
1925 Enterprise Ct.,
Libertyville, IL 60048-9764

FABRIQUE, LTD.
28 School Street
Branford, CT 06405-3328

FARBWERKE HERKULA SA/AG
Friedensstr.21
Saint-Vith, Belgium 4780
BELGIUM

FASTLINK LOGISTICS
4909 Lakewood Blvd., Suite# 401
Lakewood, CA 90712-2439

FEDERAL EXPRESS CORPORATION
P.O. Box 7221
Pasadena, CA 91109-7321

FEDERAL LOGISTICS, INC.
P.O. Box 2370
Frisco, TX 75034-0044

FEDEX FREIGHT WEST, INC.
Dept. LA
P.O. Box 21415
Pasadena, CA 91185-1415

FEFAN TECHNOLOGY CO., LTD.
4F-1, No.57 37th Rd,
Taichung Industrial Park, Xitun District
Taichung City 407
TAIWAN

FINNITA FREE, INC.
P.O. Box 2741
Newport Beach, CA 92659-0159

FIRST INSURANCE FUNDING CORP.
P.O. Box 7000
Carol Stream, IL 60197-7000

FIRST SHRIJI HOSPITALITY
1461 West Tallyho Ct.
#3E
ADDISON, IL 60101-5702

FLORIDA DEPT. OF REVENUE
5050 W. Tennessee St.,
Bldg. k
Tallahassee, FL 32399-0125

FOSHAN SHUNDE MIDEA ELECTRICAL HEATING
APPLIANCES MANUFACTURING COMPANY LTD.
No. 19 Sanle Rd, Beijiao, Shunde, Foshan
Guangdong, P.R. China
CHINA, 00052-8311

FREEMAN COMPANY
8201 W. 47TH STREET
MCCOOK, IL 60525-3481

FREIGHT CONNECTION
318 Avenue I, Suite 199
Redondo Beach, CA 90277-5601

FedEx Corporate Services Inc as Assignee
 of FedEx Express/Ground/Freight/Office
3965 Airways Blvd,  Module G, 3rd Floor
Memphis, Tennessee 38116-5017

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

GALCO INDUSTRIAL ELECTRONICS
26010 Pinehurst Drive
Madison Heights, MI 48071-4189

GALLANT RISK & INSURANCE SERVICES, INC.
4160 Temescal Canyon Road, Suite# 4
Corona, CA 92883-4629

GALLS, LLC
P. O. BOX 71628
CHICAGO, IL 60694-1628

GAMESMAN LIMITED
UNIT 6 CROMPION FIELDS CROMPION WAY
CRAWLEY, WEST SUSSEX RH10 9QB, ENGLAND
ENGLAND

GANZHOU DEHUIDA TECHNOLOGY CO. LTD
DEHUIDA SCIENCE AND TECHNOLOGY PARK
HUOYANSHAN ROAD, ANYUAN DISTRICT,
GANZHOU CITY JIANGXI PROVINCE 342100
P.R. CHINA

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 105136
ATLANTA, GA 30348-5136

GEORGIA SECRETARY OF STATE
2 MLK, JR.DR. SUITE 313
DLOYD WEST TOWER
ATLANTA, GA 30334-1530

GEXPRO
P.O. Box 743448
LOS ANGELES, CA 90074-3448

GGEC HONG KONG LIMTED
Unit# 7-12, 6/F, Sterling Centre,
11 Cheung Yue Street, Cheung Sha Wan
Kowloon 0000
HONG KONG

GIBSON, DUNN & CRUTCHER, LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

GLEN MILLS INC.
220 DELAWANNA AVE
CLIFTON, NJ 07014-1550

GLOBAL EXCHANGE SERVICES
c/o JP Morgan
Lock Box 29144
Network Place
Chicago, IL 60673-1291

GM ROOFING aka GLM CAPITAL CORPORATION
P. O. BOX 3908
Seal Beach, CA 90740-7908

GO IRON WORK'S INC.
21106 S. Alameda St.,
Carson, CA 90810-1205

GONZALEZ, SONYA
1033 S. BLUFF RD. APT.6
MONTEBELLO, CA 90640-6249

GORDON & REES, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111-3305

GOVERNORS AMERICA CORP.
720 Silver Street
Agawam, MA 01001-2907

GRAINGER, INC.
Dept. 840515027
PALATINE, IL 60038-0001

GREAT AMERICAN INSURANCE CO.
P.O. Box 89400
Cleveland, OH 44101-6400

GUANGDONG GALANZ MICROWAVE ELECTRICAL
APPLIANCES MANUFACTURING CO., LTD.
No.3 Xingpu Avenue, Huangpu Town,
Zhongshan City, Guangdong Province
CHINA

GUANGDONG ZHANJIANG HOUSEHOLD ELECTRIC
APPLIANCES INDUSTRIAL CO., LTD.
77 Longguang Road,Longtou Industrial zon
Zhangjiang, Guangdong 524054
CHINA

HAJOCA CORPORATION
P.O. Box 934752
Atlanta, GA 31193-4752

HANSFORD SENSORS USA, INC.
2240 HWY 292
INMAN, SC 29349-8758

HAWK RIDGE SYSTEMS
575 Clyde Avenue, Suite 420
Mountain View, CA 94043-2272

HAWKER ELECTRONICS LTD.
57 THE AVENUE
RUBERY INDUSTRIAL ESTATE
BIRMINGHAM B45 9AL
UNITED KINGDOM, UK

HEALTH NET OF CALIFORNIA INC.
FILE #52617
LOS ANGELES, CA 90074-2617

HEATHMAN HOTEL KIRKLAND
220 Kirkland Ave.,
Kirkland, WA 98033-6557

HITACHI METALS TAIWAN, LTD.
11F,No.9 Xiangyang Rd.
Zhongzheng District, Taipei City
TAIWAN

HMR ASSOCIATES LLC
4366 Broddock Trail
Eagan, MN 55123-1980

HOME EASY INDUSTRIAL CO., LTD.
Flat/Rm 1.7/F, Royal Commercial Centre
56 Parkes Street, Jordan
HONG KONG

HON HAI PRECISION INDUSTRY CO. LTD.
66 Chung Shan Rd., Tu-Cheng Industrial
District, Taipei Hsien
TAIWAN, R.O.C.

HONG CHANG PRECISION INDUSTRIAL CO. LTD
No.88, Erjia Rd., Yingge Dist.,
New Taipei City 239
TAIWAN, R.O.C.

HONGKONG WANGLU TECHNOLOGY LIMITED
FLAT/RM A8 9/F SILVERCORP INT
TOWER 707-713 NATHAN RD MONGKOK KL
HONG KONG

HRDIRECT
P.O. Box 669390
POMPANO BEACH, FL 33066-9390

HSIEH CHIH INDUSTRIAL LIBRARY PUBLISHING
COMPANY
22 Chungshan N. rd., 3rd Sec., Taipei,
TAIWAN

HUBBELL POWER SYSTEMS, INC.
Dept. 1210
P.O. Box 121210
Dallas, TX 75312-1210

Hemlock SemiConductor Operations
12334 Geddes Road
Attn: CFO
Hemlock, MI 48626-9409

Hemlock Semiconductor Operations
12344 Geddes Road
Attn: General Counsel
Hemlock, MI 48626

IBM CORPORATION
P. O. BOX 740867
ATLANTA, GA 30374-0867

IBM Credit LLC
One North Castle Drive
Armonk, NY 10504-1725

IMERYS FUSED MINERALS GREENEVILLE, INC.
P.O. BOX 117175
Atlanta, GA 30368-7175

IMPRESSIONS WHQ, INC.
2330 Commercial Blvd., Suite 600
State College, PA 16801-7471

INPRO/SEAL LLC
16185 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0161

INPROSEAL, LLC
c/o Brian J. Koenig
Koley Jessen P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124-1079

INT'L SECURITY CONFERENCE & EXPO/WEST
c/o RELX Inc. dba REED EXHIBITIONS
P.O. Box 9599
New York, NY 10087-4599

INTEGRO USA INC.
P.O. BOX 101805
Pasadena, CA 91189-1805

INTELLIGENT SYSTEMS MARKETING  ISM
11344 COLOMA RD. SUITE 405
GOLD RIVER, CA 95670-4461

INTERNATIONAL HOME & HOUSEWARES SHOW
IHA
6400 Shafer Court, Suite 650
Rosemont, IL 60018-4929

INTERNATIONAL HOUSEWARES EXPO
IHA: EXHIBITOR SALES
6400 SHAFER COURT
SUITE 650
ROSEMONT, IL 60018-4929

INTERTEK TESTING SERVICES NA,INC.
P.O. BOX #405176
ATLANTA, GA 30384-5176

IRIS POWER LP
3110 American Drive
MISSISSAUGA, ONTARIO
L4V 1T2
CANADA

Illinois Tool Works Inc
dba Electro Static Technology
Electro Static Technology-ITW Inc
31 Winterbrook Rd
Mechanic Falls ME 04256-5724

Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

J.B. HUNT TRANSPORT, INC.
P. O. BOX 749079
LOS ANGELES, CA 90074-9079

J.M. CARDEN SPRINKLER CO., INC.
2909 Fletcher Drive
Los Angeles, CA 90065-1479

JCLEMENTE & ASSOCIATES
13013 Mesa Grande Drive
Yucaipa, CA 92399-5702

JDI DISPLAY AMERICA, INC.
1740 Techology Drive, Suite 460
San Jose, CA 95110-1372

JEUMONT ELECTRIC
367 Rue de L' Industrie
Jeumont, Nord, 59572
FRANCE

JOHANSON TECHNOLOGY
4001 Calle Tecate
Camarillo, CA 93012-5087

JS TECHNOLOGY COMPANY LIMITED
RM2103 Easey Comm Bldg
253-261 Hennessy Rd. Wan
Hong Kong 999000
CHINA

John Iozzi
1061 Park Ave #103
Long Beach CA 90804-4359

KEDY TECHNOLOGY ELECTRONICS CO., LTD.
Kedi Avenue, Jiulong New Village
Anyu County Industrial Park
Ganzhou, Jiangxi
CHINA, CN

KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604-1713

KING INDUSTRIES INC.
Science Road - P.O. Box 588
Norwalk, CT 06852-0588

KLA-TENCOR CORPORATION
P.O. BOX 742332
LOS ANGELES, CA 90074-2332

KOMATSU FORKLIFT RETAIL OPERATIONS, INC.
P.O. Box 749389
Los Angeles, CA 90074-9398

KYOCERA INTERNATIONAL, INC.
P.O. Box 100926
Atlanta, GA 30384-0926

KYVAS INTERNATIONAL CO., LTD.
4th/ FL., No. 475, SEC.2, TiDingDaDao,
Nei-Hu District, Taipei, Taiwan, R.O.C.
TAIWAN, R.O.C.

L.E.C. SERVICE, INC.
1865 W 222ND ST., SUITE A
TORRENCE, CA 90501-3600

LANDSBERG
P.O. Box 101144
Pasadena, CA 91189-1144

LEVI P. LLORICO
540 N. Central Avenue #B134
Glendale, CA 91203-1916

LEXUS FINANCIAL SERVICES
P. O. BOX 4102
CAROL STREAM, IL 60197-4102

LIAU, TOM
2239 CABEHILL AVE
Long Beach, CA 90815-2203

LINTON CRYSTAL TECHNOLOGIES
2180 Brighton Henrietta Town Line Rd.
Rochester, NY 14623-2704

LIQUID CAPITAL EXCHANGE, INC.
FOR S B E, INC.
P. O. BOX 168688
IRVING, TX 75016-8688

LITE-ON TECHNOLOGY CORPORATION
392, Ruey Kuang Road
Neihu, Taipei, 144
TAIWAN R.O.C.

LIU & PARTNERS ATTORNEYS AT LAW
ROOM C, 6F.,
NO. 261, SEC 3, NANJING E. RD.
SONGSHAN DISTRICT. TAIPEI 10550
TAIWAN

LODGING GOODS
8182 Elder Creek Rd.,
Sacramento, CA 95824-2308

LOS ANGELES COUNTY FIRE DEPT.
PO BOX 513148
LOS ANGELES, CA 90051-1148

LOS ANGELES SHERIFF'S PROFESSIONAL ASSO
LASPA
P.O. Box 1010
Lakewood, CA 90714-1010

LUCAS-MILHAUPT, INC.
P.O. Box 774686
Chicago, IL 60677-4006

Lian Jeng Lin
1210 Palouse Hills Place
Lawrenceville GA 30044-3967

Liang Tsan Fan
331 E Newman Ave
Arcadia CA 91006-2908

Ling - Ling Chen
4489 Spencer Street #230
Torrance CA 90503-2455

MAG-TROL LONG BEACH INC.
705 West Anaheim Street
Long Beach, CA 90813-2819

MAGNETROL INTERNATIONAL INCORPORATED
8576 Solution Center
Chicago, IL 60677-8005

MAGNIFICENT MARKETING INTL.
787 E. Lilac Way
Azusa, CA 91702-1475

MAGTROL, INC.
70 GARDENVILLE PARKWAY
BUFFALO, NY 14224-1394

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

MERCURY ELECTRIC
10532 PARK VILLA LANE
VILLA PARK, CA 92861-5320

METRO EXPRESSLANES
P. O. BOX 3339
GARDENA, CA 90247-7039

METRO SALES GROUP LLC
7 PILZ CT.
SUSSEX, NJ 07461-4901

MIDWEST MARKETING,INC
1807 S WASHINGTON,INC
NAPERVILLE, IL 60565-2446

MILLER, KAPLAN, ARASE & CO., LLP
4123 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91602-2828

MINCO PRODUCTS, INC.
NW 5915
P. O. BOX 1450
MINNEAPOLIS, MN 55485-5915

MINNESOTA DEPT. OF REVENUE
Mail Station 1110
St. Paul, MN 55146-1110

MJR MARKETING
Attn: Mark Reitenbach
1068 MARKLEY ROAD
CINCINNATI, OH 45230-4101

MLA TRANS LLC
P.O. BOX 654
CORONA, CA 92878-0654

MODERNSOLID INDUSTRIAL CO., LTD.
11-2 Wu Nan Rd., Wu Chi Dist
Taichung City 43547
TAIWAN

MONTHES PALLETS, INC
P.O. BOX 1419
Montebello, CA 90640-1419

MOUSER ELECTRONICS
P.O. Box 99319
Fort Worth, TX 76199-0319

MPEGLA
4600 S. Ulster Street, Suite 400
Denver, CO 80237-2892

MR. HOSE, INC.
5574 E. Washington Blvd.
Commerce, CA 90040-1465

MUELLER STREAMLINE CO.
1774 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0001

MULTI MEDIA SYSTEMS
9005 Exposition Blvd.
Los Angeles, CA 90034-3305

MULTI-WING AMERICA INC.
15030 Berkshire Ind. Parkway
P.O. BOX 425
Burton, OH 44021-0425

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
P. O. BOX 2147
OMAHA, NE 68103-2147

Ma Teresa Lizarraga
115 N. Park Ave
Montebello, CA 90640-4648

McMASTER-CARR SUPPLY COMPANY
P.O.BOX 7690
CHICAGO, IL 60680-7690

Michael T. Yu
14118 Avenida Espana
La Mirada, CA 90638-3410

Minco Products, Inc
7300 Commerce Lane NE
Minneapolis MN 55432-3177

Ming Sheun Wu
16429 Betty Pl
Cerritos CA 90703-2305

NEOPOST USA INC.
DEPT 3689
P. O. BOX 123689
DALLAS, TX 75312-3689

NEW JERSEY SALES TAX
PO BOX 264
TRENTON, NJ 08646-0264

NEW YORK STATE SALES TAX
NYS SALES TAX PROCESSING
JAF BUILDING
P.O. BOX 1205
NEW YORK, NY 10116-1205

NGLIC
C/O SUPERIOR VISION INSURANCE INC.
NGLIC
P.O. Box 201839
Dallas, TX 75320-1839

NOVOTECHNIK US INC.
155 Northboro Road
Southborough, MA 01772-1033

NYE LUBIRCANTS, INC.
P.O. Box 8927
New Bedford, MA 02742-8927

OFFICE OF CALIFORNIA STATE CONTROLLER
Unclaimed Property Division
Accounting Bureau
P.O. Box 942850
Sacramento, CA 94250-5873

OLD DOMINION FREIGHT LINE INC.
P.O. Box 742296
Los Angeles, CA 90074-2296

OMEGA ENGINEERING, INC
26904 Network Place
Chicago, IL 60673-1269

OMNICELL, INC.
P.O. Box 204650
Dallas, TX 75320-4650

ORACLE AMERICA, INC
P. BOX 44471
SAN FRANCISCO, CA 94144-0001

OSI BATTERIES INC. DBA OHLIN SALES INC.
Lockbox 12-1976
P.O. Box 86
Minneapolis, MN 55486-1976

OTHELLO LIMITED
2F No.9 Alley 24, Lane 68, Sec.1
Kuang-Fu Rd., San-Chung, Taipei
TAIWAN

PAIGE ELECTRIC COMPANY LP
P.O. Box 821336
Philadelphia, PA 19182-1336

PALMER HOLLAND, INC.
Dept. 781606, P.O. Box 78000
Detroit, MI 48278-1606

PARKER HANNIFIN CORP.
7928 Collection Center Drive
Chicago, IL 60693-0001

PDC HSING SHENG WHA CO., LTD
4F No.15, Wu Chuan 5 Rd., Wu Ku Hsiang,
Taipei Hsien
TAIWAN, R.O.C.

PETER, FARZIN
35 LANTANA
Lake Forest, CA 92630-8385


PFEIFFER VACUUM INC.
P.O. BOX 414278
BOSTON, MA 02241-4278

PGSA
24 WADESWORTH CIRCLE
BRAMPTON, AB L6Z 1W7
CA

PGSA-EAST
24 WADESWORTH CIRCLE
BRAMPTON, AB L6Z 1W7
CA


PIEDMONT BUSHINGS & INSULATOR, LLC
PO. BOX 849
WOODRUFF, SC 29388-0849

PMA MARKETING, INC.
13940 CEDAR RD. #361
UNIVERSITY HEIGHTS, OH 44118-3204

PNY TECHNLOGIES ASIA PACIFIC LIMITED
10F-1, No.1, Taiyuan 2st St.,
Zhubei City, Hsinchu, 30288
TAIWAN, R.O.C.


PORTAGE ELECTRIC PRODUCTS,INC.
7700 Freedom Ave., N.W.
P.O. Box 2170
North Canton, OH 44720-0170

PRECISE COOLING SOLUTIONS LLC
255 N. Valley Road
Barrington, IL 60010-3433

PRECISION STEEL WAREHOSUE, INC.
P.O. Box 92582
Chicago, IL 60675-2582


PREMIUM ASSIGNMENT CORP.
P. O. BOX 8000
TALLAHASSEE, FL 32314-8000

PRIMAX ELECTRONICS LTD.
669, Ruey Kuang Road, Neihu, 114,
Taipei
TAIWAN R.O.C.

Parvize A. Farzin
35 Lantana
Lake Forest, Ca 92630-8385


QUANTA STORAGE INC.
3F No.188 Wenhua 2nd Rd., Guishan Shiang
Taoyuan County, 333 Taiwan
TAIWAN

R & E FASTENER INC.
P.O. BOX 5120
SPARKS, NV 89432-5120

R & L CARRIERS
P.O. BOX 10020
Port William, OH 45164-2000


R L TRUCKLOAD SERVICES LLC
Bank of America Lockbox Services
Lockbox 74008195
Chicago, IL 60674-8195

R.F. MACDONALD CO.
25920 Eden Landing Road
Hayward, CA 94545-3816

R.L. GRAHAM ASSOCIATES
5310 THOMPSON AVE.
KANSAS CITY, MO 64124-2238


RADIX WIRE
8553 Solution Center
Lockbox #778553
Chicago, IL 60677-8005

RANCILIO ASSOCIATES, INC.
11131 S. Towne Square - A
ST. LOUIS, MO 63123-7817

RAY CAMP COMPANY
P.O. Box 7
Palmetto, GA 30268-0007


READYREFRESH
P. O. BOX 856158
LOUISVILLE, KY 40285-6158

REISSMANN SENSORTECHNIK GMBH
D-74538 ROSENGARTEN-UTTENOFEN
GERMANY 53091
GERMANY

RELX INC. DBA REED EXHIBITIONS
P.O. Box 9599
New York, NY 10087-4599


REPWORKS, INC.
654 A. NEW LUDLOW  RD.
SOUTH HADLEY, MA 01075-2656

ROCKET SOFTWARE INC.
77 FOURTH AVE
STE 100
WALTHAM, MA 02451-7567

RR DONNELLEY LOGISTICS SERVICES
WORLDWIDE INC.
P.O BOX 932721
CLEVELAND, OH 44193-0015

SAI GLOBAL INC.
P.O. Box 311116
LOCK BOX# T66072U
Detroit, MI 48231

SAVVY SUPPLY, INC.
5306 LINDBERGH LANE
BELL, CA 90201-6415

SCHULER PRESSEN G, BJ & CO. KG
POSTFACH 929
D-73009 GOPPINGEN,
GERMANY

SCUDDER TRUST CO.
P.O. BOX 9565
MANCHESTER, NH 03108-9565

SENTRYTECH SECURITY ALARM CO.
15712E GALE AVE.
HACIENDA HEIGHTS, CA 91745

SF EXPRESS CORPORATION
2805 W. El Segundo Blvd., Suite 1 & 3
Hawthorne, CA 90250-3397

SHANGHAI KORRUN BAGS & LUGGAGE PRODUCTS
5F, No.14 Caohejing High-tech Park
No. 518 Xinzhuan Rd., Shanghai,
Songjiang 201612
CHINA

SHELLEY KOSTIUK
5112 Laurel Canyon Blvd.
Valley Village, CA 91607-3141

SHENZHEN CHUANGWEI ELECTRONIC APPLIANCE
6F, Tablet Bldg.,Skyworth Indl.Park,
Tangtou, Bao'an District,
Shenzhen 518108
CHINA

SHENZHEN CITY ALLENSON PHOTOELECTRIC
CO., LTD.
Guangming New District, Shenzhen, 518000
CHINA

SHENZHEN DI SI DA ELECTRON CO., LTD
Seat 5, Zone 2 Fuqiao Industrial Park
Fuyong Town, Baoan District, Shenzhen,
Guangdong, 518128
CHINA

SHENZHEN KTC COMMERCIAL DISPLAY
TECHNOLOGY CO. LTD.
Northern Wuhe Road, Banxuegang Industry,
Buji, Shenzhen, 518129
CHINA

SHENZHEN KTC TECH
Northern Wuhe Road
Bangxuegang Industry Area,
Shenzhen, China

SHINE TAKE METAL CO., LTD.
No.33, Lane 346, Jong-Feng Rd.,
Nan-Shyh Sec. 2, Ping-Jeng, Taoyuan 324
TAIWAN, R.O.C.

SHIPPERS INSURANCE PROGRAM
P.O. Box 607
Sullivan, MO 63080-0607

SIAPIN HORTICULTURE, INC.
9103 Perkins St.,
Pico Rivera, CA 90660-4512

SIBELCO ASIA PTE LTD.
180 Clemenceau Ave.
Haw Paw Center #05-01
239922
SINGAPORE

SIRIUS COMPUTER SOLUTIONS, INC.
P.O. Box 202289
Dallas, TX 75320-2289

SOLARANNA LTD.
Gripoly Mills Retail Park,
Unit 3-5, Siper Road
Cardiff CF118AA
UNITED KINGDOM

SOLLEGA INC.
2480 Mission Street, Suite 107B
San Francisco, CA 94110-2450

SONGLIN TECHNOLOGY CORP.
No. 1-7, Lane 489, Dongyong St.,
Bade City, Taoyuan County 33458
TAIWAN

SOUTH BAY FABRICATION, INC.
15421 Electronic Lane
Huntington Beach, CA 92649-1333

SOUTHERN CALIFORNIA EDISON
1551 W San Bernardino Road
Covina CA 91722-3407

SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772-0001

SOUTHERN CALIFORNIA IMMEDIATE MEDICAL
CENTER
7300 Alondra Blvd. Suite 101
Paramount, CA 90723-4000

STAPLES ADVANTAGE
P. O. BOX 105638
ATLANTA, GA 30348-5638

STAR BRITE BUILDING MAINTENANCE, INC.
2688 DAWSON AVE
SIGNAL HILL, CA 90755-2020

STARRAG USA INC.
# Dept. 781810
P.O. Box 78000
Detroit, MI 48278-1810

STATE COMPENSATION INSURANCE FUND
P.O. BOX 7441
SAN FRANCISCO, CA 94120-7441

STATE OF CALIFORNIA
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-2021

STORED ENERGY SYSTEMS, LLC
1840 Industrial Circle
Longmont, CO 80501-6524

STRIKE TECHNOLOGIES AKA PENBRO KELNICK
PTY LTD.
31 Park Avenue North-Highway Business Pk
Centurion, Gauteng, 0132
SOUTH AFRICA

SWISSAM PRODUCTS LTD.
CitiCorp Center, 18 Whitfield Road,
29th Floor, North Park
HONG KONG

SoCalGas
P.O.BOX C
MONTEREY PARK, CA 91756-0001

State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Striko-Westofen-Dynarad Furnance Corp.
29968 Network Place
Chicago, IL 60673-1299

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

T. L. ASHFORD
P. O. BOX 17098
FORT MITCHELL, KY 41017-0098

TAIWAN RECTRONIC ENTERPRISE CORP.
5F., No.7, Lane 50, Section 3
Nan Kang Road, Taipei 115
TAIWAN

TATUNG COMPANY
22 CHUNGSHAN N. RD.
SEC. 3
CHINA

TAYLORLONG & ASSOCIATES
1718 SE Cutter Lane, Suite 200
Vancouver, WA 98661-8085

TEAM-ONE SAFETY SERVICES/ PAUL T. PATINO
18224 Grevillea Ave.
Redondo Beach, CA 90278-4624

TECHMAN ELECTRONICS  CHANGSHU  CO. LTD.
No. 66 Dalian Road, High-tech Ind. Park
Changshu Economic Development Zone,
Jiangsu
CHINA

TED JOHNSON PROPANE
5140 N. Elton Street
Baldwin Park, CA 91706-1889

TEMPEL DE MEXICO
P.O. BOX 677888
Dallas, TX 75267-7888

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH ST.
AUSTIN, TX 78774-0100

THE BRIGHT GROUP, LLC
1660 Helm Drive, Suite #100
Las Vegas, NV 89119-3829

THE CHIDLEY & PETO COMPANY
P.O. BOX 309
Itasca, IL 60143-0309

THE DOW CHEMICAL COMPANY
2030 WILLARD H DOW CENTER
MIDLAND, MI 48674-0001

THE FRENCH CORPORATION DBA CONNOMAC CORP
340 Washington Avenue
La Grange, IL 60525-6869

THE NORTHEAST GROUP, LLC
129 Morgan Drive, 1st Floor
Norwood, MA 02062-5014

THE OUTDOOR RECREATION GROUP, LLC
dba AGILE BRANDS
3450 Mount Vernon Drive
LOS ANGELES, CA 90008-4936

THE SOCO GROUP a division of
SC COMMERCIAL, LLC
5962 Priestly Drive
Carlsbad, CA 92008-8812

THE TOLL ROADS
VIOLATION DEPT
P.O. BOX 57011
IRVINE, CA 92619-7011

THT PRESSES, INC.
7475 Webster St.,
Dayton, OH 45414-5817

TIEWRAPS.COM INC.
P.O. Box 421132
San Diego, CA 92142-1132

TMA WORLDWIDE, INC.
4038 Aitken Dairy Rd.
Rocklin, CA 95677-4027

TMX LOGISTICS, INC.
9660 Plaza Circle
El Paso, TX 79927-2105

TOPFLY CORPORATION
No.9, Nei-Shi Road, Nei-Tsuoh Village
Lu Chu Hsiang, Tao-Yuan 338 Taiwan,R.O.C
TAIWAN, R.O.C.

TORRANCE ELECTRONICS, INC.
1545 WEST CARSON ST.
TORRANCE,, CA 90501-3934

TOUCHTONE CORP.
P. O. BOX 5719
IRVINE, CA 92616-5719

TOYOTA FINANCIAL SERVICES
P. O. BOX 4102
CAROL STEAM, IL 60197-4102

TRACKSTAR PRINTING INC.
1140 W. MAHALO PLACE,
RACHO DOMINGUEZ, CA 90220-5443

TRAVELERS
P.O. Box 660317
Dallas, TX 75266-0317

TREASURER STATE OF MAINE
DEPT. OF ENVIRONMENTAL PROTECTION
NATURAL RESOURCES SERVICE CENTER
155 State House Station
Augusta, ME 04333-0155

TRICO MFG. CORP.
1235 Hickory Street
Pewaukee, WI 53072-3999

TRLA GROUP, INC.
490 Cloverleaf Drive
Baldwin Park, CA 91706-6504

TRUE VALUE
8600 West Bryn Mawr Avenue
Chicago, IL 60631-3505

TYDEN BROOKS
16036 Collection Ctr. Drive,
Chicago, IL 60693-0160

Tom Liau
2239 Canehill Ave
Long Beach CA 90815-2203

Toyota Lease Trust
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Trung K Thai
117 W Naomi Ave
Arcadia CA 91007-4033

U.S. CUSTOMS AND BORDER PROTECTION
P.O. Box 979126
St. Louis, MO 63197-9000

U.S. GROUP CONSOLIDATOR INC.
618 Glasgow Avenue
Inglewood, CA 90301-3010

UCFS LASVEGAS, INC
1725 S. ESCONDIDO BLVD, SUITE A
ESCONDIDO, CA 92025-6546

UL AG
75 Remittance Drive, Suite #1524
Chicago, IL 60675-1524

ULINE
P.O. Box 88741
Chicago, IL 60680-1741

UNITED CONCORDIA DENTAL PLANS OF
CALIFORNIA, INC.
P.O. Box 31001-0935
Pasadena, CA 91110-0935

UNITED PARCEL SERVICE
PO BOX 894820
LOS ANGELES, CA 90189-4820

UNIVERSAL FILTERS, INC.
1207 MAIN STREET
ASBURY PARK,, NJ 07712-5964

UNIVERSAL MICROELECTRONICS CO., LTD.
3, 27th Rd., Taichung Industrial Park
Taichung
TAIWAN, R.O.C.

UPS FREIGHT
28013 Network Place
Chicago, IL 60673-1280

UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 Network Place
Chicago, IL 60673-1280

US Customs and Border Protection
Attn Revenue Div Bankruptcy Team
665 Telecom Dr Ste 100
Indianapolis IN 46278

USPS-HASLER
P.O. BOX 894757
LOS ANGELES, CA 90189-4757

Uline, Inc
12575 Uline Drive
Pleasant Prairie WI 53158-3686

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

VARIANT DISPLAYS INC.
5007 Ontario Mills Pkwy.
Ontario, CA 91764-5123

VARSITY LOGISTICS, INC.
One Parkway North
Suite 400S
Deerfield, IL 60015-2551

VIHONOR OPTO-ELECTRONICS
#201 GangShan N. Road
GangShan Town, Kaoshiung Hsien
TAIWAN, R.O.C.

VISION EXPRESS/WRAG-TIME
9841 E. FRONTAGE ROAD
SOUTH GATE, CA 90280-5400

WASHINGTON STATE
Department of Revenue
P.O. Box 34054
Seattle, WA 98124-1054


WASHINGTON STATE DEPT OF ECOLOGY
Cashiering Unit
P.O. Box 47611
Olympia, WA 98504-7611

WASTE MANAGEMENT
LA METRO
P.O. Box 541065
Los Angeles, CA 90054-1065

WEIDMANN SYSTEMS INTERNATIONAL LTD.
UNIT 18. 11/F.,HONGKONG INTERNATIONAL
TRADE & EXHIBITION CENTRE
1 TRADEMART DRIVE, KOWLOON BAY
HONGKONG


WESTERN STATES REGIONAL JOINT BOARD
920 S. ALVARADO ST.
LOS ANGELES, CA 90006-3008

WHITE NELSON DIEHL EVANS LLP
2875 MICHELLE DRIVE, SUITE 300
IRVINE, CA 92606-1020

WMMFA
116 N. OAKES AVE, SUITE B
CLE ELUM, WA 98922-1273


WORLD JOURNAL
231 ADRIAN ROAD
MILLBRAE, CA 94030-3102

WORLD JOURNAL LA, LLC
1588 CORPORATE CENTER DRIVE
MONTEREY PARK, CA 91754-7624

Widyawati Rodriguez
1613 Via Rose
Baldwin Park, CA 91706-5974


XIAMEN COMFORT SCIENCE & TECHNOLOGY
GROUP CO., LTD.
168#, Qianpu road, Siming Zone
Xiamen, Fujian 361008
CHINA

XIAMEN PRIMA TECHNOLOGY INC.
4th Floor, No. 618, Jiahe Road
Xiamen, Fujian, P.R. China 361006
CHINA

XU HUI NATIONAL CO. LTD.
2F., No.3, Aly. 4, Ln.326,
Zhongzhneg Rd., New Taipei, Banqiao
22052
TAIWAN


YEN XIANG E-MATERIALS CO., LTD.
1F., No.94, Dehui St., Zhongshan Dist.,
Taipei City 104
TAIWAN, TW

YING TCHIN ELECTRONICS CO., LTD.
No.2-3, East 9th St., K.E.P.Z.,
Kaohsiung, 806
TAIWAN, R.O.C.

YRC FREIGHT
P.O. Box 100129
Pasadena, CA 91189-0003


YU, MICHAEL T
14118 AVENDIA ESPANA
LA MARADA CA 90638-3410

YUNG CHING LIN
1065 N. Glendora Avenue
Covina, CA 91724-2107

Yan Wu
3643 Petherton Way
Peachtree Corners GA 30092-2647


Yan Wu
3644 Petherton Way
Norcross, GA 30092

ZHONGSHAN CITY WHITE HORSE ELECTRIC CO.
Shenhui North Industrial Area
Nantou Zhong Shan, Guangdong
CHINA

ZHONGSHAN GALANZ CONSUMER ELECTRIC
APPLIANCES CO., LTD.
Maxin Industrial Zone, Xingpo Road,
Huangpo Town, zhongshan, Guangdong 52842
CHINA


ZYTRONIC DISPLAYS LTD.
Whiteley Road
Blayton, Tyne & Wear, UK NE21 5NJ
UNITED KINGDOM

state
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Amir Gamliel
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721